IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 00-000184 HG |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION TO WITHDRAW AS** |
| vs. ) | **COUNSEL AND HAVE SUBSTITUTE** |
| ) | **COUNSEL APPOINTED** |
| JORGE CASAS,, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL AND HAVE SUBSTITUTE COUNSEL APPOINTED

COMES NOW GARY G. SINGH, counsel for Defendant JORGE CASAS, and moves this Honorable Court for an Order allowing GARY G. SINGH to withdraw as counsel, and have Substitute Counsel appointed for the Defendant JORGE CASAS.

This motion is pursuant to LR 83.6(b) and is based on the reasons set forth in the Declaration of Gary G. Singh, attached hereto, records and files herein and any further evidence that may be presented at a hearing on this motion.

Dated: Honolulu, Hawaii, January 13, 2006.

_____
GARY G. SINGH
Attorney for Defendant

3