IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 00-00184 GH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF GARY G. SINGH** |
| vs. | ) | |
| | ) | |
| JORGE CASAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DECLARATION OF GARY G. SINGH

I, GARY G. SINGH, am licensed to practice in Hawaii and am the attorney for Defendant JORGE CASAS ("Defendant") in the above entitled case. I hereby declare that the following facts are true:

1.  I was appointed by Magistrate Judge Kobayashi to represent Defendant on approximately November 4, 2005.

2.  On November 8, 2005, I visited Defendant to notify him of my appointment on the case.

3.  On November 10, 2005, I retrieved the file from Mr. Yusi. I reviewed the file and evidences in the case.

4.  On November 15, 2005, I again visited the Defendant

5.  On December 9, 2005, I received a letter from Defendant requesting me to forward him the Criminal Docket Sheet on this case. Further, additional exhibits were requested. I forwarded the Docket Sheet and the requested evidence.

6.    I discussed the matter with Mr. Yusi and the and learned that Mr. Yusi has provided the Defendant with the entire discovery. Furthermore I learned that Mr. Yusi visited the Defendant 34 times with a Spanish Interpreter during the course of his representation.

7.    On December 23, 2005, during my visit with the Defendant it appeared that the Defendant and I had reached an impasse in our attorney-client relationship with regard to how to proceed with the case. I believe that this condition impairs my ability to effectively communicate with him.

8.    Furthermore, Defendant is in agreement with my decision to withdraw based on his letter dated December 29, 2005 to Judge Gilmore.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 13, 2006 at Honolulu, Hawaii.

Dated: Honolulu, Hawaii, January 13, 2006.


_____
GARY G. SINGH
Attorney for Defendant