

Gary G. Singh, #6543
220 South King Street, Suite 2150
Honolulu, Hawaii 96813
Telephone: (808) 529-0626

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 7 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JORGE CASAS, <br><br> Defendant. | CR. NO. 00-00184 HG <br><br> **NOTICE OF MOTION; MOTION TO WITHDRAW AS COUNSEL AND HAVE SUBSTITUTE COUNSEL APPOINTED; DECLARATION OF GARY G. SINGH; CERTIFICATE OF SERVICE** <br><br> Trial Date: March 14, 2006 <br> **Hearing Date:** <br> Date: <br> Time: <br> Judge: |

## NOTICE OF MOTION

TO:   Thomas Muehleck, AUSA
      EDWARD H. KUBO, JR.
      United States Attorney
      300 Ala Moana Boulevard
      Honolulu, Hawaii 96813

      Attorney for Plaintiff
      United States of America

NOTICE IS HEREBY GIVEN That the Motion to Withdraw as Counsel and have Substitute Counsel Appointed shall come on for hearing before the Honorable Judge Helen Gilmore, Judge of the above-entitled Court, in his courtroom in the United States Courthouse, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, 2006 at _____ .m., or as soon thereafter as counsel may be heard.

DATED:	Honolulu, Hawaii, January 13, 2006.

_____
Gary G. Singh
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 00-00184 HG |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| JORGE CASAS, ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date appearing below a copy of the foregoing document was duly served on the parties appearing in this action by hand delivering to the person(s) identified below at their respective last known addresses.

TO:  Thomas Muehleck, Esq. - AUSA
     EDWARD H. KUBO, JR.
     United States Attorney
     300 Ala Moana Boulevard
     Honolulu, Hawaii 96813
         Attorney for Plaintiff
         United States of America

Jorge Casas, FDC # 94-250-022    via First Class Mail
P.O.Box 30080
Honolulu, Hawaii 96820

DATED:  Honolulu, Hawaii, January 17, 2005

_____
Gary G. Singh
Attorney for Defendant