EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Tom.Muehleck.@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184-01 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNITED STATES' OPPOSITION TO |
| vs. | ) | DEFENDANT'S MOTION TO |
| | ) | WITHDRAW |
| JORGE CASAS,           (01), | ) | |
|   aka "Jorge Cano," | ) | |
|   aka "George," | ) | Date: January 27, 2006 |
| | ) | Time: 11:00 a.m. |
| Defendant. | ) | Judge: Hon. Leslie E. Kobayashi |
| _____ | ) | |

UNITED STATES' OPPOSITION TO
DEFENDANT'S MOTION TO WITHDRAW

The United States opposes the motion to withdraw as counsel.  The United States believes this is simply a device utilized by the defendant to continue the March 14, 2006 trial date.  On December 19, 2005, the trial date was continued from January 18 to March 14 over the objection of the United States. Mr. Singh had been appointed as substitute counsel on November 4,

2005.  The United States did not object to Mr. Yusi's motion to withdraw as counsel and had previously agreed to defendant's continuance requests.  However, on December 19th the United States reminded the Court that the case was indicted in 2000 and the defendant had been in custody since his arrest at the San Ysidro Port of Entry on the United States - Mexico international border on January 26, 2005.  United States Magistrate Judge Kevin S.C. Chang advised the defendant on December 19th, when defendant's request to continue was granted, that the Court would not grant any further requests to postpone defendant's trial.

    The defendant may not like his counsel and may not like the advice he is receiving but that is simply an insufficient reason for counsel to withdraw.

    DATED:  January 25, 2006, at Honolulu, Hawaii.

    EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Thomas Muehleck
   THOMAS MUEHLECK
   Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by First Class Mail:

    Mr. G. Gary Singh                                     January 25, 2006
    Attorney at Law
    220 S. King St., Suite 2150
    Honolulu, HI 96813


                                                      /s/Rowena N. Kang