# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 00-00184HG |
| CASE NAME: | USA vs. (01) JORGE CASAS |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | (01) Gurmail G. Singh |
| INTERPRETER: | for Deft (01) MIGUEL SAIBENE |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 1/27/2006 | TIME: | 11:14-11:22 |

COURT ACTION:  EP: Motion to Withdraw as Counsel and Have Substitute Counsel Appointed - Defendant present in custody.

Interpreter Miguel Saibene, previously sworn, present.

Court questions Defendant.  Motion Denied and terminated.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager