# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR00-00184HG |
| CASE NAME: | USA v. (01) Jorge Casas |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | (01) Gary Singh |
| INTERPRETER: | (01) Miguel Saibene |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/13/2006 | TIME: | 10:05:15-10:06:25am |

COURT ACTION:  EP:  Final Pretrial Conference - defendant not present.  Interpreter Miguel Saibene present.

Mr. Singh informed the court that defendant wishes to dismiss counsel.

Final Pretrial Conference continued to 2/15/06 at 10:45am before Judge Chang. Defendant to be present at this hearing.

Submitted by: Shari Afuso, Courtroom Manager