# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/15/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR00-00184HG

CASE NAME:         USA v. (01) Jorge Casas

ATTYS FOR PLA:     Thomas Muehleck

ATTYS FOR DEFT:    (01) Gary Singh

INTERPRETER:       (01) Miguel Saibene

JUDGE:   Kevin S. C. Chang          REPORTER:   FTR C5

DATE:    2/15/2006                  TIME:       10:47-10:57:57am

COURT ACTION:  EP:  Final Pretrial Conference - defendant present, in custody with sworn interpreter Miguel Saibene.

This Final Pretrial Conference was continued from an earlier date at which time Mr. Singh informed the court that defendant had fired him.  The court questioned and defendant confirmed that this is correct.  The court has concerns since this case has been pending since the year 2000.  The government opposes Mr. Sing's request to withdraw as counsel.  Over the government's objection and in an abundance of caution because this case has been designated complex and given the volume of the discovery, the court will grant Mr. Singh's oral request to withdraw as counsel.  The court will appoint new counsel and directs the defendant to cooperate and work with his new counsel.

Final Pretrial Conference continued to 2/27/06 at 10:00am before Judge Chang at which time new counsel will have been appointed and the trial date can be addressed.

Defendant is remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager