NAME: JORGE CASAS
NUMBER: #94250-198
FDC HONOLULU
P.O. BOX 30080
HONOLULU, HI 96820

Legal Mail

HELLEN GILMORE
HONORABLE DISTRICT COURT
300 ALA MOANA BLVD
HONOLULU, HAWAII 96820



**FEDERAL DETENTION CENTER**

P.O. BOX 130080
HONOLULU, HI 96819

DATE: 10 FEB AM

"SPECIAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.