# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR00-00184HG

CASE NAME:    USA v. (01) Jorge Casas

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Kevin S. C. Chang          REPORTER:

DATE:    2/17/2006                    TIME:

COURT ACTION:  EO: Motion to Reconsider Request for Substitute Counsel [669] filed 2/15/06 as to defendant (01) Jorge Casas is MOOT.

Submitted by: Shari Afuso, Courtroom Manager