Gary G. Singh, #6543
220 South King Street, Suite 2150
Honolulu, Hawaii 96813
Telephone: (808) 529-0626
Email: ggsingh@hawaii.rr.com

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 23 2006

at 9 o'clock and 25 min. A M
SUE BEITIA, CLERK

Attorney for Defendant Jorge Casas

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00184 GHG |
| Plaintiff, ) | |
| ) | |
| vs. ) | **WITHDRAWAL AND SUBSTITUTION** |
| ) | **OF COUNSEL; ORDER** |
| JORGE CASAS, ) | |
| Defendant. ) | |

### WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Gary G. Singh, attorney for Defendant Jorge Casas, hereby withdraws as counsel of record and Michael Park is hereby substituted and appointed as counsel for defendant Jorge Casas, pursuant to L.R. 83.6(b).

DATED: Honolulu, Hawaii, FEB 22 2006 ,2006.

Gary G. Singh
Withdrawing Attorney for Defendant Casas

_____
Michael Park
Appearing Attorney for Defendant
Jorge Casas

APPROVED AND SO ORDERED:

_____
Kevin S.C. Chang
United States Magistrate Judge