Gary G. Singh, #6543
220 South King Street, Suite 2150
Honolulu, Hawaii 96813
Telephone: (808) 529-0626
Email: ggsingh@hawaii.rr.com

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 3 2006

at __9__ o'clock and __ __ min. __ M
SUE BEITIA, CLERK

Attorney for Defendant Jorge Casas

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 00-00184 GHG |
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING MOTION OF GARY G. SINGH TO WITHDRAW AS COUNSEL AND TO HAVE SUBSTITUTE COUNSEL APPOINTED** |
| JORGE CASAS, | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION OF GARY G. SINGH TO WITHDRAW AS COUNSEL AND TO HAVE SUBSTITUTE COUNSEL APPOINTED**

An Oral Motion of Gary G. Singh To Withdraw As Counsel having come on a hearing before Magistrate Judge Kevin S.C. Chang on February 15, 2005; Plaintiff United States of America being represented by counsel Assistant United States Attorney Thomas C. Muehleck; Defendant Jorge Casas being presented and represented by counsel Gary G. Singh; the Court having questioned Defendant Casas on the oral motion and Defendant Casas agreeing with the oral representation on the record by Counsel Gary Singh, and the Court further having heard argument from counsel on the oral motion and for good course appearing therefore:

IT IS HEREBY ORDERED that the oral Motion of Gary G. Singh to withdraw as counsel and to have substitute counsel appointed is granted.

DATED: Honolulu, Hawaii, February 22, 2006.

KEVIN S.C. CHANG
United States Magistrate Judge

APPROVED AS TO FORM:

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By: _____
Thomas C. Muehleck
Assistant U.S. Attorney

United States vs. Jorge Casas
Cr. No. 00-00184 HG;
ORDER GRANTING MOTION OF GARY G. SINGH
TO WITHDRAWAL AS COUNSEL AND TO HAVE SUBSTITUTE
COUNSEL APPOINTED