# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR00-00184HG |
| CASE NAME: | USA v. (01) Jorge Casas |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | (01) Michael Park |
| INTERPRETER: | (01) Miguel Saibene |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/27/2006 | TIME: | 10:28:47-10:29am<br>10:33-10:36:20am |

COURT ACTION:  EP: Final Pretrial Conference.  Defendant's presence waived.  Sworn interpreter Miguel Saibene present.

Mr. Park spoke with his client and has defendant's consent to continue the trial date.  Due to the recent appointment of counsel in this case, the voluminous discovery and counsel's trial schedule, defendant's request to continue trial is granted.  Government to prepare the order.

New trial date given.

Jury Selection/Trial: 7/18/06, 9:00am, Judge Gillmor
Final Pretrial Conference: 7/7/06, 8:30am, Judge Gillmor
Final Pretrial Conference: 6/19/06, 10:00am, Judge Kurren
Motions due: 6/6/06
Response due: 6/20/06

The court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial.  The court orders that the period from 3/14/06 to and including 7/18/06 be excluded from computation under the Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Submitted by: Shari Afuso, Courtroom Manager