EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00184 HG |
| | ) |
| Plaintiff, | ) ORDER CONTINUING TRIAL DATE AND |
| | ) EXCLUDING TIME UNDER THE SPEEDY |
| vs. | ) TRIAL ACT; CERTIFICATE OF |
| | ) SERVICE |
| JORGE CASAS, | ) |
| | ) Old Date:  March 14, 2006 |
| | ) New Date:  July 18, 2006 |
| Defendant. | ) Judge:  Hon. Helen Gillmor |
| _____ | ) |

ORDER CONTINUING TRIAL DATE AND
EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

On February 27, 2006, defendant Jorge Casas, through his counsel orally moved to continue the March 14, 2006 trial date because he needed additional time to prepare and counsel was only recently retained.  The United States stated they did not object to defendant Casas' oral motion to continue trial as attorney Michael J. Park had just been appointed.

For the reasons stated above, and pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), the

Court finds that granting the continuance outweighs the best interest of the public and the defendant in a speedy trial. The Court further finds that failure to grant a continuance would deny counsel for the defendant Jorge Casas adequate time to prepare for trial taking into account due diligence of counsel. Therefore the time from the present trial date of March 14, 2006 until the new trial date of July 18, 2006 is excluded for purposes of the Speedy Trial Act. The final pretrial conference will be held on June 19, 2006 at 10:00 a.m., before United States Magistrate Judge Barry M. Kurren. A final pretrial conference will be held before Chief United States District Judge Helen Gillmor at 8:30 a.m. on July 7, 2006. Defense has until June 6, 2006 to file motions and the government has until June 20, 2006 to file a response.

   IT IS SO APPROVED AND ORDERED.

   DATED: March 6, 2006, at Honolulu, Hawaii.



           _____
           Kevin S.C. Chang
           United States Magistrate Judge

United States v. Jorce Casas
Cr. No. 00-00184 HG
Order Continuing Trial Date and Excluding
Time Under the Speedy Trail Act

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

   Mr. Michael J. Park                      February 28, 2006
   Attorney at Law
   733 Bishop St., Suite 2302
   Honolulu, HI 96813

     Attorney for Defendant
     Jorge Casas

                                      /s/ Rowena N. Kang