MICHAEL J. PARK,   4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii   96813
Telephone:   (808) 536-4456
Facsimile:    (808) 536-4988

Attorney for Defendant
JORGE CASAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184 HG |
| | ) | |
| Plaintiff, | ) | MOTION TO COMPEL |
| | ) | PRODUCTION OF GRAND JURY |
| vs. | ) | TRANSCRIPTS; MEMORANDUM |
| | ) | OF LAW; DECLARATION OF |
| JORGE CASAS, (01) | ) | COUNSEL; EXHIBITS "A & B"; |
| | ) | AND CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| | ) | Date: |
| | ) | Time: |
| | ) | Judge: |
| | ) | |
| | ) | |

<u>MOTION TO COMPEL PRODUCTION
OF GRAND JURY TRANSCRIPTS</u>

COMES NOW the defendant, JORGE CASAS, through counsel, Michael J. Park, moves this Honorable Court for an order compelling the government to provide the defense with the grand jury transcripts and all statements of witnesses that testified before the grand jury in the above entitled matter, as well as all prior superseding indictments and the original indictment.

This motion is made pursuant to Federal Rules of Criminal Procedure Rule 6.  This motion is based upon the attached memorandum and declaration of counsel and any evidence that may be adduced at the hearing on this matter.

DATED:  Honolulu, Hawaii, April 20, 2006.

_____
/s/MICHAEL J. PARK
Attorney for Defendant
JORGE CASAS