IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00184 HG |
| Plaintiff, | ) DECLARATION OF COUNSEL |
| vs. | ) |
| JORGE CASAS, (01) | ) |
| Defendant. | ) |

DECLARATION OF COUNSEL

I, MICHAEL J. PARK, hereby declare as follows:

1.    That I am counsel for defendant JORGE CASAS, having been appointed pursuant to the Criminal Justice Act.

2.    That upon review of the discovery of this matter, ASUA Thomas Mueleck disclosed a letter, dated July 18, 2000 sent to Mr. Peter Wolf, Federal Public Defender, from an anonymous FBI special agent. This letter described a series of misconduct and serious misrepresentations made by the case agent in this

case, DEA agent Michael Rothermund.

3.  That Declarant is of the belief that the testimony and statements of Agent Rothermund to the grand jury was instrumental in the grand jurors bringing an indictment against defendant CASAS.

4.  That Declarant has attached as Exhibit "A" to the foregoing memorandum, a copy of a letter dated July 18, 2000, received from ASUA Thomas Mueleck.

5.  That Declarant is of the belief that case agent Rothermund committed misconduct on a prior investigation as explained in letter dated March 21, 2000, from the U.S. Attorney's Office.

6.  That Declarant has attached as Exhibit "B" to the foregoing memorandum, a copy of a letter dated March 21, 2000, received from the U.S. Attorney's Office.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, April 20, 2006.

_____

/s/MICHAEL J. PARK
Attorney for Defendant
JORGE CASAS