U.S. Department of Justice

United States Attorney
District of Hawaii

#5

| | |
|---|---|
| PJKK Federal Building | (808) 541-2850 |
| 300 Ala Moana Blvd., Room 6-100 | FAX (808) 541-2958 |
| Honolulu, Hawaii 96850 | |

March 21, 2000

Milton Grimes, Esq.
2382 Southeast Bristol, Ste. B
Newport Beach, CA 92660

    Re:  United States v. Steven Brooks
         Cr. No. 98-00591 SOM

Dear Mr. Grimes:

        Pursuant to our obligations under Giglio v. United
States, 405 U.S. 150 (1972), and its progeny, please be advised
of the following information regarding DEA Special Agent Michael
Rothermund.

        During an unrelated drug investigation, Special Agent
Rothermund signed a "consent to search" form acknowledging an
owner's consent to search her property during an unrelated drug
investigation.  During that investigation, Special Agent
Rothermund signed a consent form acknowledging himself as a
witness to the owner's consent when in fact another DEA agent had
obtained the consent to search from the owner.  Special Agent
Rothermund wrongfully believed that if another agent obtained the
consent, he could sign the consent form although he was not
present during the giving of consent.

        Please be reminded that while this material may be
appropriate for disclosure under existing case authority, use and
desimination of this material beyond possible impeachment is
improper.  The United States has moved ex parte and under seal
for an order limiting the use of the disclosed information and to
prohibit any further disclosure by the defense in this case.

        I'm also enclosing six grand jury transcripts.  They
are as follows:

            1) September 16, 1998 testimony of Gerald Lawson
            2) September 30, 1998 testimony of Gerald Lawson
            3) March 24, 1999 testimony of Gerald Lawson
            4) April 14, 1999 testimony of Gerald Lawson



EXHIBIT  B

#6

Mr. Milton Grimes, Esq.
Page 2

       5) September 16, 1998 testimony of Gerald Lawson
       6) September 30, 1998 testimony of Gerald Lawson

     Finally, please find enclosed two pages of Gerald
Lawson's notes.

     If you have any questions regarding the above, please
do not hesitate to contact me.

     Thank you for your time and attention.

               Sincerely Yours,

               STEVEN S. ALM
               United States Attorney
               District of Hawaii

               Loretta A. Sheehan
               Assistant U.S. Attorney