# **CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Thomas Muehleck
tom.muehleck@usdoj.gov
rowena.kang@usdoj.gov;USAHI.ECFNarcotics@usdoj.gov


Served by First Class Mail or hand-delivery:

(No manual recipients)

       DATED:   Honolulu, Hawaii, April 20, 2006.


_____
/s/MICHAEL J. PARK
Attorney for Defendant