# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/19/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 00-00184HG |
| CASE NAME: | United States of America Vs. (01) Jorge Casas |
| ATTYS FOR PLA: | Susan Cushman |
| ATTYS FOR DEFT: | Michael Park |
| INTERPRETER: | Miguel Saibene |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR-l0:01 |
| DATE: | 5/19/2006 | TIME: | l0:01am-l0:10am |

COURT ACTION:  EP: Defendant (01) Jorge Casas Motion to Compel Production of Grand Jury Transcripts-Defendant present in Custody.  This Motion is hereby Denied.

Ms. Cushman to prepare the Order.


Submitted by Leslie L. Sai, Courtroom Manager