MICHAEL J. PARK,  4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii  96813
Telephone:  (808) 536-4456
Facsimile:   (808) 536-4988

Attorney for Defendant
JORGE CASAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00184 HG |
|  | ) |
| Plaintiff, | ) MOTION TO MOTION TO |
|  | ) WITHDRAW AS COUNSEL; |
| vs. | ) DECLARATION OF COUNSEL; |
|  | ) EXHIBIT(S) "A", "B"; |
| JORGE CASAS, (01) | ) CERTIFICATE OF SERVICE |
|  | ) |
| Defendant. | ) Date: |
|  | ) Time: |
|  | ) Judge: |
|  | ) |
|  | ) |
|  | ) |

MOTION TO WITHDRAW AS COUNSEL

Defendant, JORGE CASAS, by and through undersigned counsel,

MICHAEL J. PARK, moves this Court to allow counsel to withdraw in the attorney-client relationship.

This motion is pursuant to LR 83.6(b), U.S. District Court and based upon the Sixth Amendment, and is supported by the attached Declaration of Counsel.

DATED: Honolulu, Hawaii, May 23, 2006.

_____
/s/ MICHAEL J. PARK
Counsel for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

- Rustam Barbee
rustam@honoluluattorney.com rustambarbee@yahoo.com

- Susan Cushman
Susan.Cushman@usdoj.gov
USAHI.ECFNarcotics@usdoj.gov;Pat.Redondo@usdoj.gov

- Thomas Muehleck
tom.muehleck@usdoj.gov
rowena.kang@usdoj.gov;USAHI.ECFNarcotics@usdoj.gov


Served by First Class Mail or hand-delivery:

(No manual recipients)

DATED: Honolulu, Hawaii, May 23, 2006.

_____
/s/MICHAEL J. PARK
Attorney for Defendant