IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184 HG |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| JORGE CASAS, (01) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DECLARATION OF COUNSEL

I, MICHAEL J. PARK, hereby declare as follows:

1. That I am counsel for defendant JORGE CASAS, having been appointed on February 15, 2006 pursuant to the Criminal Justice Act.

2. Defendant is currently being housed at the Federal Detention Center awaiting trial presently scheduled for July 18, 2006.

3. Declarant and Defendant have met on numerous occasions since February 15, 2006, and have reached irreconcilable differences.

4. Defendant has written to the Honorable Judge Helen Gilmore commenting on Defendant's dissatisfaction with Declarant as his attorney. (See attached Exhibit "A").

5. Defendant, unilaterally, has written to The Office of Professional Responsibility to investigate DEA Agent Michael Rothermund's conduct in this case as well as other cases Rothermund was involved in. In the letter, Defendant expresses Declarant "does not want to be a whistle blower, which is why [Defendant] needs the office to investigate …" (See attached Exhibit "B")

6. Despite Declarant's visits, and meetings, Defendant asserts that he is not kept fully informed regarding every aspect of his case.

7. Defendant and Declarant have divergent views on how to prepare and defend Defendant on this case.

8. Defendant and Declarant have spent numerous hours meeting and discussing Defendant's case and Defendant has not listened or heeded any of Declarant's advice or recommendations. Defendant has his own specific view/agenda on how to proceed with his case and expects his counsel to follow that

direction.

9. Declarant is no longer able to communicate with Defendant.

10. Declarant is unable to state with any further specificity all the reasons for withdrawal because it would violate the Rules of Professional Conduct.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED:  Honolulu, Hawaii, May 23, 2006.

_____
/s/MICHAEL J. PARK
Attorney for Defendant
JORGE CASAS