Jorge Casas #94250-198
F.D.C. Honolulu unit 5-a
P.O. Box 30080
Honolulu, Hi. 96820

May 22, 2006

Honorable Helen Gilmore
District Judge
Honolulu, Hawaii.

Re: <u>United States v. Casas,</u> CR.NO.00-00184 HG

Dear Honorable Helen Gilmore,

I know that it is improper to address you directly regarding my criminal matter, being the fact that I am represented by counsel. However, there seems to be a conflict of interest between my attorney and I. Please allow me to explain: Spanish is my first language, therefore I am writing this through translation. As you may know I am charged in a multiple count conspiracy. My trial is scheduled July 17, 2006. As to (FRCP) rule 12, 16, and (Crim. LR 16.1) and relevant court decisions. I have made specific demands for all discovery. As to (FRCP), rule 6(e)(3)(C)(ii), I recently made a request for counsel to motion to inspect Grand Jury minutes which was denied on May 19, 2006. I specifically requested counsel to add to his motion a case that is relevant, and part of my discovery, <u>United States v. Marino,</u> CR.NO. 00-00185 SOM-BMK. In that case there has been misconduct of such gravity that it has caused there case to be dismissed. As you will review the misconduct was not just on the part of D.E.A. Agent M. Rothermund, the Government has part in this misconduct as well. (see attached Marino case). Defense counsel failed upon my request to include the Marino case (see attached letter to Mr. Park), which was dated May 9, 2006. Counsel had not come to see me untill the day before the hearing May 18, 2006. Counsel failed to provide the Government's response to that motion untill the day after the motion was denied. On the grounds stated for denying if that motion was insufficient to support the said request. I believe if counsel would have complied with my request to add the Marino case then clearly good cause would have shown. The Sixth Amendment right to counsel is the right to effective assistance of counsel, "conflict free". After the hearing I requested counsel to immediately appeal the magistrate's ruling to the district

**EXHIBIT A**

judge. Counsel stated (misleading the defendant) that if we appeal this it will take up to two years. Which I know that is false. Your honor I've already had problems in the past with previous attorney's, and I do not want to have to continue my trial again do to this conflict of interest. Therefore I will request your honor to please try to remedy our problems so we may proceed. After what ever remedy is taken I will request that counsel appeal the denial of the motion to inspect Grand Jury minutes, more specifically adding the Marino's case for good cause shown. Thank you for your time!

                                              **Sincerely,**

_____                                    _____
     Date                                                              Jorge Casas#94250-198

JORGE CASAS  
FEDERAL DETENTION CENTER  
351 ELLIOTT STREET  
HONOLULU, HAWAII 96819

March 30 2006

THE OFFICE OF PROFESSIONAL RESPONSIBILITY

    My name is Jorge Casas, I am charged in a multiple count conspiracy. During research of my discovery a letter from a special F.B.I. agent surfaced who confessed that misconduct within the Department of the D.E.A. has occured. Specifically identifying a special D.E.A. agent Michael Rothermund as you will read in the attached exhibits. There has been a misconduct of such gravity that it has caused cases to be dismissed against other persons who are named in the indictment, namely the Marino Family CR. No. _____ It is my right and intent to impeach government witnesess however each time I have brought this type of issue to my attorney I am told is no uncertain terms that he will not proceed down this road. Obviousaly he does not want to be the whistle blower, which is why I need the office of professional responibility to investigate to prevent the government from continuing to relay on witness that have proven themselves to be dishonest and unrelyable.

    I would like to point out that I obtained a letter unrelated to my case which is to a Miltion Grimes Esq. in which again this agent Rothermund is involved in misconduct. The AUSA Loretta A Sheehan is stating that under existing case authority uses and desimination of this material beyond possible impeachment is improper. However she states no such case law and if this agent has been found to have committed perjury on different occasions it would show that this agent has not been charged with perjury and one has to question why the government is protecting this agent. If this is the case then the government is not acting under the color of law. Should you need my consent to obtain any discovery in my case I will be happy to assist you for it is voluminous. Please consider this case for investagation and contact me at your earlist convenience.

    Thank you _____



EXHIBIT B