EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

SUSAN CUSHMAN
Assistant U.S. Attorneys
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: susan.cushman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184-01 HG |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANT'S |
| | ) | MOTION TO COMPEL PRODUCTION OF |
| vs. | ) | GRAND JURY TRANSCRIPTS |
| | ) | |
| JORGE CASAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING DEFENDANT'S MOTION TO
COMPEL PRODUCTION OF GRAND JURY TRANSCRIPTS

On May 19, 2006, Michael J. Park, counsel for the

defendant, and Assistant U.S. Attorney Susan Cushman appeared for

argument on the captioned motion.  Based on the submissions of

counsel which includes the Defendant's motion and the

government's response and oral argument made by both sides,

IT IS HEREBY ORDERED that Defendant's motion is denied as the court finds that Defendant failed to meet his burden of proof by establishing a compelling need for the Grand Jury transcripts in the captioned matter.

IT IS SO ORDERED:

DATED: May 24, 2006, at Honolulu, Hawaii.



_____
Kevin S.C. Chang
United States Magistrate Judge

<u>United States v. Jorge Casas</u>
Cr. No. 00-00184-01 HG
"Order Denying Defendant's Motion to
Compel Production of Grand Jury Transcripts"

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at his last known address:

Served Electronically through CM/ECF:

Michael J. Park     mparkatty@hawaii.rr.com     May 22, 2006


_____/s/ Patricia Redondo_____