EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

SUSAN CUSHMAN
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: susan.cushman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184-01 HG |
|---|---|---|
| Plaintiff, | ) | UNITED STATES' UNOPPOSED MOTION TO CONTINUE TRIAL AND TO EXCLUDE TIME |
| vs. | ) | |
| JORGE CASAS, | ) | PRESENT TRIAL DATE: 7/18/2006 |
| Defendant. | ) | |

UNITED STATES' UNOPPOSED MOTION
TO CONTINUE TRIAL AND TO EXCLUDE TIME

The United States, by and through its attorney, the United States Attorney for the District of Hawaii, respectfully moves this Court to continue the trial currently scheduled for July 18, 2006. The following is alleged in support of this motion.

1. This matter was recently re-assigned on or about May 8, 2006, from Assistant U.S. Attorney Thomas Muehleck to Assistant U.S. Attorney Susan Cushman.

2. During pre-trial preparations, undersigned counsel has learned that three percipient witnesses will be unavailable for trial on July 18, 2006, due to pre-existing vacation plans. There are no other witnesses available who are able to testify to the same facts as these witnesses.

3. Attorney Eric Seitz represents an individual (hereinafter "the individual") who is an essential cooperating witness in the captioned matter. On May 18, 2006, Mr. Seitz informed undersigned counsel that the individual is presently incarcerated in a federal halfway house in Long Beach, California where he is completing the second phase of the Bureau of Prison's 500-hour drug treatment program. Successful completion of this program will reduce the individual's sentence by one year. The individual is scheduled to complete the program on October 26, 2006. Wes Meyher, who works for the Bureau of Prisons at their Long Beach facility, represented that if the individual were absent from the program for more than a couple of days, he would loose all his early release credits. Mr. Seitz has asked the government to continue the instant trial so that the individual may finish the program given that the individual has already

testified for the government at trials involving either co-defendants in captioned matter or other related cases.[1]

4. Undersigned counsel, while aware of the age of this case, wants the Court to be aware that this is the first time the government has moved to continue the trial.

5. On May 24, 2006, undersigned counsel spoke with counsel for the defendant, Michael J. Park. He has no objection to the government's request to continue the trial.

6. Finally, in the event that the captioned motion is granted, the government requests that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) that the time period including July 18, 2006, to and including the next trial date is excluded from computations on the grounds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.

Wherefore, it is respectfully requested that a hearing is set to decide the captioned motion.

DATED: May 24, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Susan Cushman
   SUSAN CUSHMAN
   Assistant U.S. Attorney

---

[1] The trials include <u>United States v. Mona HuiHiu and Karla Kahau</u>, Cr. No. 00-00184 HG and <u>United States v. Michael Torres Jaimes</u>, Cr. No. 03-00501 SOM.

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Michael J. Park    mparkatty@hawaii.rr.com    May 24, 2006

/s/ Patricia Redondo

Case 1:00-cr-00184-HG    Document 696    Filed 05/24/2006    Page 5 of 5