# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/19/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR NO. 00-00184HG

CASE NAME:        United States of America Vs. (01) Jorge Casas

ATTYS FOR PLA:    Susan Cushman

ATTYS FOR DEFT:   Michael Park

INTERPRETER:      Miguel Saibene

---

JUDGE:    Kevin S. C. Chang          REPORTER:    FTR-10:01

DATE:     5/19/2006                  TIME:        10:01am-10:10am

---

COURT ACTION:  EP: Defendant (01) Jorge Casas Motion to Compel Production of Grand Jury Transcripts-Defendant present in Custody.  This Motion is hereby Denied.

Ms. Cushman to prepare the Order.

Submitted by Leslie L. Sai, Courtroom Manager