

NAME: Jorge Cases
NUMBER: 94250-708
FDC HONOLULU 94-250-198
P.O. BOX 30080
HONOLULU, HI 96820

The Honorable Helen Gillmore
PJK Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96813

LEGAL MAIL

FEDERAL DETENTION CENTER
P.O. BOX 30080
HONOLULU, HI 96819
DATE: 20 MAY AM

"SPECIAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.