# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

May 26, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 00-00184HG |
| CASE NAME: | U.S.A. vs. (01) JORGE CASAS |
| ATTYS FOR PLA: | Susan Cushman |
| ATTYS FOR DEFT: | Michael J. Park |
| INTERPRETER: | Miguel Saibene |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | May 26, 2006 | TIME: | 9:10 - 10:02 |

COURT ACTION: GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE TRIAL -
MOTION TO WITHDRAW AS ATTORNEY -

The defendant is present in custody.

Ms. Cushman and spectators were directed to vacate the courtroom.  Arguments made on Motion to Withdraw as Attorney.  Discussion held between the Court, counsel and defendant.

Ms. Cushman and spectators returned to the courtroom.

The Motion to Withdraw as Attorney is DENIED.

Arguments held on Government's Unopposed Motion to Continue Trial.  The motion is GRANTED.  New trial and related dates given.

| | |
|---|---|
| JURY SELECTION/ TRIAL: | AUGUST 8, 2006 @ 9:00 A.M. |
| FPC - JUDGE GILLMOR: | JULY 28, 2006 @ 8:30 A.M. |
| FPC - JUDGE KING | JULY 10, 2006 @ 10:00 A.M. |
| MOTIONS DEADLINE: | JUNE 27, 2006 |
| RESPONSE DEADLINE: | JULY 11, 2006 |

      The Court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial.  The Court orders that the period from July 18, 2006 to and including August 8, 2006  be excluded from computation under the Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the government witnesses necessary to make their case, and also deny both counsel reasonable time necessary to review the extensive discovery for effective preparation, taking into account the exercise of due diligence.

      Submitted by: David H. Hisashima, Courtroom Manager