MICHAEL J. PARK,  4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii  96813
Telephone:  (808) 536-4456
Facsimile:   (808) 536-4988

Attorney for Defendant
JORGE CASAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00184 HG |
| | ) |
| Plaintiff, | ) APPEAL AND REQUEST TO THE |
| | ) DISTRICT COURT TO |
| vs. | ) RECONSIDER A PRETRIAL |
| | ) MATTER DETERMINED BY THE |
| JORGE  CASAS, (01) | ) MAGISTRATE JUDGE ORDER |
| | ) DENYING DEFENDANT CASAS' |
| Defendant. | ) MOTION TO COMPEL |
| | ) PRODUCTION OF GRAND JURY |
| | ) TRANSCRIPTS; MEMORANDUM |
| | ) OF LAW; DECLARATION OF |
| | ) COUNSEL; EXHIBITS "A", "B", & |
| | ) "C"; AND  CERTIFICATE OF |
| | SERVICE |

Date:
Time:
Judge:

## APPEAL AND  REQUEST TO THE DISTRICT COURT TO RECONSIDER A PRETRIAL MATTER DETERMINED BY THE MAGISTRATE JUDGE ORDER DENYING DEFENDANT CASAS' MOTION TO COMPEL PRODUCTION OF GRAND JURY TRANSCRIPTS

Defendant, JORGE CASAS, through counsel, Michael J. Park, files this expedited appeal of the Magistrate Judge Kevin Chang's denial of CASAS' Motion to compel.  The Honorable Kevin Chang orally denied the motion at the hearing on the motion on May 19, 2006.

This expedited appeal and request for immediate de novo review is made pursuant to Crim. Local Rules 57.3 & 57.7 and is based on the Motion to Compel Production of Grand Jury Transcript and attached memorandum attached as Exhibit "A", a copy of letter from Defendant Casas attached hereto as Exhibit "B" and transcript of proceedings in USA v. Thomas Marino, Sr. CR 00-00185 SOM-BMK attached as Exhibit "C".

DATED:   Honolulu, Hawaii, June 1, 2006.

_____
/s/MICHAEL J. PARK
Attorney for Defendant
JORGE CASAS

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

**Rustam Barbee**
rustam@honoluluattorney.com rustambarbee@yahoo.com
**Susan Cushman**
Susan.Cushman@usdoj.gov
USAHI.ECFNarcotics@usdoj.gov;Pat.Redondo@usdoj.gov
**Thomas Muehleck**
tom.muehleck@usdoj.gov
rowena.kang@usdoj.gov;USAHI.ECFNarcotics@usdoj.gov
**Michael J. Park**
mparkatty@hawaii.rr.com legalbeagle@makaao.net

Served by First Class Mail or hand-delivery:

(No manual recipients)

DATED:  Honolulu, Hawaii, April 20, 2006.

/s/MICHAEL J. PARK
Attorney for Defendant