MICHAEL J. PARK, 4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Telephone: (808) 536-4456
Facsimile: (808) 536-4988

Attorney for Defendant
JORGE CASAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00184 HG |
| | ) |
| Plaintiff, | ) EMERGENCY APPEAL AND |
| | ) REQUEST FOR IMMEDIATE DE |
| vs. | ) NOVO REVIEW OF |
| | ) MAGISTRATE'S ORAL ORDER |
| JORGE CASAS, (01) | ) DENYING DEFENDANT'S CASAS' |
| | ) MOTION TO COMPEL |
| Defendant. | ) PRODUCTION OF GRAND JURY |
| | ) TRANSCRIPTS; MEMORANDUM |
| | ) OF LAW; DECLARATION OF |
| | ) COUNSEL; EXHIBITS "A", "B", & |
| | ) "C"; AND CERTIFICATE OF |
| | ) SERVICE |
| | |
| | Date: |
| | Time: |
| | Judge: |

## EMERGENCY APPEAL AND REQUEST FOR IMMEDIATE DE NOVO REVIEW OF MAGISTRATE'S ORAL ORDER DENYING DEFENDANT CASAS' MOTION TO COMPEL PRODUCTION OF GRAND JURY TRANSCRIPTS

Defendant, JORGE CASAS, through counsel, Michael J. Park, files this emergency appeal of the Magistrate Judge Kevin Chang's oral denial of CASAS' Motion to compel. The Honorable Kevin Chang orally denied the motion at the hearing on the motion on May 19, 2006.

This emergency appeal and request for immediate de novo review is made pursuant to Local rule 404-1 and is based on the Motion to Compel Production of Grand Jury Transcript and attached memorandum attached as Exhibit "A", a copy of letter from Defendant Casas attached hereto as Exhibit "B".

DATED: Honolulu, Hawaii, June 1, 2006.

/s/MICHAEL J. PARK
Attorney for Defendant
JORGE CASAS

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

**Rustam Barbee**
rustam@honoluluattorney.com rustambarbee@yahoo.com
**Susan Cushman**
Susan.Cushman@usdoj.gov
USAHI.ECFNarcotics@usdoj.gov;Pat.Redondo@usdoj.gov
**Thomas Muehleck**
tom.muehleck@usdoj.gov
rowena.kang@usdoj.gov;USAHI.ECFNarcotics@usdoj.gov
**Michael J. Park**
mparkatty@hawaii.rr.com legalbeagle@makaao.net

Served by First Class Mail or hand-delivery:

(No manual recipients)

        DATED:   Honolulu, Hawaii, April 20, 2006.

        /s/MICHAEL J. PARK
        Attorney for Defendant