Jorge Casas #94250-198
F.D.C. Honolulu unit 5-a
P.O. Box 30080
Honolulu, Hi. 96820

May 22, 2006

Honorable Helen Gilmore
District Judge
Honolulu, Hawaii.

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 23 2006
DISTRICT OF HAWAII

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 25 2006
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 25 2006
at ___ o'clock and ___ min ___
SUE BEITIA, CLERK

Re: <u>United States v. Casas</u>, CR.NO.00-00184 HG

Dear Honorable Helen Gilmore,

I know that it is improper to address you directly regarding my criminal matter, being the fact that I am represented by counsel. However, there seems to be a conflict of interest between my attorney and I. Please allow me to explain: Spanish is my first language, therefore I am writing this through translation. As you may know I am charged in a multiple count conspiracy. My trial is scheduled July 17, 2006. As to (FRCP) rule 12, 16, and (Crim. LR 16.1) and relevant court decisions. I have made specific demands for all discovery. As to (FRCP), rule 6(e)(3)(C)(ii), I recently made a request for counsel to motion to inspect Grand Jury minutes which was denied on May 19, 2006. I specifically requested counsel to add to his motion a case that is relevant, and part of my discovery, <u>United States v. Marino</u>, CR.NO. 00-00185 SOM-BMK. In that case there has been misconduct of such gravity that it has caused there case to be dismissed. As you will review the misconduct was not just on the part of D.E.A. Agent M. Rothermund, the Government has part in this misconduct as well. (see attached Marino case). Defense counsel failed upon my request to include the Marino case (see attached letter to Mr. Park), which was dated May 9, 2006. Counsel had not come to see me untill the day before the hearing May 18, 2006. Counsel failed to provide the Government's response to that motion untill the day after the motion was denied. On the grounds stated for denying if that motion was insufficient to support the said request. I believe if counsel would have complied with my request to add the Marino case then clearly good cause would have shown. The Sixth Amendment right to counsel is the right to effective assistance of counsel, "conflict free". After the hearing I requested counsel to immediately appeal the magistrate's ruling to the district

EXHIBIT B

judge. Counsel stated (misleading the defendant) that if we appeal this it will take up to two years. Which I know that is false. Your honor I've already had problems in the past with previous attorney's, and I do not want to have to continue my trial again do to this conflict of interest. Therefore I will request your honor to please try to remedy our problems so we may proceed. After what ever remedy is taken I will request that counsel appeal the denial of the motion to inspect Grand Jury minutes, more specifically adding the Marino's case for good cause shown. Thank you for your time!

05-21-2006
Date

Sincerely,

Jorge Casas
Jorge Casas#94250-198

Dear Mr. Parks,

Thank you for providing, the memorandum, procedural, and law regarding Grand Jury transcripts. I am aware of these procedures. In respects to the Fed.R.Crim.P. rule 6(e), and to the motion we plan to submit. I believe that we should add more then just that F.B.I. letter, judge Gilmore has already denied other defendant's attempts to challenge based on the F.B.I. letter alone. The other material I've provided as to the Morino case that was in my discovery should be a sufficient add in to show of other misconduct of this agent Rothermund in order to qualify us as rule 6 would require. The Steven Brooks case may not be relevant to my case but it will help to prove our misconduct claim. If judge Gilmore should deny our motion to inspect then I trust we would appeal that immediately, promptly moving on Fed.R.Crim.P. rule 16(a)., under Giglio v. United States, 405 U.S. 150, 92 S.Ct. 763 31 L.Ed. 104 (1972). Brady, rule. as was done on the Brooks case.

If there is anything else that I may do to get in your way please let me know, just kidding Mr. Parks, again I know you know your job and you know it well I'm just trying to assist in anyway possible after all I'm the one that has to do the time.

THANK YOU SINCERELY,

Date 05-09-06                                      Jorge Casas