MICHAEL J. PARK,  4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii  96813
Telephone:  (808) 536-4456
Facsimile:   (808) 536-4988

Attorney for Defendant
JORGE CASAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00184 HG |
| | ) |
| Plaintiff, | ) MOTION TO CHANGE VENUE; |
| | ) DECLARATION OF COUNSEL; |
| vs. | ) MEMORANDUM IN SUPPORT OF |
| | ) MOTION; & CERTIFICATE OF |
| JORGE CASAS, (01) | ) SERVICE |
| | ) |
| Defendant. | ) Date: |
| | ) Time: |
| | ) Judge: |
| | ) |
| | ) |
| | ) |

MOTION TO CHANGE VENUE

Defendant, JORGE CASAS, by and through undersigned counsel,

MICHAEL J. PARK, moves this Court for a change in venue in the above entitled matter.

This motion is pursuant to LR 21(a) & (b), U.S. District Court and based upon the Sixth Amendment, and is supported by the attached Declaration of Counsel.

DATED: Honolulu, Hawaii, June 26, 2006.

_____
/s/ MICHAEL J. PARK
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

- Rustam Barbee
rustam@honoluluattorney.com rustambarbee@yahoo.com
- Susan Cushman
Susan.Cushman@usdoj.gov USAHI.ECFNarcotics@usdoj.gov;Pat.Redondo@usdoj.gov


Served by First Class Mail or hand-delivery:

(No manual recipients)

        DATED:   Honolulu, Hawaii, June 26, 2006.


                                      _____
                                      /s/MICHAEL J. PARK
                                      Attorney for Defendant