IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00184 HG |
| Plaintiff, | ) DECLARATION OF COUNSEL |
| vs. | ) |
| JORGE CASAS, (01) | ) |
| Defendant. | ) |

DECLARATION OF COUNSEL

I, MICHAEL J. PARK, hereby declare as follows:

1.  That I am counsel for defendant JORGE CASAS, having been appointed on February 15, 2006 pursuant to the Criminal Justice Act.

2.  Defendant is currently being housed at the Federal Detention Center awaiting trial presently scheduled for August 8, 2006.

3.   Defendant is of the firm belief and has informed Declarant that he will not receive a fair trial and requests a change in venue. Essentially, Defendant feels this jurisdiction is biased and prejudiced against him as this was a big drug conspiracy case in Hawaii, involving numerous defendants where many judges have presided over the various aspects of this conspiracy and many court staff has formulated opinions on defendant's guilt. He believes counsel in California will better advocate for him as they routinely go to trial there, verses counsel in Hawaii, are not advocates for defendants and routinely do not go to trial.

4.  Defendant lacks confidence in Declarant's advocacy to date and questions his Spanish interpreter's translations as not being accurate.

5.   The indictment alleges Defendant conspired to bring in from the mainland - Las Vegas, Nevada and San Francisco, California - and he desires to be prosecuted there. Declarant asserts the offenses have occurred in more than one district and many witnesses are in California and Nevada as well as co-defendant witnesses, thus it would be more convenient to try the matter in California. Defendant also has family in California and he resides there.

7.   Defendant is of the belief that he will receive a fairer and impartial trial if venue is changed away form Hawaii.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, June 26, 2006.

_____
/s/MICHAEL J. PARK
Attorney for Defendant
JORGE CASAS