EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

SUSAN CUSHMAN
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: susan.cushman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184-01 HG |
| | ) | |
| Plaintiff, | ) | UNITED STATES' OPPOSITION TO |
| | ) | DEFENDANT'S MOTION TO CHANGE |
| vs. | ) | VENUE |
| | ) | |
| JORGE CASAS, | ) | |
| | ) | Hearing Date: July 17, 2006 |
| Defendant. | ) | Time:  11:00 a.m. |
| | ) | Judge:  Hon. Helen Gillmor |

### UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO CHANGE VENUE

The United States, by and through its attorney, the United States Attorney for the District of Hawaii, respectfully opposes the defendant's request to change venue on the basis that he cannot receive a fair trial in the District of Hawaii. The following is alleged in support of this motion.

1. The defendant is charged by Second Superseding Indictment filed on June 6, 2001 with violations of 21 U.S.C. §§ 841(a)(1), 843(b), 846. On January 26, 2005, the defendant was arrested in San Diego, California, pursuant to an arrest warrant. On March 10, 2005, the defendant was arraigned in the District of Hawaii on Second Superseding Indictment, Case No. CR 00-00184-01 HG. The matter is set for trial on August 8, 2006 before Chief United States District Court Judge Helen Gillmor.

2. Defendant is charged with being a member of a large drug conspiracy that operated on Maui from May 1, 1999 to May 4, 2000. The government's evidence shows that defendant was one of the participants in the conspiracy who arranged to have methamphetamine and cocaine brought from the mainland to Maui where it was sold. The trial should be held in the district where the offense was committed.

3. Defendant's Motion for a Change of Venue is without merit. The defendant's guilt or innocense at trial will not be determined by the court or court staff, but by 12 impartial jurors whom the defendant will have a role in selecting. Defendant's challenges to the accuracy of his Spanish interpreter's translations are also not a basis for a change of venue.

4. Defendant's Motion should be denied for the following reasons. First, it fails to demonstrate that so great

a prejudice exists that defendant cannot obtain a fair and impartial trial in the District of Hawaii.  Second, it is not in the interest of justice to change venue since most of the government's witnesses currently reside in Hawaii and that is where most of the illegal activity took place.

Wherefore, it is respectfully requested that Defendant's Motion to Change Venue is denied.

DATED:  June 27, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Susan Cushman
    SUSAN CUSHMAN
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at his last known address:

Served Electronically through CM/ECF:

Mr. Michael J. Park        mparkatty@hawaii.rr.com   June 27, 2006

   Attorney for Defendant
   Jorge Casas

                                                  Rowena N. Kang