MICHAEL J. PARK,  4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii  96813
Telephone:  (808) 536-4456
Facsimile:   (808) 536-4988

Attorney for Defendant
JORGE CASAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JORGE  CASAS, (01)<br><br>　　　　Defendant. | CR. NO. 00-00184 HG<br><br>EX PARTE MOTION FOR AN ORDER AUTHORIZING DRUG ANALYSIS AND PROSPECTIVE EXPERT WITNESS FEES; DECLARATION OF COUNSEL; EXHIBITS "A, B & C"; ORDER GRANTING EX PARTE MOTION<br><br>Trial date: August 8, 2006<br>Time:<br>Judge: The Honorable Helen Gillmore |

EX PARTE MOTION FOR AN ORDER AUTHORIZING DRUG ANALYSIS
AND PROSPECTIVE EXPERT WITNESS FEES

COMES NOW the defendant, JORGE CASAS, through counsel, Michael J. Park, moves this Honorable Court, ex parte, for an order authorizing $1,718.64 in

laboratory analysis, technical consulting, and court appearance fees (single appearance).

This motion is made pursuant to Federal Rules of Criminal Procedure Rules 12 and 47, and CrimLR 12.3 of the Local Rules of Practice for the United States District Court for the District of Hawaii, Rule 56(e) of the Federal Rules of Civil Procedure and Rule 702 of the Federal Rules of Evidence, and is based upon the attached declaration of counsel and exhibits as well as the records and file herein.

DATED: Honolulu, Hawaii, July 8, 2006.

/s/MICHAEL J. PARK
Attorney for Defendant
JORGE CASAS

# CERTIFICATE OF SERVICE

I, **MICHAEL J. PARK**, certify:

**Electronic Mail Notice List**

The following were delivered electronically via CM/ECF.

- **Rustam Barbee**
  rustam@honoluluattorney.com rustambarbee@yahoo.com

- **Susan Cushman**
  Susan.Cushman@usdoj.gov USAHI.ECFNarcotics@usdoj.gov;Pat.Redondo@usdoj.gov

- **Thomas Muehleck**
  tom.muehleck@usdoj.gov rowena.kang@usdoj.gov;USAHI.ECFNarcotics@usdoj.gov

**Manual Notice List**

There were no manual recipients

DATED: Honolulu, Hawaii, July 8, 2006.

/s/MICHAEL J. PARK
Attorney for Defendant