IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00184 HG |
| Plaintiff, | ) DECLARATION OF COUNSEL |
| vs. | ) |
| JORGE CASAS, (01) | ) |
| Defendant. | ) |

<u>DECLARATION OF COUNSEL</u>

I, MICHAEL J. PARK, hereby declare as follows:

That I am counsel for defendant Jorge Casas, having been appointed pursuant to the Criminal Justice Act because he cannot afford to retain counsel or pay the expenses of litigation.

1.  Defendant JORGE CASAS has been charged in a twenty-count second superseding indictment of a drug conspiracy arising out of an alleged incident that

occurred from May 1, 1999 through May 4, 2000.

2.  In the investigation, law enforcement recovered approximately 1000 grams of ice on March 29, 2000 and approximately six (6) kilos of cocaine on April 16, 2000.

3.  That upon review of the discovery the government tested the substances and allegedly confirmed its chemical composition and weight and purity.

4.  That Defendant would like to have an independent test and analysis of said substances to determine the accuracy of prior tests.

5.  That Declarant contacted INALAB, Inc. a local laboratory that can perform an independent test and analysis of the substances recovered in this case.

6.  That Declarant has attached as Exhibit "A", a copy of professional services cost proposal, received from Mark R. Hagadone, Ph.D of INALAB, Inc.

7.  That Declarant has attached as Exhibit "B", Dr. Hagadone's Curriculum Vitae.

8.  That Declarant has attached as Exhibit "C", a copy of INALAB, Inc.'s fee schedule.

9.  These tests would bear upon the issue of weight and purity and identification of the substance recovered by the agents.

10.  This request is made in good faith and in the interest of presenting an adequate defense, and not to waste resources, harass or for any other improper purpose.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, July 8, 2006.

/s/MICHAEL J. PARK
Attorney for Defendant
JORGE CASAS