

# INALAB, Inc.

3615 Harding Avenue, Suite 308, Honolulu, Hawaii, 96816
(808) 735-0422 / Fax (808) 735-0047
Experts in Environmental, Forensic, Occupational and Laboratory Services
*Locally owned, Hawaii-based Corporation SERVING HAWAII SINCE 1978*
WWW.INALAB.COM TOLL FREE (877) 665-3548



AIHA Industrial Hygiene **ACCREDITED LABORATORY** Original No.154

## PROFESSIONAL SERVICES COST PROPOSAL

July 5, 2006

Mr. Michael Park
Attorney at Law        Cellular Number: 808-291-2935        Email Address: mparkatty@hawaii.rr.com
Honolulu, Hawaii       Facsimile Number: 808-536-4988       Telephone Number: 808-536-4456

Re:   Cost proposal for Laboratory Services as follows: INALAB, Inc. will provide analyses of two suspected controlled substances for identification, percent purity, and net aggregate weight.

Your assigned Technical Expert:   Mark R. Hagadone, Ph.D., FACFE

**OUR INTENDED SCOPE OF WORK** for this project will be:

✓ **Sample Collection, Handling, Pickup:**
A) We assume that law enforcement agents will deliver the two items of evidence to us for our inspection, sub-sampling (100 milligrams maximum) and aggregate weight determinations while in their presence. We will then return the samples (we will keep the chemist's sub-sample for subsequent analyses) to the agents after our inspection and analysis.

✓ **Laboratory Analysis(es):**
*We will analyze the samples as follows:*
A) QUALITATIVE IDENTIFICATION: We will conduct a preliminary chemical identification of two items of evidence for positive chemical identity (one item purported to be cocaine and the other methamphetamine).

B) QUANTITATIVE DETERMINATION: IF our qualitative analysis AGREES with the Government's determination we will:

   a. Determine the % chemical purity of a representative sub-sample removed for later chemical analysis for the cocaine evidence. This analysis will NOT include the determination of "FORM" of evidence and;

   b. Determine the % chemical purity of a representative sub-sample removed for later chemical analysis for the methamphetamine evidence. This analysis will NOT determine the % STEREOISOMERIC PURITY, e.g. "L" vs. "D" or "R" vs "S" stereoisomerism. We intend to rely on the Governments determination for this information.

C) AGGREGATE WEIGHT: We will determine the net aggregate weight of each item of evidence in the presence of law enforcement personnel.

✓ **Technical Consulting:**
A) Available upon request, estimated not to exceed one hour of our professional time.

✓ **Court Appearance:**
A) Flat fee for single appearance in Federal Court if requested.

## EXHIBIT "A"

AIHA Accredited Laboratory in metals, solvents, asbestos determinations • EPA Certified Lead Based Activities Firm • EPA Certified AHERA Inspectors/Management Planners • NIST Technical Experts in Bulk Asbestos Identification • Ph.D. Chemists • Environmental Scientists • Toxicologists • Certified Industrial Hygienists

Controlled Document ID: INALAB Professional Fee Proposal Template Rev: 20060110

**YOUR COST** for these services will be:

✓ **Field Sampling:**
A) None

✓ **Laboratory Analysis (es):** (includes 4.16% G.E. Tax)
A) $ 286.44
B) $ 286.44
C) $ 286.44

✓ **Technical Consulting:** (includes 4.16% G.E. Tax)
A) $ 286.44 per hour if requested, as mentioned above we have estimated this not to exceed one hour of our time.

✓ **Court Appearance:** (includes 4.16% G.E. Tax)
B) $ 572.88 for a single appearance in Federal Court if requested.

✓ **Handling & Disposal:**
A) We will keep the sample in our secure facility for 10 days past the date of the written report. If the sample is determined to be materially hazardous or forensically "significant" (e.g., is a Federal or State controlled substance) the following applies: You will need to decide to have us continue to store the sample for a monthly fee of $75.00/ month (billable in three month advanced payments), pickup and / or pay for delivery of the sample to a third party ($40.00 for secure Courier delivery on Island), or have us forensically destroy the sample via certified, documented, witnessed destruction. The documented destruction of the sample will cost $150.00 + 4.16% GET.

**ESTIMATED PRICE FOR SERVICES DESCRIBED ABOVE :** $ 1,718.64 (includes 4.16% G.E. Tax)

**OUR AVAILABILITY** (from date of signed cost proposal to verbal report) will be: fifteen working days. (Monday through Thursday excluding State and Federal Holidays).

*Sample must be submitted by July 17th to meet client indicated August 8th deadline. I will be off Island the week of the 24th of July 2006.*

**AIHA Accredited** Laboratory in metals, solvents, asbestos determinations • **EPA Certified** Lead Based Activities Firm • **EPA Certified** AHERA Inspectors/Management Planners • **NIST** Technical Experts in Bulk Asbestos Identification • Ph.D. Chemists • Environmental Scientists • Toxicologists • Industrial Hygienists

## Upon completion of our intended scope of work:

**IF YOU WISH**, we will arrange to contact you and other interested parties, you may designate / authorize, **INITIALLY** to verbally discuss our results, opinions, and interpretation **PRIOR TO THE PRODUCTION OF A WRITTEN REPORT / BRIEF**. *Such discussion shall not include any testimony in any court, deposition or administrative hearing*. There will be no additional charge for this detailed, verbal summary of our results.

### After our verbal report / discussion you have two options:

You may wish to have us prepare a formal written report. This report will typically include data reduction, description of methodology employed, interpretation of results, and summary of quality control data and a concise but complete outline of our findings. Depending upon the circumstances involved (e.g., the scope of work) it may also include professional interpretations, opinions, and recommendations. The cost of this written report will be $286.44 (includes 4.16% G.E. Tax).

If you prefer, and/ or have in-house technical / interpretative expertise, a simple faxed Brief (summary) of our analytical findings / results can be prepared and transmitted to you via facsimile at no additional charge. Remember that there will be no analytical interpretation, professional opinions, recommendations, etc. contained within this Brief.

## SPECIAL CONDITIONS / NOTES

Your assigned technical expert (ATX) is designated on the front of this cost proposal. The ATX is responsible for helping you with any questions you may have regarding general or specific technical issues involved in your scope of work as outlined above. These questions may concern the specific results of our determinations, the methodology employed, the specific limitations of the methodology, modifications to the original scope of work, or the "meaning" of the results as they relate to your overall scope of work.

*Please contact your specific assigned technical expert for questions you may have which directly relate to technical issues involved with this cost proposal, e.g., detection limits, methodology, interpretation of results, technical limitations, etc.*

Your *customer representative* is Ms. Karena Vigliotti. Please contact Ms. Vigliotti directly for questions relating to administrative or logistical matters as described above. Ms. Vigliotti is responsible for helping you with any questions you may have regarding our administrative terms, the status of your specific project in-house, non-technical questions involving turn-around-times (TAT's) for services involved, or for issues involving billing, invoicing, or advanced scheduling of work.

## NOTES

Sample must be submitted no later then July 17th, 2006 to meet client indicated August 8th deadline.

*OUR PROFESSIONAL CREDENTIALS:*

*INALAB, Inc. is an AIHA and NIST / NVLAP ACCREDITED LABORATORY (AIHA Laboratory No. 101812 and NIST / NVLAP Laboratory No. 200655-0). We are an ISO 9001 and 17025 COMPLIANT AND CERTIFIED FACILITY. Our fields of Accreditation include IHLAP (CERTIFIED METALS, SOLVENTS, and ASBESTOS FIBER DETERMINATIONS) and BALAP (CERTIFIED BULK ASBESTOS DETERMINATIONS) and NVLAP (FEDERALLY CERTIFIED BULK ASBESTOS DETERMINATIONS) and ELLAP (EPA CERTIFIED ENVIRONMENTAL LEAD DETERMINATIONS) EMLAP (ENVIRONMENTAL MICROBIOLOGY AND FUNGI) and CAPT (COMPRESSED BREATHING AIR AND GAS DETERMINATIONS). We are a NAVY / NAVSEA CERTIFIED Laboratory for NAVY DIVER BREATHING AIR ANALYSES. We are a LICENSED FORENSIC LABORATORY with STATE AND FEDERAL DEA Licensure.*

*For more information regarding our national accreditation see http://www.aiha.org/LaboratoryServices/html/lists.htm or http://ts.nist.gov/ts/htdocs/210/214/scopes/plmtm.htm*

*INALAB, INC. has been conducting occupational, forensic and environmental chemistry continuously for over a quarter of a century in the State of Hawaii. Visit our web site at http://www.inalab.com for more information regarding qualifications of our staffing, special offers and supporting technical links.*

**AIHA Accredited** Laboratory in metals, solvents, asbestos determinations • **EPA Certified** Lead Based Activities Firm • **EPA Certified** AHERA Inspectors/Management Planners • **NIST** Technical Experts in Bulk Asbestos Identification • Ph.D. Chemists • Environmental Scientists • Toxicologists • Industrial Hygienists

**OUR STANDARD TERMS**: We will require a court order and authorization for our fees which are estimated not to exceed **$1,718.64 with court appearance and one hour of consulting time** made out to *INALAB INC.* along with a signed proposal before *scheduling* work on this project. This money will be held in a *client trust account* and debited as work on this case is completed. If we exceed the estimated amount of this retainer you will be billed for additional time on a net thirty day basis at the rate described above. If you are submitting potentially hazardous samples you will be asked for a credit card number to charge against in the event you decide to have us dispose of the samples (see note 9 below). If these terms present a problem, please call your customer representative, Ms. Karena Vigliotti directly to discuss the matter. **We gladly accept MasterCard, VISA, American Express, Military IMPAC cards, and electronic deposit/transfer capabilities.** If, after examining this proposed scope of work, we have *misinterpreted* your request, or you have additional work to include or exclude, please don't hesitate to contact us directly to discuss your amended requirements, etc. We will be happy to modify our proposal accordingly.

**THIS COST PROPOSAL IS GOOD FOR 15 CALENDAR DAYS PAST THE DATE OF ITS PRODUCTION.**

**ACKNOWLEDGMENT**

If you are in agreement with our proposal outlined above and our standard conditions presented in the notes below, please sign with your acknowledgment and "re-Fax" the document back to us:

Read, Acknowledged and Agreed to: _____  Date: _____
(Signature)

By: _____
(Print Name)

For: _____
(Company Name)

Very truly yours,

Credit Card No: _____
Expiration Date: _____

Karena Vigliotti

Name of Authorized User: _____

Sales Manager, INALAB, Inc

Signature of Authorized User: _____

**STANDARD TERMS / CONDITIONS:**

1) Samples must be submitted before 9:00 AM in the morning to have the day count as a working day for turn-a-round considerations.
2) Our credit terms (if extended) are Net 30 days with 1.5-% service charge, per month, on all accounts older than 30 days from invoice date.
3) Note that we have not AGREED to any delays in our payment due to delays in your ability to collect payment from your client. If you suspect this may be the case please make payment arrangements with us BEFORE signing this contract.
4) All fees and charges are subject to a 4.16% G.E. Tax.
5) Please be advised that technical experts often draw different conclusions from identical sets of data. Additionally, unexpected sample matrixes, unanticipated chemical incompatibilities, or unpredictable field conditions/sampling techniques may result in anomalous analytical results. There are no promises or resolutions regarding these matters which are guaranteed.
6) All samples submitted to our laboratory remain the property of the client. **NOTE:** We routinely dispose non-hazardous samples within 15 calendar days of reporting (verbally or in writing) testing results. *THIS CONSTITUTES YOUR ONLY NOTICE OF SUCH DISPOSAL.* If you do not retrieve the sample within 15 calendar days after the written or verbal notice of results AND the sample is non-hazardous in nature, we will dispose of the sample WITHOUT NOTIFYING YOU. IF the sample is deemed *hazardous* in nature, you will be notified of that fact and asked to arrange suitable disposition of the sample from our laboratory *PRIOR* to reporting results. If you wish to have us dispose the sample you will be asked to pay (in advance) a handling and disposal fee for each hazardous material sample or related set of samples you wish to have us dispose for you. Such fee is dependent upon the sample hazard and quantity and will be disclosed to you for your approval prior to such disposal or charge.
7) If any dispute arises out of or relates to this contract or the breach thereof, and if said dispute cannot be settled through negotiation, the parties agree first to try in good faith to settle the dispute by mediation under the Commercial Mediation Rules of the American Arbitration Association or a similar neutral organization in Honolulu. If, after Mediation, the dispute is not resolved, then the following Arbitration clause applies:
8) Any controversy or claim arising out of or relating to this contract, or the breach thereof, shall be settled by Arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association or a similar neutral organization in Honolulu by a single arbitrator in Honolulu, Hawaii. The prevailing party in the arbitration shall be entitled to an award of attorneys' fees and costs and all arbitration expenses. The arbitrator shall not have the power to award punitive damages. Judgment upon the award rendered by the Arbitrator may be entered in any court having jurisdiction thereof.
9) IT IS FURTHER UNDERSTOOD THAT THIS AGREEMENT TO ARBITRATION IS A WAIVER OF THE RIGHT TO A JURY TRIAL.
10) Except as set forth herein, there are NO WARRANTIES MADE, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. **Acceptance of this agreement is a waiver of all claims for consequential, incidental or special damages. Recovery for any claim is limited to the amount paid for services hereunder.**
11) Analytical results may be DELAYED if your account with us is in arrears.
12) Sample collection if requested, at our professional discretion, may be subcontracted to associated specialists.

**AIHA Accredited** Laboratory in metals, solvents, asbestos determinations • **EPA Certified** Lead Based Activities Firm • **EPA Certified** AHERA Inspectors/Management Planners • **NIST** Technical Experts in Bulk Asbestos Identification • Ph.D. Chemists • Environmental Scientists • Toxicologists • Industrial Hygienists

# CURRICULUM VITAE

*Mark Raymond Hagadone, Ph.D., FACFE*
3615 Harding Avenue, Suite 308, Honolulu Hawaii 96816
Phone (808) 735-0422 / Fax (808) 735-0047
Hagadone@inalab.com

## Formal Academic Education

Ph.D.   *Organic Chemistry* (Marine Toxicology), University of Hawaii, 1990

M.S.    *Organic Chemistry* (Marine Natural Products), University of Hawaii, 1978

B.S.    *Analytical Chemistry* (Marine Chemistry), University of Hawaii, 1975

## Continuing Technical and Vocational Education

Intermediate and Advanced Microsoft Access, CompUSA, Honolulu, HI, 2003

Introduction to Microsoft Access, CompUSA, Honolulu, HI, 2001

Laboratory Quality Control and Assurance, National Institute of Standards and Technology, Gaithersburg, MD, 1999

Network Design Fundamentals, Honolulu, HI, 1998

American Chemical Society Short Course in Chemical Toxicology, American Chemical Society, San Francisco CA, 1998

Microscopial Identification of Mold and Fungi, McCrone Research Institute, Chicago, IL 1998

NIOSH 582 Certification, META, Honolulu, HI, 1997

Certified Operator and Field Maintenance Engineer training for the Intoxilyzer series 4011 AS and 5000, Owensboro, Kentucky, 1989 to present

National Institute of Standards and Technology
Contract Technical Expert in National Laboratory Accreditation, 1988 to present

Dispersion Staining Microscopy, McCrone Research Institute, Philadelphia, PA, 1978

Advanced Polarized Light Microscopy, McCrone Research Institute, Chicago, IL 1988

*Hagadone Vitae Rev: 20040122*

EXHIBIT "B"

*CURRICULUM VITAE*  Page 2 of 5  Mark Raymond Hagadone, Ph.D., FACFE

## Professional Business Experience

| | | |
|---|---|---|
| March 1980 to Present | Forensic Chemist, President, Director, Owner<br>***Inalab, Inc.***<br>Honolulu, Hawaii | |
| Nov.1984 to Present | Principal Investigator, President, Director, Owner<br>***Synthetic Technology Corporation***<br>Honolulu, Hawaii | |
| Jan.1988 to Present | Toxicologist, President, Director Owner<br>***Forensic Toxicology, Inc.***<br>Honolulu, Hawaii | |
| Jan.1988 to Present | Executive Committee Member, Certifying Scientist, Director, Owner<br>***Combined Technologies, / Straub Professional Services***<br>Honolulu, Hawaii | |
| August 1992 to Present | President, Director, Owner<br>***Technical Experts, Inc.***<br>Honolulu, Hawaii | |
| March 1993 to March 1994 | President, Director Owner<br>***Moana BioProducts, Inc.***<br>Honolulu, Hawaii | |
| Nov.1989 to June1993 | Director, Owner<br>***Environmental Technologies Services, Inc.***<br>Guam, USA | |
| June 1988 to March 1993 | Treasurer, Director Owner<br>***Moana BioProducts, Inc.***<br>Honolulu, Hawaii | |
| December 1978 to March 1980 | Laboratory Supervisor, Partner<br>***Industrial Medical Clinic***<br>Honolulu, Hawaii | |
| March 1977 to December 1978 | Analytical Chemist, Industrial Hygienist<br>Industrial Hygiene Division,<br>***Pearl Harbor Naval Regional Medical Clinic***<br>Pearl Harbor, Hawaii | |
| August 1976 to March 1977 | Visiting Instructor<br>***Chemistry Department, University of Hawaii***<br>Honolulu, Hawaii | |
| October 1976 to January 1977 | Mass Spectrometry Technician<br>***Chemistry Department, University of Hawaii***<br>Honolulu, Hawaii | |

# Publications / Grants

## *Publications:*

Tius, M.A.; Hagadone, M.R., "Synthesis of Carboxylic Acid Glucuronides", United State Patent, 5,633,357, 1997.

Hagadone, M. R., "Development of an isonitrile siloxane copolymer modified resin for use as an antibiofouling Ocean Vessel Bottom Coating", United States Patent Application, 1997.

Hagadone, M. R., "Use of the Marine Isonitrile as a Potent, Non-Toxic, Antifouling Agent for Ocean Vessel Bottom Coatings"; United States Patent Pending, **1996.**

Tius, M.A., Hagadone, M.R., "Synthesis of 11-Nor-delta-9- Tetrahydrocannabinol-9-Carboxylic Acid Glucuronide", United States Patent, 5,292,8999; **1994.**

Karuso, P.; Hagadone, M. R.; Scheuer, P. J.; Bergquist, P. "Chemotaxonomy of the Porifera by Infrared Spectroscopy", "New Perspectives in Sponge Biology" Rutzler, K., Ed., *The Smithsonian Institution*, **1990.**

Albrecht, W. N.; Hagadone, M. R.; Chenchin, K. "Charcoal Air Sampling Tube Storage Stability and Desorption Efficiencies of 1,2-dibromo-3-chloropropane (DBCP) and 1,3-dichloropropene (DCP)", *Bull. Environ. Contam. Toxicol.,* **1986,** 36, 629-634.

Gulavita, N. K.; Dilip de Silva, E.; Hagadone, M. R.; Karuso, P.; Scheuer P. J. "Nitrogenous Bisabolene Sesquiterpenes from Marine Invertebrates", *J. Org. Chem.* **1986,** *51,* 5136-5139.

Hagadone, M. R.; Scheuer, P. J.; Holm, A. "Studies on the Biosynthetic Origin of the Marine Isonitrile", *J. Am. Chem. Soc.,* **1984,** *106,* 2447-2448.

Hagadone, M. R., Burreson, B. J., and Scheuer, P.J. "Defense Allomones of the Nudibranch *Phyllidia varicosa* Lamarck 1801", *Helvetica Chimica Acta,* **1979,** *86,* 2484-2494.

Hagadone, M. R. and Zeitlin, H. "The Separation of Vanadium from Sea Water by Adsorption Colloid Flotation" *Anal Chem. Acta,* **1976,** *86,* 289-292.

*CURRICULUM VITAE*　　　　　　Page 4 of 5　　　　　　Mark Raymond Hagadone, Ph.D., FACFE

## *Research Grants:*

National Defense Center of Excellence for Research in Ocean Sciences (CEROS) Phase III Proposal for the study of Bioactive Marine Isonitrile Compounds from Hawaiian Sponges as Models for Synthetic Nontoxic Antifoulant and Antibiotic Agents. **1997-1999.**

National Defense Center of Excellence for Research in Ocean Sciences (CEROS) Phase II Proposal for the study of Bioactive Marine Isonitrile Compounds from Hawaiian Sponges as Models for Synthetic Nontoxic Antifoulant and Antibiotic Agents. **1996-1997.**

Federal Small Business Innovative Research (SBIR) Phase II Proposal (proposed research) with the National Institute of Drug Abuse (NIDA), National Institutes of Health (NIH), for the optimal synthesis of benzodiazepine glucuronides. **1995-1997**.

National Defense Center of Excellence for Research in Ocean Sciences (CEROS) Phase I Proposal for the study of Bioactive Marine Isonitrile Compounds from Hawaiian Sponges as Models for Synthetic Nontoxic Antifoulant and Antibiotic Agents. **1995-1996**.

Federal Small Business Innovative Research (SBIR) Grant Award from the National Institute of Drug Abuse (NIDA), National Institutes of Health (NIH), for the synthesis and production of epitestosterone glucuronide, **1994-1995**.

Federal SBIR and matching funds award from NIDA / NIH and the State of Hawaii, for the synthesis and commercial production of various benzodiazepine glucuronides, **1993-1994**.

State Grant in Aid, State of Hawaii, for the study and survey of Hawaii Reef Fish for the presence and distribution of Ciguatera toxin, **1991-1992**.

Federal SBIR and matching funds award from NIH and the State of Hawaii, for the study and development of rapid assays for the detection and measurement of Ciguatera in local fish, **1989-1990**.

*CURRICULUM VITAE*  Page 5 of 5  Mark Raymond Hagadone, Ph.D., FACFE

## Professional Societies and Honoraria

| | |
|---|---|
| **2003 - Present** | Full Member, **American Industrial Hygiene Association** |
| **2003 - Present** | Full Member, **American Society for Microbiology** |
| **2003 - Present** | Personal Sustaining Member, **Hawaii Branch of the American Society for Microbiology** |
| **2002 – Present** | Full Member, **American Indoor Air Quality Council** |
| **1974 - Present** | Full Member, **American Chemical Society** |
| **1997 - Present** | Fellow, **American College of Forensic Examiners** |
| **1996 - Present** | Diplomate, **American College of Forensic Examiners** |
| **1996 - 2002** | Lay Board Member, **Office of the Disciplinary Counsel of the Hawaii State Supreme Court** |
| **1996** | Honorarium, **National *Tibbitts* Award** by the American Small Business Association as a "model for excellence" in the **Small Business Innovative Research (SBIR) program**. |
| **1995** | Chair, **Hawaii Section, American Chemical Society** |
| **1994** | Chair-Elect, **Hawaii Section, American Chemical Society** |



# INALAB, Inc.

3615 Harding Avenue, Suite 308, Honolulu, Hawaii, 96816
(808)-735-0422 / Fax (808)-735-0047
Experts in Environmental, Forensic, Occupational and Laboratory Services
*SERVING HAWAII SINCE 1978*
WWW.INALAB.COM



FEE SCHEDULE
For
Mark R. Hagadone, Ph. D., FACFE
26 October 2004

Consultation.......................$286.44/hr (includes 4.16% get)

Records Review................$286.44/hr (includes 4.16% get)

Deposition .........................$286.44/hr (includes 4.16% get)

Report Preparation.............$286.44/hr (includes 4.16% get)

**AIHA Accredited** Laboratory in metals, solvents, asbestos determinations • **EPA Certified** Lead Based Activities Firm • **EPA Certified** AHERA Inspectors/Management Planners • **NIST** Technical Experts in Bulk Asbestos Identification • Ph.D. Chemists • Environmental Scientists • Toxicologists • Industrial Hygienists

Controlled Document ID: INALAB Letterhead Rev: 20020813



EXHIBIT "C"