IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00184 HG |
| Plaintiff, | ) ORDER GRANTING EX PARTE<br>) MOTION |
| vs. | ) |
| JORGE CASAS, (01) | ) |
| Defendant. | ) |

### ORDER GRANTING EX PARTE MOTION

Defendant, JORGE CASAS having moved <u>ex parte</u> for an Order authorizing $1,718.64 in laboratory analysis, technical consulting, and court appearance fees and Defendant's ex parte motion having been duly considered by the Court and;

NOW, THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Ex Parte Motion for Drug Analysis and Prospective Expert Witness Fees is hereby GRANTED and fees up to $1,718.64 are hereby authorized

on Defendant's behalf, subject to the submission of appropriate forms and/or documentation.

DATED: Honolulu, Hawaii. _____

                                        _____
                                        HELEN GILLMORE
                                        UNITED STATES DISTRICT JUDGE
                                        District of Hawaii