# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 17, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 00-00184HG

CASE NAME:      UNITED STATES OF AMERICA v. JORGE CASAS

ATTYS FOR PLA:  Susan Cushman

ATTYS FOR DEFT: Michael J. Park

INTERPRETER:    Luz Vega

JUDGE:    Helen Gillmor            REPORTER: Steve Platt

DATE:     July 17, 2006            TIME:     11:00 - 11:30

COURT ACTION:  DEFENDANT (01) JORGE CASAS' MOTION TO CHANGE VENUE

The defendant is present in custody.

Discussion held:  1.  Discovery had been provided by the government with the exception of the Jenks material.

2. Defendant Casas' Request to have the transcripts translated from English to Spanish is GRANTED.  The Court ordered Mr. Park to have an interpreter translate the transcripts into Spanish.

3. Court will allow another interpreter to substitute for Luz Vega.  Mr. Park shall contact the Magistrate Judge re this issue.

4. Defendant Casas' Appeal and Request to the District Court to Reconsider a Pretrial Matter Determined by the Magistrate Judge's Order Denying Defendant Casas' Motion to Compel Production of Grand Jury Transcripts - DENIED.  (A written order will issue.)

Arguments held.

The Motion to Change Venue is DENIED.

Original unsigned letters from Defendant Casas to Mr. Park filed and copies provided to counsel.

Estimated trial time: Government 7 days, Defendant 3 days.

Submitted by: Mary Rose Feria, Courtroom Manager
Submitted by: David H. Hisashima, Courtroom Manager