# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR00-00184HG |
| CASE NAME: | USA v. (01) Jorge Casas |
| ATTYS FOR PLA: | Susan Cushman |
| ATTYS FOR DEFT: | (01) Michael Park |
| INTERPRETER: | (01) Irma Ramirez-Zelada |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 7/18/2006 | TIME: | 9:33:15-9:36:36am<br>9:37:31-9:38:55am |

COURT ACTION:  EP: Final Pretrial Conference.  Defendant not present.  Interpreter Irma Ramirez-Zelada present.  Final Pretrial Conference continued to 7/19/06 at 9:45am before Judge Chang.  Defendant to be present at the Final Pretrial Conference.

Submitted by: Shari Afuso, Courtroom Manager