ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

JUL 1 8 2006

at 10 o'clock and 00 min. A M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184 HG |
| | ) | |
| Plaintiff, | ) | DECLARATION OF INTERPRETER |
| vs. | ) | |
| | ) | |
| JORGE CASAS, (01) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF INTERPRETER

The undersigned interpreter declares that, except to the extent that there may have been contact while providing interpreter services in this or a prior case, she has not had any prior involvement with this case nor with the defendant nor any witness involved herein.

Dated:  Honolulu, Hawaii, _____JUL 1 8 2006_____.

IRMA RAMIREZ-ZELADA