# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/19/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR00-00184HG

CASE NAME:       USA v. (01) Jorge Casas

ATTYS FOR PLA:   Susan Cushman

ATTYS FOR DEFT:  (01) Michael Park

INTERPRETER:     (01) Irma Ramirez-Zelada

JUDGE:    Kevin S. C. Chang           REPORTER:   FTR C5

DATE:     7/19/2006                   TIME:       9:49-9:55:20am

COURT ACTION:  EP: Final Pretrial Conference - defendant present, in custody with sworn interpreter Irma Ramirez-Zelada.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge Helen Gillmor on August 8, 2006 at 9:00.a.m..

Representations by counsel on trial time:
The United States: 7 days with 25-30 witnesses

Defendant: (01) Jorge Casas - 3 days

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants:

1. Fed. R. Evid. 404(b) : (government provided to defendant 10 days ago)
2. a. Motions in Limine filed and served by :July 21, 2006.
   b. Memoranda in opposition to motions in limine filed and served by: July 24, 2006.
3. Brady and Giglio Material by: (government to provide 7 days before trial)
4. a. Jury Instructions exchanged by July 21, 2006.
   d. Filings required by 4(b) & (c) by: July 26, 2006.
5. Witness Lists per stipulation by August 1, 2006.
6. Exhibits
   a. Parties will exchange exhibits.
   b. Original exhibits tabbed and in folders/binders, copy in folders/binders.

7. <u>Stipulations</u>: In writing and filed by July 26, 2006.
8. <u>Voir Dire Questions</u>: In writing by July 26, 2006.
9. <u>Trial Briefs</u>: by July 26, 2006.
10. <u>Jencks Disclosures</u> (government to provide 7 days before trial)
11. <u>Other Matters</u>:
12. <u>Pretrial Conference</u> before HG at 8:30am on July 28, 2006.

Defendant remanded to the custody of the USMS

Submitted by: Shari Afuso, Courtroom Manager

CR00-184HG
USA v. (01) Jorge Casas
Final Pretrial Conference Minutes
07/19/2006