EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

SUSAN CUSHMAN
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Susan.Cushman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184 HG |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR INDEPENDENT |
| | ) | DRUG TESTING |
| vs. | ) | |
| | ) | |
| JORGE CASAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STIPULATION FOR
INDEPENDENT DRUG TESTING

WHEREAS, defendant Casas has filed a motion for independent drug testing of 1,000 grams of crystal methamphetamine and six (6) kilograms of cocaine,

IT IS HEREBY STIPULATED by and between the parties that defendant Casas is requesting independent testing of DEA Exhibits 1, 20, and 21.  The DEA Western Laboratory is in possession of DEA Exhibits 1, 20, and 21 and is hereby ordered to send samples sufficient for testing to:

```
Mark R. Hagadone
INALAB, INC.  (DEA Registration number E03287)
3615 Harding Avenue, Suite 308
Honolulu, HI 96816
```

Upon completion of testing, Mark Hagadone shall return any remaining amounts to Tina Wu Chang, Senior Forensic Chemist, Western Lab, 390 Main Street, San Francisco, CA, 94105, via the U.S. Postal Service, certified mail, return receipt requested or by Federal Express.

As a result of the captioned stipulation, defendant Casas withdraws his motion for independent testing.

IT IS SO STIPULATED:

DATED: July 12, 2006, at Honolulu, Hawaii.

           EDWARD H. KUBO, JR.
           United States Attorney
           District of Hawaii

           /s/ Susan Cushman
By_____
           SUSAN CUSHMAN
           Assistant U.S. Attorney

           /s/ Michael Park
_____
           MICHAEL PARK, ESQ.
           Attorney for Defendant
           JORGE CASAS

IT IS APPROVED AND SO ORDERED:



           /s/ Helen Gillmor
           Chief United States District Judge

UNITED STATES v. JORGE CASAS, Cr. No. 00-00184 HG, "Stipulation for Independent Drug Testing"