EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

SUSAN CUSHMAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: susan.cushman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184 HG |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S PROPOSED |
| | ) | VOIR DIRE QUESTIONS; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| JORGE CASAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | DATE: August 8, 2006 |
| | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Helen Gillmor |

GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

COMES NOW, the United States of America, by counsel, and submits herewith its proposed Voir Dire questions to the Court.  The following questions are proposed:

1.  The case involves allegations that the Defendant conspired to possess with intent to distribute methamphetamine and cocaine.  Is there anyone who believes that controlled substances like methamphetamine or cocaine should be legalized or

de-criminalized?

    2.   Does anyone believe that the government should not investigate drug related crimes?

    3.   You will hear testimony from two former defendants or accomplices who were charged in this case and later decided to cooperate with the government. You will hear testimony that the accomplices received reduced sentences in exchange for their cooperation at trial. Is there anyone who believes that defendants should not assist the government in the prosecution of drug related offenses?

    4.   Judge Gillmor will instruct you on how to evaluate accomplice testimony at the conclusion of the trial. Is there anyone here who feels that they cannot follow Judge Gillmor's instruction regarding accomplice testimony?

    DATED: July 21, 2006, Honolulu, Hawaii.

                    EDWARD H. KUBO, JR.
                      United States Attorney
                      District of Hawaii

                        /s/ Susan Cushman
              By_____
                      SUSAN CUSHMAN
                      Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

mparkatty@hawaii.rr.com legalbeagle@makaao.net;gregryan@gregryanlaw.com   7/21/06

DATED:  July 21, 2006, at Honolulu, Hawaii.

/s/ Patricia Redondo