EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

SUSAN CUSHMAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Susan.Cushman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 00-00184 HG |
| Plaintiff, | GOVERNMENT'S PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS; CERTIFICATE OF SERVICE |
| vs. | |
| JORGE CASAS, | Date: August 8, 2006 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Helen Gillmor |

GOVERNMENT'S PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS

Comes now the United States of America, by and through its undersigned counsel, and hereby submits the following

supplemental jury instructions in the above-entitled case.

DATED: July 27, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Susan Cushman
By_________________________
SUSAN CUSHMAN
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

GOVERNMENT'S PROPOSED SUPPLEMENTAL JURY INSTRUCTION NO. _____

Certain charts and summaries have been shown to you in order to help explain the facts disclosed by the books, records, and other documents which are in evidence in the case. They are not themselves evidence or proof of any facts. If they do not correctly reflect the facts or figures shown by the evidence in the case, you should disregard these charts and summaries and determine the facts from the underlying evidence.

Ninth Circuit Manual of Model Jury Instructions, 2003; Instruction 4.18, as modified.

GIVEN ___________
REFUSED ___________
MODIFIED ___________

GOVERNMENT'S PROPOSED SUPPLEMENTAL JURY INSTRUCTION NO. _____

Intentional flight by a defendant after he is suspected of the crime [for] which he is now on trial, may be considered by you in light of all the other evidence in the case. The burden is upon the government to prove intentional flight. Intentional flight after a defendant is accused of a crime is not alone sufficient to conclude that he is guilty. Flight does not create a presumption of guilt. At most, it may provide the basis for an inference of consciousness of guilt. But flight may not always reflect feelings of guilt. Moreover, feelings of guilt, which are present in many innocent people, do not necessarily reflect actual guilt. In your consideration of the evidence of flight, you should consider that there may be reasons for the defendant's actions that are fully consistent with innocence.

United States v. Blanco, 392 F.3d 382, 11-12 (9th Cir. 2004).

GIVEN ___________
REFUSED ___________
MODIFIED ___________

# CLEAN SET OF GOVERNMENT'S PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS

INSTRUCTION NO. ______

Certain charts and summaries have been shown to you in order to help explain the facts disclosed by the books, records, and other documents which are in evidence in the case. They are not themselves evidence or proof of any facts. If they do not correctly reflect the facts or figures shown by the evidence in the case, you should disregard these charts and summaries and determine the facts from the underlying evidence.

INSTRUCTION NO. ______

Intentional flight by a defendant after he is suspected of the crime [for] which he is now on trial, may be considered by you in light of all the other evidence in the case. The burden is upon the government to prove intentional flight. Intentional flight after a defendant is accused of a crime is not alone sufficient to conclude that he is guilty. Flight does not create a presumption of guilt. At most, it may provide the basis for an inference of consciousness of guilt. But flight may not always reflect feelings of guilt. Moreover, feelings of guilt, which are present in many innocent people, do not necessarily reflect actual guilt. In your consideration of the evidence of flight, you should consider that there may be reasons for the defendant's actions that are fully consistent with innocence.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Michael J. Park mparkatty@hawaii.rr.com July 26, 2006

/s/ Patricia Redondo