MICHAEL J. PARK, 4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Telephone: (808) 536-4456
Facsimile: (808) 536-4988

Attorney for Defendant
JORGE CASAS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 27 2006

at ___ o'clock and ___ min ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00184 HG |
| | ) |
| Plaintiff, | ) MOTION IN LIMINE; AND |
| | ) MEMORANDUM IN SUPPORT OF |
| vs. | ) MOTION |
| | ) |
| JORGE CASAS, (01) | ) Trial date: August 8, 2006 |
| | ) Time: |
| Defendant. | ) Judge: The Honorable Helen Gillmore |
| | ) |

## MOTION IN LIMINE

COMES NOW the defendant, JORGE CASAS, through counsel, Michael J. Park, and moves this Honorable Court to first exclude co-conspirator's statements. Secondly, defendant moves in limine for an order to the government to avoid any

ORIGINAL

vouching for the credibility of government witnesses, whether by testimony or other witnesses, by argument of counsel or by enhancing the character, title or responsibilities of said witness. Thirdly, other prior acts which the government contends are admissible under Federal Rules of Evidence 404(b).

This motion is based upon the attached memorandum of law, the files and records in this case, the attached declaration of counsel and on such argument and evidence as the court will receive.

DATED: Honolulu, Hawaii, July 27, 2006.

---

MICHAEL J. PARK
Attorney for Defendant
JORGE CASAS