# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 28, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CRIM. NO. 00-00184 HG 01

CASE NAME:      UNITED STATES OF AMERICA v. (01) JORGE CASAS

ATTYS FOR PLA:  Susan Cushman

ATTYS FOR DEFT: Michael J. Park

INTERPRETER:    Irma Ramirez-Zelada

JUDGE:    Helen Gillmor          REPORTER:    Stephen Platt

DATE:     July 28, 2006          TIME:        8:30 - 9:20

COURT ACTION:    FINAL PRETRIAL CONFERENCE -

**Defendant's Motion in Limine, filed July 27, 2006 (Doc. 726)**

Defendant's Motion in Limine concerns: (1) admissibility of alleged co-conspirator statements; (2) improper vouching by the Government for the credibility of its witnesses; and (3) admissibility of character evidence relating to other "bad acts" by defendant.

(1) Admissibility of alleged co-conspirator statements

Defendant's Motion in Limine as to the admissibility of alleged co-conspirator statements is **WITHDRAWN.**

(2) Improper vouching by the Government for the credibility of its witnesses

Defendant's Motion in Limine as to the improper vouching by the Government is **GRANTED IN PART AND DENIED IN PART.**

The Defendant may object at trial to questions which he contends are leading. The Government is permitted to refer to, or address, witnesses by their official titles.

The Government is not permitted to vouch for a witness' credibility such as by giving personal assurances of the witness' veracity or suggesting that the prosecutor personally believes the witness.

(3) <u>Admissibility of character evidence relating to other "bad acts" by defendant</u>

The Court reserves ruling on Defendant's Motion in Limine as to the admissibility of character evidence relating to other "bad acts" by Defendant. The Court orders Defendant to file a memorandum stating with particularity the evidence to be excluded and the legal support for his motion regarding the admissibility of character evidence relating to other "bad acts" by defendant by Tuesday, **August 1, 2006 at noon**. The Government shall file a memorandum in response by Wednesday, **August 2, 2006 at 4:00 p.m.**

**Joint Proposed Jury Instructions**

The Court orders the parties to meet by Wednesday, **August 2, 2006,** to confer regarding joint proposed jury instructions. The parties are ordered to file joint proposed jury instructions, and any objections regarding jury instructions, by Thursday, **August 3, 2006 at 4:00 p.m.** To the extent any party objects to a proposed jury instruction or proposes an alternative jury instruction, such objections or proposals must be in writing and must state the reasons why the Court should either give or not give the particular instruction.

**Voir Dire**

Defendant may submit proposed voir dire by Thursday, **August 3, 2006.**

**Defendant's Request for New Counsel**

Defendant orally raised a claim of ineffective assistance of counsel and requested new counsel. The Court questioned the Defendant outside the Government's presence. Defendant has had two previous attorneys that he has asked be replaced. After extensive colloquy, the Court finds that Defendant did not present any evidence to show that his counsel is ineffective. Defendant's motion for new counsel is **DENIED.**

Submitted by: David H. Hisashima, Courtroom Manager