

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

*PJKK Federal Building*  (808) 541-2850
*300 Ala Moana Blvd., Room 6-100*  FAX (808) 541-2958
*Honolulu, Hawaii 96850*

July 12, 2006

Michael J. Park, Esq.
733 Bishop Street, Ste. 2302
Honolulu, Hawaii 96813
VIA FAX and U.S. MAIL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 8 2006

at 9 o'clock and 0 min. by M
SUE BEITIA, CLERK

Re: U.S. v. Jorge Casas, Case No. CR 00-00184-01 HG
    FRE 404 (b) Evidence

Dear Mr. Park:

    Please be advised that I plan to introduce the following FRE 404(b) evidence at trial in the government's case in chief for the captioned matter: on January 26, 2005, the defendant was traveling under a false name and in possession of an altered visa when he was stopped at San Ysidro Port of Entry. I have enclosed the relevant form I-213 for your review.

    Please contact me if I may be of further assistance.

Very truly yours,

Susan Cushman
Assistant U.S. Attorney

| Country of Citizenship | Passport Number and Country of Issuance | File Number | | Male | Brown | Brown | Medium |
|---|---|---|---|---|---|---|---|
| Mexico | Not applicable | A-74 351 734 | | Height 7" | Weight 160 lbs | Occupation Musician | |

GONZALEZ-Jimenez, Jorge Luis a.k.a. CASAS, Jorge Jimenez

U.S. Address: Not applicable
Scars and Marks: None visible

Date, Place, Time, Manner of Last Entry: Not applicable
Passenger Boarded At: N/A
F.B.I. Number: 586367TA8
☐ Single  ☐ Divorced  ☐ Married  ☐ Widower  ☐ Separated

Number, Street, City, Province, (State) and Country of Permanent Residence: Calle Marvelos 23113 E117, Colonia Francisco Villa, Tijuana, BC, Mexico
Method of Location / Apprehension: Border Inspection/San Ysidro

Date of Birth: February 2, 1975   Age 29
Date of Action: 01/26/05
Location Code: SDP/SYS
At/Near: SYS/POE
Date/Hour: 01/26/05  1830

City, Province, (State) and Country of Birth: Atlixco, Puebla, Mexico
AR ☒   Form (Type & No.) Altered Visa   Lifted ☒   Not Lifted ☐
By: Nicholson-C.B.P.Officer

Visa Issued At - NIV No.: Not applicable
Social Security Account Name: Not applicable
Status at entry: Altered Doc
Status When Found: Inadmissible

Date Visa Issued: Not applicable
Social Security Number:
Length of Time Illegally in U.S.:

Immigration Record: See Narrative
Criminal Record: CA10251609

Name, Address and Nationality of Spouse (Maiden Name, if appropriate): Not Applicable
Number and Nationality of Minor Children: 3-MX

Father's Name, and Nationality and Address, if Known: GONZALEZ-Vargas, Francisco, MX
Mother's Present and Maiden Names, Nationality, and Address, if Known: JIMENEZ-Moralez, Alicia, MX

Monies Due / Property in U. S. Not in Immediate Possession: 0
Fingerprinted? ☒ Yes  ☐ No
INS Systems Checks:
Charge Code Word(s): 7A

Name and Address of (Last)(Current) U. S. Employer: Not applicable
Type of Employment:
Salary: hr.
Employed from/to:

Narrative (Outline particulars under which alien located / apprehended. Include details, not shown above, re time, place, manner of last entry, and elements which establish administrative and / or criminal violations. Indicate means and route of travel to interior):

On January 26, 2005 at approximately 1830 hours, subject Jorge Luis GONZALEZ-Jimenez applied for admission into the United States via the San Ysidro Port of Entry Pedestrian Facility presenting Mexican passport #04020064501 with altered visa #20031540230006 to CBP Officer _____. Officer _____ observed the visa appeared to be altered and referred GONZALEZ to Secondary for further inspection.

CBP Officers _____ and _____ conducted a secondary inspection of GONZALEZ who was identified utilizing the Integrated Automated Fingerprint Identification System(IAFIS) indicating there was an F.B.I. number 586367TA8 assigned to GONZALEZ. There was a warrant(WNO:002204260773Z) for GONZALEZ's arrest, under the alias Jorge Jimenez CASAS, issued by the United States Marshals Service for possession with the intent to distribute methamphetamine, no bail. GONZALEZ was referred to the Parole and Warrant Unit.

I confirmed the warrant was active and outstanding with the originating agency. I conducted a pat down of GONZALEZ approved by CBP Supervisory Senior Immigration Inspector _____, yielding NEGATIVE results and GONZALEZ was placed in holding cell #1. Immigration database queries utilizing Central Index System(CIS) and Deportable Alien Control System(DACS) indicated GONZALEZ had Alien File Number A-74 351 734 assigned. The United States Marshals Service was notified and responded. Local case number PAW-05-01-078.

Disposition: The United States Marshals Service was served an Immigration Detainer-Notice of Action, form I-247 and GONZALEZ was remanded to their custody for booking into the San Diego Metropolitan Correction Center.

Alien has been advised of communication privileges.  (Date/Initials)
Distribution:
(Signature and Title of INS Official)

Received (Subject and Documents)(Report of Interview)
Officer: CBP/SYS, 07510
on: 01/26/2005   at 2100   (time)
Disposition: TOT USMS for transport/booking into MCC
Examining Officer:



Form I-213 (Rev. 4/1/97)Y

TOTAL P.03
PAGE.03