EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

SUSAN CUSHMAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Susan.Cushman@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184 HG |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S WITNESS LIST |
| | ) | |
| v. | ) | |
| | ) | Date:  August 8, 2006 |
| JORGE CASAS, | ) | Time:  9:00 a.m. |
| | ) | Judge: Helen Gillmor |
| Defendant. | ) | |
| _____ | ) | |

GOVERNMENT'S WITNESS LIST

　　　The Government hereby submits its witness list, attached hereto, in the above-captioned matter.

　　　DATED: August 1, 2006, at Honolulu, Hawaii.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　EDWARD H. KUBO, JR.
　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　District of Hawaii


　　　　　　　　　　　　　　　　　By /s/Susan Cushman
　　　　　　　　　　　　　　　　　　　SUSAN CUSHMAN
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

# GOVERNMENT'S WITNESS LIST

1. Special Agent Michael Rothermund, DEA
2. Special Agent James Yuen, DEA
3. Special Agent Rory Fujimoto, DEA
4. Special Agent Chris Cadogan, DEA, Las Vegas
5. William Haleck, Transportation Security Administration (TSA)
6. Special Agent John Jones, DEA
7. Michael Rehfeldt, U.S. Customs
8. Task Force Officer John Zidzick, DEA, Las Vegas
9. Task Force Officer Julie Butterfield-Elrod, DEA, Las Vegas
10. Task Force Officer Brad Kaylor, Riverside Police Department
11. Task Force Officer Roberta Hopewell, Ontario Police Department
12. Lt. Eric Brown, Honolulu Police Department
13. Officer Anthony Colon, Honolulu Police Department
14. John Shull, Fingerprint Specialist, Western Laboratory
15. Tina Wu Chang, Chemist, Western Laboratory
16. Felipe Ruiz Castro
17. Brian Joshua Jones
18. Kathleen Munoz, Hawaiian Telecom
19. Albert Chong, Verizon Wireless
20. Custodian of Records, Cingular Wireless
21. Custodian of Records, Aloha Airlines
22. Custodian of Records, Sprint
23. Jason O'Neal, U.S. Customs and Border Patrol
24. Harvey Nicholson, U.S. Customs and Border Patrol

25. Jesus Saucedo, U.S. Customs and Border Patrol

26. Nicholas Gonzales, U.S. Customs and Border Patrol

27. Custodian of Records, Hawaiian Telecom

28. Special Agent Jason Pa, U.S. Customs

29. Special Agent Geoffrey Wellein, DEA

30. Special Agent Gerald Lawson, DEA

31. Special Agent James Chu, FBI

32. Special Agent Joel Rudow, FBI

33. Special Agent Jason Cherry, FBI

34. Officer Anthony Poplardo, Maui Police Department

35. Officer John Kahoohanohano, Maui Police Department

36. Eduardo Gomez, Intelligence Specialist, HIDTA

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Michael J. Park     mparkatty@hawaii.rr.com     August 1, 2006

                                                /s/ Patricia Redondo