# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 28, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR. 00-00184HG

CASE NAME:       U.S.A. vs. (01) JORGE CASAS

JUDGE:    Helen Gillmor          REPORTER:

DATE:     July 28, 2006          TIME:

COURT ACTION:              **<u>MINUTE ORDER</u>**

The Minutes of the July 28, 2006 hearing on the Final Pretrial Conference and Defendant's Motion in Limine  is amended to include the following:

"The defendant is present, in custody".

Submitted by: David H. Hisashima, Courtroom Manager