EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

SUSAN CUSHMAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: Susan.Cushman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  00-00184 HG |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S PROPOSED |
| | ) | NON-AGREED UPON JURY |
| vs. | ) | INSTRUCTIONS; CERTIFICATE OF |
| | ) | SERVICE |
| JORGE CASAS, | ) | |
| | ) | Date:  August 8, 2006 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge:  Helen Gillmor |

GOVERNMENT'S PROPOSED NON-AGREED UPON JURY INSTRUCTION

Comes now the United States of America, by and through its undersigned counsel, and hereby submits the following proposed jury instruction in the captioned matter.  The following is alleged in support of the attached instruction:

The jury will hear testimony from two cooperating witnesses, Felipe Ruiz Castro and Brian Joshua Jones, who received downward departures for substantial assistance pursuant to U.S.S.G. §5K1.1.  The language in the proposed instruction merely tracks the language in 18 U.S.C. § 3553(e) which is the

substantial assistance provision.  The effect of such an instruction is to explain to the jury that any sentenced imposed is always within the court's discretion, and it is the court who decides whether or not to grant such a request.[1]

Permission of the court is requested to subsequently withdraw, modify, or offer such additional instructions as may, during the course of the trial become appropriate.

DATED: August 3, 2006, at Honolulu, Hawaii.

> EDWARD H. KUBO, JR.
> United States Attorney
> District of Hawaii
>
> /s/ Susan Cushman
> By_____
>   SUSAN CUSHMAN
>   Assistant U.S. Attorney
>
> Attorneys for Plaintiff
> UNITED STATES OF AMERICA

---

[1] This instruction has been given in the following cases in this jurisdiction: United States v. Dory Franz, Cr. No. 05-00419 SOM; United States v. Todd Hernandez, Cr. No. 05-0196 SOM; and United States v. Ofahenmooni Latu, Cr. No. 98-00078 ACK.

GOVERNMENT'S PROPOSED
NON-AGREED UPON JURY INSTRUCTION NO. \_\_\_\_\_

This instruction applies to the testimony of Felipe Ruiz Castro and Brian Joshua Jones only.  Under applicable law, if the government makes a request therefor, a United States District Court may impose a sentence on a person below a level otherwise established by law so as to reflect that person's substantial assistance in the investigation or prosecution of another person who has committed an offense.  The court, it its sole discretion, decides whether or not to grant such a request.

```
GIVEN     _____
REFUSED   _____
MODIFIED  _____
```

# CLEAN NON-AGREED UPON INSTRUCTION

INSTRUCTION NO. \_\_\_\_\_

      This instruction applies to the testimony of Felipe Ruiz Castro and Brian Joshua Jones only.  Under applicable law, if the government makes a request therefor, a United States District Court may impose a sentence on a person below a level otherwise established by law so as to reflect that person's substantial assistance in the investigation or prosecution of another person who has committed an offense.  The court, it its sole discretion, decides whether or not to grant such a request.

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last known addresses:

Served Electronically through CM/ECF:
Michael J. Park     mparkatty@hawaii.rr.com     August 3, 2006

                                               /s/ Patricia Redondo
                                               _____