EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

SUSAN CUSHMAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: Susan.Cushman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  00-00184 HG |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S TRIAL MEMO |
| | ) | |
| vs. | ) | |
| | ) | |
| JORGE CASAS, | ) | |
| | ) | Date:  August 8, 2006 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Helen Gillmor |

GOVERNMENT'S TRIAL MEMO

   Comes now the United States of America, by and through its undersigned counsel, and hereby submits the following trial memo as it relates to disclosure of Rule 16 Discovery and statements made by Defendant to a law enforcement officer in the captioned matter.  The following is alleged:

   1)  On July 31, 2006, undersigned counsel became aware of Rule 16 Discovery relating to a prior statement made by

Defendant to a law enforcement officer, and was uncertain whether this statement had been previously provided to defense counsel.

2) On July 31, 2006, undersigned counsel faxed a letter to defense counsel summarizing defendant's statements. A copy is attached hereto as government's exhibit A.

DATED: August 3, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Susan Cushman
   SUSAN CUSHMAN
   Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last known addresses:

Served Electronically through CM/ECF:
Michael J. Park     mparkatty@hawaii.rr.com     August 3, 2006

                                /s/ Patricia Redondo