

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*
*300 Ala Moana Blvd., Room 6-100*
*Honolulu, Hawaii 96850*

*(808) 541-2850*
*FAX (808) 541-2958*

July 31, 2006

Michael J. Park, Esq.
733 Bishop Street, Ste. 2302
Honolulu, Hawaii 96813
VIA FAX

Re: U.S. v. Jorge Casas, Case No. CR 00-00184-01 HG

Dear Mr. Park:

     Pursuant to Rule 16, please be advised that on April 20, 2000, at approximately 1:47 a.m., Det. Brad Kaylor instructed Leah Cardenas to use her cell phone to call your client. Ms. Cardenas did contact your client on her cell phone. At some point during the conversation, Cardenas handed the phone to Det. Kaylor who spoke with a male with a Spanish accent who identified himself as Jorge Casas. Det. Kaylor identified himself as a police officer and informed Casas that there was an outstanding warrant for his arrest based on narcotics violations. Casas refused to disclose his whereabouts, and said that he did not understand why he was wanted. Casas further said that he did not want to run from anything, but refused to surrender immediately. Casas asked if he could surrender in 3 days.

     Please contact me if I may be of further assistance.

Very truly yours,

*[signature]*

Susan Cushman
Assistant U.S. Attorney

**EXHIBIT A**