MICHAEL J. PARK,  4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii   96813
Telephone:   (808) 536-4456
Facsimile:    (808) 536-4988

Attorney for Defendant
JORGE CASAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00184 HG |
| | ) |
| Plaintiff, | ) DEFENDANT JORGE CASAS |
| | ) EXHIBIT LIST |
| vs. | ) |
| | ) Date: August 8, 2006 |
| JORGE  CASAS, (01) | ) Time: 9:00 am |
| | ) Judge: Helen Gillmor |
| Defendant. | ) |

<u>DEFENDANT JORGE CASAS EXHIBIT LIST</u>

Defendant, JORGE CASAS, by and through undersigned counsel,

MICHAEL J. PARK, hereby submits its witness list, attached hereto, for the above-

captioned matter.

DATED: Honolulu, Hawaii, August 7, 2006.

_____
/s/ MICHAEL J. PARK
Counsel for Defendant

## DEFENDANT JORGE CASAS EXHIBIT LIST

1. All documents, physical, real, demonstrative and photographic evidence in Government's discovery provided to Defendant.

2. Fingerprint Report dated August 23, 2000.

3. Certificate of Live Birth – Angelica Lia Gonzalez

4. Business cards (Government's exhibit N-108 in Case No. R4-99-0042).

# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

- Susan Cushman
Susan.Cushman@usdoj.gov USAHI.ECFNarcotics@usdoj.gov;Pat.Redondo@usdoj.gov

Served by First Class Mail or hand-delivery:

(No manual recipients)

        DATED:   Honolulu, Hawaii, August 7, 2006.

                                        _____
                                        /s/MICHAEL J. PARK
                                        Attorney for Defendant