EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

SUSAN CUSHMAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: susan.cushman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184 HG |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SUPPLEMENTAL |
| | ) | PROPOSED VOIR DIRE QUESTION; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| JORGE CASAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | DATE: August 8, 2006 |
| | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Helen Gillmor |

GOVERNMENT'S SUPPLEMENTAL PROPOSED VOIR DIRE QUESTIONS

        COMES NOW, the United States of America, by counsel,

and submits herewith its proposed supplemental voir dire question

to the Court.  The following question is proposed:

        You will hear evidence that in this case that DEA

agents listened to and recorded telephone conversations in which

the defendant was talking about buying and selling drugs.  You

will also hear that the DEA agents had gotten a court order

allowing them to listen to and to record the defendant's drug related telephone conversations.  This is called a wiretap.  Does anybody here have a problem with DEA agents listening to and recording drug related telephone conversations when they are allowed to do so by a court order?

DATED: August 7, 2006, Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


/s/ Susan Cushman
By_____
SUSAN CUSHMAN
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Michael J. Park        mparkatty@hawaii.rr.com        August 7, 2006

DATED: August 7, 2006, at Honolulu, Hawaii.


/s/ Patricia Redondo