MICHAEL J. PARK,   4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii   96813
Telephone:   (808) 536-4456
Facsimile:    (808) 536-4988

Attorney for Defendant
JORGE CASAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 00-00184 HG |
|---|---|
| Plaintiff, | ) DEFENDANT JORGE CASAS |
|  | ) SECOND WITNESS LIST |
| vs. | ) |
|  | ) Date: August 8, 2006 |
| JORGE  CASAS, (01) | ) Time: 9:00 am |
|  | ) Judge: Helen Gillmor |
| Defendant. | ) |

DEFENDANT JORGE CASAS SECOND WITNESS LIST

Defendant, JORGE CASAS, by and through undersigned counsel,

MICHAEL J. PARK, hereby submits its revised witness list, attached hereto, for the

above-captioned matter.

DATED:  Honolulu, Hawaii, August 8, 2006.

_____
/s/ MICHAEL J. PARK
Counsel for Defendant

## DEFENDANT JORGE CASAS WITNESS LIST

1. Mark R. Hagadone, Ph.D., FACFE

2. Felipe Ruiz-Castro

3. Brian J. Jones

4. Leah Cardenas

5. Mona Huihui

6. Special Agent Michael Rothermund

7. Any witness(es) listed in the Government's or all persons named in police reports and other material provided by the Government on this matter.

# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

- Susan Cushman
Susan.Cushman@usdoj.gov USAHI.ECFNarcotics@usdoj.gov;Pat.Redondo@usdoj.gov

Served by First Class Mail or hand-delivery:

(No manual recipients)

       DATED:  Honolulu, Hawaii, August 8, 2006.

                                                     _____
                                                     /s/MICHAEL J. PARK
                                                     Attorney for Defendant