# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 8, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 00-00184HG |
| CASE NAME: | U.S.A. vs. (01) JORGE CASAS |
| ATTYS FOR PLA: | Susan Cushman |
| | Michael Rothermund, Case Agent, DEA |
| ATTYS FOR DEFT: | Michael J. Park |
| INTERPRETER: | Irma Ramirez-Zelada |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Steve Platt |
| DATE: | August 8, 2006 | TIME: | 9:30 - 4:10 |

COURT ACTION:  JURY SELECTION/TRIAL -

The defendant is present in custody.
79 jurors are present.
The Court apprised the jury of the role of the jurors.
Jury voir dired.

Hearing held out of the presence of the jury (10:50 a.m.) re: Letter from the Defendant to Counsel as it relates to discovery, speedy trial issues, and communication with counsel.

The government's attorneys and agent vacated the courtroom (11:00 a.m.).

The Court provided Mr. Park with a Sealed Letter with attachment that the Defendant sent to the Court.  The defendant addressed the Court.
The Court construed the defendant's letter and oral presentation as request for a new counsel.  Mr. Park is the Defendant's third attorney.  Defendant presented no issues requiring appointment of new counsel.  Defendant's Oral Motion for New Counsel is DENIED.  Ms. Cushman and agent returned to the courtroom (11:05 a.m.)

Further voir dire.  34 jurors were excused for cause.

Further jury selection is continued to August 9, 2006 @ 9:00 a.m.

Submitted by: David H. Hisashima, Courtroom Manager
Submitted by: Mary Rose Feria, Courtroom Manager