# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 9, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 00-00184HG |
| CASE NAME: | U.S.A. vs. (01) JORGE CASAS |
| ATTYS FOR PLA: | Susan Cushman |
| | Michael Rothermund, Case Agent, DEA |
| ATTYS FOR DEFT: | Michael J. Park |
| INTERPRETER: | Irma Ramirez-Zelada |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | August 9, 2006 | TIME: | 9:00 - 11:30 |
| | | | 1:30 - 4:10 |

COURT ACTION:  FURTHER JURY SELECTION/TRIAL -

The defendant is present in custody.
45 jurors returned to the courtroom.
12 jurors and three alternates selected and sworn.

The jury is preliminarily instructed.

Government's opening statement.  The defendant reserves his opening statement.

James Yuen CST. Albert Chong CST. Kathleen Munoz CST.

The jury was excused and directed to return on August 10, 2006 @ 8:45 a.m.

Hearing held out of the presence of the jury regarding discovery.

Further trial is continued to August 10, 2006 @ 9:00 a.m.

David H. Hisashima, Courtroom Manager
Mary Rose Feria, Courtroom Manager

Case 1:00-cr-00184-HG     Document 741     Filed 08/09/2006     Page 2 of 2