# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 10, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 00-00184HG |
| CASE NAME: | U.S.A. vs. (01) JORGE CASAS |
| ATTYS FOR PLA: | Susan Cushman |
| | Michael Rothermund, Case Agent, DEA |
| ATTYS FOR DEFT: | Michael J. Park |
| INTERPRETER: | Irma Ramirez-Zelada |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | August 10, 2006 | TIME: | 9:00 - 12:00 |
| | | | 1:30 - 4:25 |

COURT ACTION:  FURTHER JURY TRIAL - DAY 3 -

The defendant is present in custody.

Examination of Kathleen Munoz resumed.
John Shull CST.
Brad Kaylor CST.
Rory K. Fujimoto CST.
Felipe Ruiz Castro CST.
Julie Butterfield CST (taken out of turn).
Examination of Felipe Ruiz Castro resumed.

Exhibits admitted in evidence: 1 thru 18A, 25, 40, 41, 43, 53, and 59.

Further trial is continued to August 11, 2006 @ 9:00 a.m.