# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 11, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00184HG |
| CASE NAME: | UNITED STATES OF AMERICA v. (01) JORGE CASAS |
| ATTYS FOR PLA: | Susan Cushman |
| | Michael Rothermund, Case Agent, DEA |
| ATTYS FOR DEFT: | Michael J. Park |
| INTERPRETER: | Irma Ramirez-Zelada |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | August 11, 2006 | TIME: | 9:00 - 3:30 |

COURT ACTION:    FURTHER JURY TRIAL - DAY 4

    Examination of Felipe Ruiz Castro resumed.
Christopher Cadogan CST.
Michael Rehfeldt CST.
William Haleck CST.
Tina Wu Chang CST.

    Hearing held out of the presence of the jury re Exhibit 56.  The parties shall file simultaneous memoranda in support or against the admission into evidence of Exhibit 56 by August 14, 2006.

    Examination of Tina Wu Chang resumed.

    Exhibits admitted: 19, 20, 51, 52, 54, 55A - 55F and 56 **subject to connection**.

    Further trial is continued to August 14, 2006 @ 9:00 a.m.


David H. Hisashima, Courtroom Manager
Mary Rose Feria, Courtroom Manager

Case 1:00-cr-00184-HG    Document 744    Filed 08/11/2006    Page 2 of 2