# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 14, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 00-00184HG |
| CASE NAME: | U.S.A. vs. (01) JORGE CASAS |
| ATTYS FOR PLA: | Susan Cushman |
| | Michael Rothermund, Case Agent, DEA |
| ATTYS FOR DEFT: | Michael J. Park |
| INTERPRETER: | Irma Ramirez-Zeleda |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | August 14, 2006 | TIME: | 9:00 - 4:00 |

COURT ACTION: FURTHER JURY TRIAL AS TO DEFENDANT (01) JORGE CASAS - DAY 5 -

The defendant is present in custody.

Hearing held outside the presence of the jury.

Mr. Rustam Barbee re-appointed to represent Defendant (03) Brian Joshua Jones nunc pro tunc as of August 10, 2006 (CR 00-00188SOM).

Brian Joshua Jones CST (outside the presence of the jury).
Advised of his 5th Amendment rights.

The jury is present.

Brian Joshua Jones CST.
Eric J. Brown CST.
Anthony Colon CST.

Examination of Tina Wu Chang resumed.

Exhibits admitted: 21, 21A, 21B, 22, 22A, 22B, 23, 24, 29, 31, 32, 38, 39A, 39B, 39C, 39D, 39E, 39F, 39G, 42, 48A, 48B, 48C, 48D, 48E, 48F, 49, 63, 64, 65, 102, and 103.

Further trial is continued to August 15, 2006 @ 9:00 a.m.

Submitted by: Mary Rose Feria, Courtroom Manager
Submitted by: David H. Hisashima, Courtroom Manager