# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 15, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 00-00184HG |
| CASE NAME: | U.S.A. vs. (01) JORGE CASAS |
| ATTYS FOR PLA: | Susan Cushman<br>Michael Rothermund, Case Agent, DEA |
| ATTYS FOR DEFT: | Michael J. Park |
| INTERPRETER: | Irma Ramirez-Zelada |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | August 15, 2006 | TIME: | 9:00 -11:40<br>3:15  - 4:45 |

COURT ACTION:  FURTHER JURY TRIAL AS TO DEFENDANT (01) JORGE CASAS - DAY 6 -

The defendant is present in custody.

Geoffrey Michael Wellein, CST.
Harvey Nicholson CST.

Exhibits admitted: 45, 46, 47, 57, 58, 60, and  61.

Government rests.
Defendant's Motion for Judgment of Acquittal - DENIED.
The Court advised the defendant of his rights to testify and  not to testify.  The defendant opted not to testify.
Defendant rests.

The jury is excused and directed to return on August 16, 2006 at 8:45 a.m.

Hearing held out of the presence of the jury re: settling of jury instructions.

Further trial is continued to August 16, 2006 at 8:00 a.m.

Mary Rose Feria, Courtroom Manager
David H. Hisashima, Courtroom Manager