MICHAEL J. PARK, 4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Telephone: (808) 536-4456
Facsimile: (808) 536-4988



Attorney for Defendant
JORGE CASAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00184 HG |
| | ) |
| Plaintiff, | ) DEFENDANT CASAS TRIAL |
| | ) MEMORANDUM ON REDACTED |
| vs. | ) INDICTMENT; |
| | ) EXHIBIT(S) "A"; CERTIFICATE OF |
| JORGE CASAS, (01) | ) SERVICE |
| | ) |
| Defendant. | ) Date: AUGUST 8, 2006 |
| | ) Time: 9:00 |
| | ) Judge: HELEN GILLMOR |

### DEFENDANT CASAS EMORANDUM ON REDACTED INDICTMENT

Defendant, JORGE CASAS, by and through undersigned counsel,

ORIGINAL

MICHAEL J. PARK, submits this Court a very limited memorandum on redacted indictment due to time constraints.

DATED: Honolulu, Hawaii, August 16, 2006.

/s/ MICHAEL J. PARK
Counsel for Defendant

## MEMORANDUM OF LAW

Where statute enumerates several means of committing an offense, indictment may contain several allegation in the conjunctive. <u>United States v. Fulbright</u>, 105 F.3d 443 (9th Cir. 1997)

Redaction is allowed if it did not broaden the scope of indictment. <u>US v. Miller</u>, 471 U. S. 130 (1985)

The indictment, even and redacted, must satisfy the dual purpose of indictment: to apprise a defendant of the charge against him which he must defend, and to enable him to plead double jeapordy. <u>US v. Givens</u>, 767 F2d 574, (9th Cir. 1985).

DATED: Honolulu, Hawaii, August 16, 2006.

/s/MICHAEL J. PARK
Attorney for Defendant
JORGE CASAS

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

☐ **Susan Cushman**
Susan.Cushman@usdoj.gov
USAHI.ECFNarcotics@usdoj.gov;Pat.Redondo@usdoj.gov

Served by First Class Mail or hand-delivery:

(No manual recipients)

    DATED: Honolulu, Hawaii, August 16, 2006.

/s/MICHAEL J. PARK
Attorney for Defendant