# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 16, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR. 00-00184HG

CASE NAME:       U.S.A. vs. (01) JORGE CASAS

ATTYS FOR PLA:   Susan Cushman
                 Florence T. Nakakuni
                 Michael Rothermund, Case Agent, DEA

ATTYS FOR DEFT:  Michael J. Park

INTERPRETER:     Irma Ramirez-Zelada

---

JUDGE:    Helen Gillmor         REPORTER:   Stephen Platt

DATE:     August 16, 2006       TIME:       8:00 - 12:55

---

COURT ACTION:  FURTHER JURY TRIAL AS TO DEFENDANT (01) JORGE CASAS - DAY 7 -

The defendant is present in custody.

Hearing held out of the presence of the jury re settling of jury instructions and verdict form.

Jury present.

Government's Opening argument. Defendant's Closing argument. Government's Rebuttal argument.
Jury instructed. Bailiff (CSO Herbert Watanabe) sworn.
Alternate jurors excused and admonished not to speak about this case.
Jury retired to commence deliberation (12:55- 4:10).
Further jury deliberation is continued to August 17, 2006 @ 9:00 a.m.

Submitted by: David H. Hisashima, Courtroom Manager
Submitted by: Mary Rose Feria, Courtroom Manager