# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 17, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 00-00184HG |
| CASE NAME: | U.S.A. vs. (01) JORGE CASAS |
| ATTYS FOR PLA: | Susan Cushman<br>Florence T. Nakakuni<br>Michael Rothermund, Case Agent, DEA |
| ATTYS FOR DEFT: | Michael J. Park |
| INTERPRETER: | Irma Ramirez-Zelada |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | August 17, 2006 | TIME: | 9:00 - 11:50 |
| | | HEARINGS: | 10:47 - 10:52<br>11:35 - 11:50 |

COURT ACTION:  FURTHER JURY TRIAL AS TO DEFENDANT (01) JORGE CASAS - DAY 8-

Further deliberation by the jury.

Hearing held out of the presence of the jury re NOTE FROM THE JURY. Both Ms. Cushman and Mr. Park participated by telephone. Response sent to the jury (10:47 - 10:52).

NOTE FROM THE JURY filed.

The defendant is present in custody.

The jury returned with the verdict. The VERDICT and SPECIAL VERDICT FORM were read and filed.

The jury found the Defendant guilty as to Counts 1, 3, 4, 7, 8, 10, 11, 13, 14, 15, 17, 18, 19, 20 of the Second Superseding Indictment. Defendant was found not guilty as to Count 16 of the Second Superseding Indictment.

The jury was polled. The verdict is unanimous.

The defendant is referred for presentence investigation and report, and sentencing is set for December 14, 2006 at 1:30 p.m.

**(The trial exhibits are located in the Exhibit Room.)**

Submitted by: Mary Rose Feria, Courtroom Manager
Submitted by: David H. Hisashima, Courtroom Manager