IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | SPECIAL VERDICT FORM |
| vs. | ) | |
| | ) | |
| JORGE CASAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 7 2006

at 11 o'clock and 30 min. a M
SUE BEITIA, CLERK

SPECIAL VERDICT FORM

Should you the jury find defendant JORGE CASAS guilty of the offense of conspiracy to distribute and possess with intent to distribute methamphetamine and/or cocaine charged in Count 1 of the Indictment answer parts A-C below:

A.  Methamphetamine

Please indicate below the highest amount of methamphetamine (of any purity) which you unanimously agree was either within the scope of defendant JORGE CASAS' agreement with his co-conspirator(s), or, which was involved in this offense and reasonably foreseeable to defendant JORGE CASAS as being in furtherance of jointly undertaken criminal activity.

    ✓    500 grams or more of methamphetamine

    ____    at least 50 grams but less than 500 grams

    ____    at least 5 grams but less than 50 grams

    ____    a measurable amount but less than 5 grams

B.  Please indicate below the amount of methamphetamine or crystal methamphetamine-"ice," from part (A) above (if any) which you unanimously find was a mixture or substance containing d-methamphetamine hydrochloride at least 80% purity.

1

   ✓      500 grams or more of methamphetamine

_____  at least 50 grams but less than 500 grams

_____  at least 5 grams but less than 50 grams

_____  a measurable amount but less than 5 grams

C. <u>Cocaine</u>

Please indicate below the highest amount of cocaine which you unanimously agree was either within the scope of defendant JORGE CASAS' agreement with his co-conspirator(s), <u>or</u>, which was involved in this offense and reasonably foreseeable to defendant JORGE CASAS as being in furtherance of jointly undertaken criminal activity.

   ✓      5,000 grams or more of cocaine

_____  at least 500 grams but less than 5,000 grams

_____  at least 50 grams but less than 500 grams

_____  less than 50 grams

You are not required to make any purity determinations as to any quantity of cocaine.

## AS TO COUNT 11

Should you find defendant JORGE CASAS guilty as to aiding and abetting in the possession with intent to distribute crystal methamphetamine-"ice," please answer below:

Please indicate the amount of crystal methamphetamine-"ice" which you unanimously find was a mixture or substance containing d-methamphetamine hydrochloride of at least 80% purity.

   ✓      500 grams or more of methamphetamine

_____   at least 50 grams but less than 500 grams

_____   at least 5 grams but less than 50 grams

_____   a measurable amount but less than 5 grams

### AS TO COUNT 14

Should you find defendant JORGE CASAS guilty as to aiding and abetting in the possession with intent to distribute cocaine, please answer indicate the amount of cocaine which you unanimously agree was involved and indicate your answer below:

✓es   5,000 grams or more of cocaine

_____   at least 500 grams but less than 5000 grams

_____   at least 50 grams but less than 500 grams

_____   less than 50 grams


You are not required to make any purity determinations as to any quantity of cocaine.


/s/
_____
FOREPERSON'S SIGNATURE

17 August 2006
_____
DATE

3