IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | VERDICT |
| vs. | ) | |
| | ) | |
| JORGE CASAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 7 2006

at 11 o'clock and 30 min. a M
SUE BEITIA, CLERK

<u>VERDICT</u>

WE, THE JURY, FIND Defendant JORGE CASAS:

**AS TO COUNT 1**

_____ NOT GUILTY          ✓ GUILTY

**AS TO COUNT 3**

_____ NOT GUILTY          ✓ GUILTY

**AS TO COUNT 4**

_____ NOT GUILTY          ✓ GUILTY

**AS TO COUNT 7**

_____ NOT GUILTY          ✓ GUILTY

1

**AS TO COUNT 8**

_____ NOT GUILTY          ✓ GUILTY

**AS TO COUNT 10**

_____ NOT GUILTY          ✓ GUILTY

**AS TO COUNT 11**

_____ NOT GUILTY          ✓ GUILTY

**AS TO COUNT 13**

_____ NOT GUILTY          ✓ GUILTY

**AS TO COUNT 14**

_____ NOT GUILTY          ✓ GUILTY

**AS TO COUNT 15**

_____ NOT GUILTY          ✓ GUILTY

**AS TO COUNT 16**

✓ NOT GUILTY          _____ GUILTY

**AS TO COUNT 17**

_____ NOT GUILTY          ✓ GUILTY

2

**AS TO COUNT 18**

_____ NOT GUILTY          ✓____ GUILTY

**AS TO COUNT 19**

_____ NOT GUILTY          ✓____ GUILTY

**AS TO COUNT 20**

_____ NOT GUILTY          ✓____ GUILTY

_____          17 August 2006
FOREPERSON'S SIGNATURE                    _____
                                          DATE

3