FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 1 2006

at 12 o'clock and 30 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 00-00184HG |
| Plaintiff(s), | ) | |
| | ) | JUDGMENT OF ACQUITTAL |
| vs. | ) | |
| JORGE CASAS, | ) | |
| Defendant. | ) | |

## JUDGMENT OF ACQUITTAL

On August 17, 2006, the Jury found Defendant JORGE CASAS, not guilty on Count 16. Accordingly, judgment of acquittal on Count 16 is entered in favor of Defendant.

Dated at Honolulu, Hawaii on   8·21·06   .


Helen Gillmor
Chief United States District Judge

cc: USPO, PTS, USMASD