MICHAEL J. PARK,   4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii   96813
Telephone:   (808) 536-4456
Facsimile:    (808) 536-4988

Attorney for Defendant
JORGE CASAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00184 HG |
| ) | |
| Plaintiff, ) | SECOND MOTION TO |
| ) | WITHDRAW AS COUNSEL; |
| vs. ) | DECLARATION OF COUNSEL; |
| ) | CERTIFICATE OF SERVICE |
| JORGE  CASAS, (01) ) | |
| ) | Date: |
| Defendant. ) | Time: |
| ) | Judge: |

SECOND MOTION TO WITHDRAW AS COUNSEL

Defendant, JORGE CASAS, by and through undersigned counsel, MICHAEL J. PARK, moves this Court to allow counsel to withdraw in the

attorney-client relationship.

      This motion is pursuant to LR 83.6(b), U.S. District Court and based upon the Sixth Amendment, and is supported by the attached Declaration of Counsel.

DATED: Honolulu, Hawaii, August 25, 2006.

                                                 _____
                                                 /s/ MICHAEL J. PARK
                                                 Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Rustam Barbee
rustam@honoluluattorney.com rustambarbee@yahoo.com
Susan Cushman
Susan.Cushman@usdoj.gov
USAHI.ECFNarcotics@usdoj.gov;Pat.Redondo@usdoj.gov
Thomas Muehleck
tom.muehleck@usdoj.gov
rowena.kang@usdoj.gov;USAHI.ECFNarcotics@usdoj.gov
Michael J. Park
mparkatty@hawaii.rr.com legalbeagle@makaao.net;gregryan@gregryanlaw.com


Served by First Class Mail or hand-delivery:

(No manual recipients)

       DATED:   Honolulu, Hawaii, August 25, 2006.


                                              _____
                                              /s/MICHAEL J. PARK
                                              Attorney for Defendant