IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00184 HG |
| | ) |
| Plaintiff, | ) DECLARATION OF COUNSEL |
| | ) |
| vs. | ) |
| | ) |
| JORGE CASAS, (01) | ) |
| | ) |
| Defendant. | ) |
| | ) |

DECLARATION OF COUNSEL

I, MICHAEL J. PARK, hereby declare as follows:

1.     That I am counsel for defendant JORGE CASAS, having been appointed on February 15, 2006 pursuant to the Criminal Justice Act.

2.     Defendant is currently being housed at the Federal Detention Center awaiting sentencing.

3.  Declarant and Defendant have had irreconcilable differences from February 2006, through trial, to the date of this declaration.

4.  Defendant was convicted of all counts, except one, at the end of a seven day jury trial.

5.  Defendant blames Declarant for his conviction as he did not receive adequate representation at trial as well as pretrial.  He now intends to appeal his conviction and desires a lawyer he can trust.

6.  Defendant was previously informed by Declarant and Judge Helen Gillmor to cease sending correspondence without consulting with Declarant.  Defendant has corresponded with Judge Helen Gillmor, via letter, without Declarant's knowledge or approval.  Defendant justifies his actions by stating he distrusts Declarant.

7.  Defendant continues to assert that he is not kept fully informed regarding every aspect of his case.

8.  Defendant's and Declarant's relationship has not improved since the trial.

9.  Declarant is no longer able to communicate with Defendant.  Declarant is unable to handle an appeal for Defendant under the circumstances.

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

    DATED: Honolulu, Hawaii, August 25, 2006.

                                            _____
                                            /s/MICHAEL J. PARK
                                            Attorney for Defendant
                                            JORGE CASAS