Jorge Casas
#94250-198
(FDC) Unit 5-a
P.O. Box 30080
Honolulu, Hi. 96820

August 22, 2006

U.S. District Court
District of Hawaii
Honorable Helen Gillmor
300 Ala Moanna Blvd.
Honolulu, Hi. 96813

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 8 2006

at 10 o'clock and 40 min. a.M.
SUE BEITIA, CLERK

RE: **USA v. CASAS, CR.No. 00-00184**

           NOTE: <u>I am writing you through translation:</u>

Dear Honorable Judge Helen Gillmor,

   Again I apologize for writing you directly. If you recall I just recently lost in Jury trial. Since then I've made several attempts in trying to contact my attorney Mr. Michael Park to assist me in raising certain legal issues the Government violated before and during my trial.

   [I]t is my understanding that the only way I may raise these issues is by a motion for a new trial within seven (7) days after verdict or finding of guilt, Fed.R.Crim.P. Rule 31(b)(2).

   I do not claim to know the Law, however "due process" of the Fifth (5) Amendment requires criminal defendant's to be accorded procedural justice. The Sixth (6) Amendment, right to counsel includes the right to effective assistance of counsel. Your Honor this is a very critical stage in my criminal proceedings, perhaps the most important, for reasons unknown to me why Mr. Parks does not respond to my calls? What I am aware of is that we only have a few days left to address the Courts in this manner. I come to you as the interest of Justice would require to make the necessary correction.

   Allow me to point out these legal issues are not frivolous, they are very serious and has to be brought to the attention of the Court, at the least to establish an appropriate "record" for direct appeal purposes. Your assistance and control as Chief Justice is of the up most importance for the integrity of the criminal justice system. I Thank You for your time!!

                                             RESPECTFULLY SUBMITTED;

                                             SINCERELY,

8-22-06
Date

                                             Jorge Casas #94250-198

HONOLULU HI 968
23 AUG 2006 PM 4 L

The Honorable Helen Gilmore
300 Ala Moana Blvd.
Honolulu, HI, 96813

RECEIVED
CLERK U.S. DISTRICT COURT

AUG 2 4 2006

DISTRICT OF HAWAII

Name: Jorge Casias
Number: 94250-198
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820

LEGAL MAIL

FEDERAL DETENTION CENTER

P.O. BOX 130080
HONOLULU, HI 96819
DATE  23 AUG A.M.
"SPECIAL MAIL"
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address