EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

SUSAN CUSHMAN
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: susan.cushman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184-01 HG |
| | ) | |
| Plaintiff, | ) | UNITED STATES' OPPOSITION TO |
| | ) | DEFENDANT'S SECOND MOTION TO |
| vs. | ) | WITHDRAW AS COUNSEL |
| | ) | |
| JORGE CASAS, | ) | SENTENCING DATE: 12/14/2006 |
| | ) | |
| Defendant. | ) | |

UNITED STATES' OPPOSITION TO DEFENDANT'S SECOND MOTION
TO WITHDRAW AS COUNSEL

The United States, by and through its attorney, the United States Attorney for the District of Hawaii, respectfully requests that this Court deny Defendant's Second Motion to Withdraw as Counsel. The following is alleged in support of this motion.

1.   On August 17, 2006, Defendant was convicted by a jury of conspiracy to distribute and possess with intent to distribute methamphetamine and cocaine and other related crimes.

2.   This case arose from a two-year investigation of narcotics trafficking on Maui in 1998.  There were multiple wire taps with three renewals for each line.  Approximately 80 individuals were arrested and indicted when the investigation ended in May of 2000.  The discovery is extensive.

3.   An arrest warrant was issued for defendant in May of 2000.  Defendant was eventually apprehended as he was crossing the boarder from Mexico into the United States in January 2005.  Mr. Park is defendant's third attorney since defendant was returned to the District of Hawaii.

4.   The evidence at trial established that from 1999 through 2000 Defendant was the source of supply for a drug ring on Maui.  There were numerous recorded telephone conversations between defendant and co-defendants negotiating price, quantity, and delivery of drugs.  There was also testimony from two cooperators and numerous members of law enforcement.  The trial lasted approximately one week.

5.   Mr. Park was a zealous advocate and provided a spirited defense at trial.  Having been assigned this case in February 2005, he is very familiar with all of the discovery which included listening to hours of wiretap conversations.  As

the trial attorney he observed the witnesses' demeanor and cross examined them. It would be impossible for a new attorney to develop the same depth of knowledge possessed by Mr. Park regarding this case and prepare as effectively for sentencing. Additionally, during the course of undersigned counsel's involvement in this case, Chief Judge Gillmor has had at least two "closed door" hearings with defendant and Mr. Park to address defendant's request for appointment of a fourth attorney.

      6. At this point, Mr. Park's Second Motion to Withdraw is premature. Due to Mr. Parks' familiarity with a voluminous and complex case, he should continue to represent defendant until sentence has been imposed. Undersigned counsel would not object to appointment of new counsel for purposes of appeal.

      Wherefore, it is respectfully requested that defendant's motion is denied.

      DATED: August 31, 2006, at Honolulu, Hawaii.

                          EDWARD H. KUBO, JR.
                          United States Attorney
                          District of Hawaii

                          By /s/ Susan Cushman
                              SUSAN CUSHMAN
                              Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Michael J. Park        mparkatty@hawaii.rr.com        August 31, 2006


                                             /s/ Patricia Redondo