# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/01/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 00-00184HG |
| CASE NAME: | USA vs. (01) JORGE CASAS |
| ATTYS FOR PLA: | Susan Cushman |
| ATTYS FOR DEFT: | (01) Michael J. Park |
| INTERPRETER: | PATRICIA HARPSTRITE |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 09/01/2006 | TIME: | 10:45-11:01 |

COURT ACTION:  EP: Second Motion to Withdraw as Counsel for Defendant - Defendant (01) Jorge Casas present in custody.  Interpreter Patricia Harpstrite, previously sworn, present.

Arguments heard.  Motion Denied and terminated.

Defendant (01) Jorge Casas remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager