ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184 HG |
| | ) | |
| Plaintiff, | ) | DECLARATION OF INTERPRETER |
| vs. | ) | Filed in the |
| | ) | United States District Court |
| | ) | District of Hawaii |
| JORGE CASAS, | ) | |
| | ) | September 5, 2006, 4:30 pm |
| Defendant. | ) | SUE BEITIA, CLERK |
| | ) | |

DECLARATION OF INTERPRETER

The undersigned interpreter declares that, except to the extent that there may have been contact while providing interpreter services in this or a prior case, she has not had any prior involvement with this case nor with the defendant nor any witness involved herein.

Dated:  Honolulu, Hawaii, _Sept 5_, 2006.

_Patricia J Harpstrite_
PATRICIA HARPSTRITE