EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

SUSAN CUSHMAN
Assistant U. S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Susan.Cushman@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184 HG |
| | ) | |
| Plaintiff, | ) | SENTENCING STATEMENT |
| | ) | OF THE UNITED STATES |
| vs. | ) | |
| | ) | Date:  December 14, 2006 |
| JORGE CASAS, | ) | Time:  1:30 p.m. |
| aka "Jorge Cano" and "George" | ) | Chief Judge: Helen Gillmor |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

SENTENCING STATEMENT OF THE UNITED STATES

The United States, by and through its attorney, the United States Attorney for the District of Hawaii, hereby states that it has no objection to the draft presentence report.

DATED:  Honolulu, Hawaii, November 7, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Susan Cushman
   SUSAN CUSHMAN
   Assistant U.S. Attorney

   Attorneys for Plaintiff
   UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing document was served on the following at his last known addresses:

<u>Served Electronically through CM/ECF</u>:

Michael J. Park     mparkatty@hawaii.rr.com     Nov. 7, 2006

Served by hand-delivery:

U.S. Probation Office     Nov. 7. 2006
300 Ala Moana Blvd.
Honolulu, Hawaii

      DATED: November 7, 2006, at Honolulu, Hawaii.

                                     /s/ Patricia Redondo