ORIGINAL

MICHAEL J. PARK,  4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii  96813
Telephone:  (808) 536-4456
Facsimile:   (808) 536-4988

Attorney for Defendant
JORGE CASAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | CR. NO. 00-00184 HG |
| ) | |
| Plaintiff,    ) | DEFENDANT'S MOTION TO |
| ) | EXTEND TIME TO FILE |
| vs.    ) | SENTENCING STATEMENT AND |
| ) | CONTINUE SENTENCING DATE; |
| JORGE CASAS,    ) | DECLARATION OF COUNSEL; |
| ) | CERTIFICATE OF SERVICE |
| Defendant.    ) | |
| ) | Sentencing date: December 14, 2006 |
| ) | |
| ) | HONORABLE HELEN GILLMOR |
| ) | Chief U.S. District Judge |
| ) | |

**DEFENDANT'S MOTION TO EXTEND TIME TO FILE SENTENCING
STATEMENT AND CONTINUE SENTENCING DATE**

COMES NOW the defendant, JORGE CASAS, through court appointed

counsel, Michael J. Park, and hereby and hereby moves this Honorable Court to

ORIGINAL

extend time to file sentencing statement and continue sentencing date pursuant to the Order of this Court regarding sentencing Guidelines, the Notice of Attorneys dated December 1, 2005, and Rules 32 & 47 of the Federal Rules of Criminal Procedure, the records and files of this case, the attached Declaration of Counsel, and such other and further evidence as may be adduced at the hearing on this motion.

DATED: Honolulu, Hawai'i, 11/8/06 .

MICHAEL J. PARK
Attorney for Defendant
Jorge Casas