IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00184 HG |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| ) | |
| VS. ) | |
| ) | |
| JORGE CASAS, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF COUNSEL**

I, MICHAEL J. PARK, state under penalty of perjury of law that the following is true and correct:

1. I am the court appointed attorney representing Defendant JORGE CASAS in this matter.

2. That the court appointed interpreter and I have met with Defendant on three occasions at the Federal Detention Center to review and discuss the Presentence Investigation Report dated October 23, 2006.

3. That Defendant is uncomfortable with the interpretation and requests a translated copy of the presentence investigation report.

4. That the Defendant is unable to review with complete understanding an english version of the presentence investigation report.

5. That I have met with Defendant and have discussed the matter of sentencing with him and the importance of the presentence investigation report.

6. That he indicated that he cannot move forward with responding to the sentencing statement with just an interpreter reading and relating what's in the report.

7. That I have not been able to review or communicate in any detail with Defendant the issues and matters within the presentence investigation report.

8. That I have not been able to prepare a sentencing statement in this matter by the deadline.

9. That I called AUSA, Susan Cushman and requested a continuance of Defendant's time to respond to the Presentence investigation report and she is not adverse to a continuance.

10. Defendant's counsel respectfully requests that this court allow Defendant to obtain a Spanish translation of the Presentence investigation report.

11. Defendant's counsel respectfully requests that this court continue the time to respond to the presentence investigation report and continue the sentencing date to adequately prepare a sentencing statement.

I DECLARE UNDER PENALTY OF LAW THAT THE FORGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, November 8, 2006.

_____
MICHAEL J. PARK