## CERTIFICATE OF SERVICE

I, MICHAEL J. PARK, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on November 8, 2006:

Susan Cushman
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

Ellie Asasaki
U.S. Probation Officer
U.S. Courthouse
300 Ala Moana Boulevard, Room C-126
Honolulu, Hawaii  96813

DATED:  Honolulu, Hawaii, November 8, 2006.

_____
MICHAEL J. PARK
Attorney for Defendant