# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

November 14, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00184HG-01 |
| CASE NAME: | United States v. Jorge Casas, aka "Jorge Cano," aka "George" |
| ATTYS FOR PLA: | AUSA Susan Cushman |
| ATTYS FOR DEFT: | Michael J. Park |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | November 14, 2006 | TIME: | |

COURT ACTION:          **MINUTE ORDER**

**DEFENDANT'S MOTION TO EXTEND TIME TO FILE SENTENCING STATEMENT AND CONTINUE SENTENCING DATE** filed on November 8, 2006 (Doc. 771) is **GRANTED.**

Defendant's motion to continue sentencing is HEREBY **GRANTED**. The sentencing is continued from December 14, 2006 to February 15, 2007 at 1:30 p.m.

Defendant's motion to extend time to file Sentencing Statement is HEREBY **GRANTED**. Defendant's Sentencing Statement is now due on January 10, 2007.

Defendant's request to obtain a Spanish translation of the Presentence Investigation Report (the "PSR") is **DENIED**. Counsel has an additional 63 days to review the PSR with the Defendant and the court appointed interpreter.

IT IS SO ORDERED.

Submitted by: Mary Rose Feria, Courtroom Manager

cc:     above counsel
        Ellie Asasaki, U.S. Probation Officer
        Judge Helen Gillmor's chambers