ORIGINAL

Jorge Casas
#94250-198
(FDC) Unit 5-a
P.O. Box 30080
Honolulu, HI. 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2007

at 2 o'clock and 55 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>           Plaintiff,  )<br>   )<br>   vs.                     )<br>   )<br>JORGE CASAS,                )<br>   )<br>           Defendant.   )<br>   )<br>   )<br>_____ ) | CR. No. 00-00184 HG<br><br>**MOTION FOR THE<br>APPOINTMENT OF<br>NEW COUNSEL.** |

**MOTION FOR THE APPOINTMENT OF NEW COUNSEL.**

COMES NOW, Jorge Casas with Counsel and interpreter, and hereby moves this Honorable Court to appoint new counsel pursuant to the Criminal Justice Act.

This motion is brought pursuant to Crim LR 57.9 and based upon the Sixth Amendment right to effective assistance of counsel and Hawaii Rule of Professional Conduct 1.16 as set forth in the attached Memorandum of law, and Declaration.

DATE: Honolulu, Hawaii, 02-11-07

Jorge Casas #94250-198
Defendant.