Jorge Casas
#94250-198
(FDC) Unit 5-a
P.O. Box 30080
Honolulu, HI. 96820

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>         Plaintiff,         )<br>                             )<br>     vs.                     )<br>                             )<br> JORGE CASAS,                )<br>                             )<br>         Defendant.          )<br>                             )<br>                             )<br>_____) | CR.No. 00-00184 HG<br><br>**DECLARATION WRITTEN<br>THROUGH TRANSLATION.** |

**DECLARATION**

I JORGE CASAS, named in the above styled case, hereby declares the following:

1) Spanish is my first language, I can barely read and write english

2) Although the courts appointed interpreters, there has been communication problems

3) The most recent appointed interpreter has refused to provide her business contact

4) The only discovery I have received in Spanish were phone transcripts, upon my review some of those were inaccurate

5) Regardless of the language differences, to date, the Government still has failed a complete discovery, as I've made numerous request through counsel for this material, only to have these request ignored

6) I found myself forced into seeking assistance from staff, aids, and fellow inmates at the FDC facility law library

7) to try to understand my personal legal matters, including volumes of discovery, and the legal terminology of its contents,

8) the individuals I've received assistance from are in no way qualified under Federal law, to assist, direct, translate, or even review my personal legal materials

9) I was also in need of assistance to address the Courts and Counsel, by way letters and motions

10) Prior to trial there has been a severe conflict of interest between my appointed

### DECLARATION WRITTEN THROUGH TRANSLATION CR. No. 00-00184 HG

(continued)

10) counsel MR. M. Park and I, leading to irreconcilable differences that has reached the point of disrespect toward one another, resulting into a complete breakdown in communications and attorney-client relationship

11) Sentencing is scheduled for February 15, 2007 at 1:30pm before the Honorable Helen Gillmor

12) Due to these conflicts and my language handicap, I no longer believe MR. Park is competent or capable to represent my interest any further in this matter, and

13) any further representation by MR. Park, I believe would violate the Hawaii Rules of professional conduct 1.16, and the Sixth Amendment

14) MR. Park and AUSA Susan Cushman have both been served a copy, excluding the exhibits to MR. Park, as he already has the originals, Crim LR 57.9

15) This is in no way a delay tactic, nor is it an attempt to snatch defeat out of the jaws of victory. The defendant just wanted to be treated fairly, and

16) there is however, out of a concern for fairness, a need for correction

17) With all due Respects to the Courts, with good cause having been shown, and in the interest of Justice, the defendant's Sixth Amendment right to effective assistance of counsel will be advanced by the granting of the instant motion

Wherefore, premises considered the defendant prays this Honorable Court grant this motion and appoint new counsel, to address certain legal and unfinished principals before sentencing. Thank You.

I JORGE CASAS, DECLARE UNDER THE PENALTY OF PERJURY OF LAW THAT THE FORGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: In Honolulu, Hawaii,    02-11-07

Jorge Casas #94250-198
Defendant.