+ GRAVACIONES

"ROY Fujimoto." DEA - Ast.
Una Copia. EXB 2-18- EXB #1
No Copias de #'s EXR 1-3 | 13/S - 12/I - 14/S
Transcripts - Empeso.
TRANSCRIPTS. EXB A14 -
※ 2 - 18 - EXB ①

Please reconte [illegible] ...
[illegible]
[illegible]

No esta en el Libro de Evidencia
No By Prosecutor -
Docmts that YOU entered to
Evidence -
Los Dos se quedan con el
Mr. PARK - vuelvan a ver las
Evidencias Justas - y todo lo que
se presentaron en Corte -
Yo no creo que Mr. Maclean es
el único que dijo esto Juicio -
Introductor of Business Records
Your Honor I DO not if Mr. PARK
will stipulate -

Mr Muelac - Atty
No se
I Do not know if Ho gave to
Mr Park -
I Have send a letter to Mr Park
We can open the evidence -
To make sure that we do have
all the DOC -
Mr Park dict Ask - me for
any Documents -
No surprise that the phone #'s
Are all over - you Honor -
Yo Estoy preocupada la
Forma en que el juicio va muy
Despacio -
La carta que ella dice - July 6/01
Yo no se - en a months -
No Have that Information - Yo
Entiendo - Que lo dejen va al Mr
Park

El Abogado va a tratar de sacar la frase que dijo SHULL sobre las huellas - cualquier persona puede tener

JOHN. SHUCC

JOE Strodl-
Finger Print Examiner Expert -    Or
Hueller digitus Experts -

Mi abogado M. Park.
No le ba a examinar a Rothermound

---

ED —
tienen cuentas — PARA OTRAS P——
Evidencia JURADO menos lo que no
cuenta para —
SABADO — 6:30 A — 8:30 A 9 A
H.