#3
JUL 18 2000

300 Ala Moana Boulevard
Room 4-230
Honolulu, HI 96850
July 13, 2000

Mr. Peter Wolf, Federal Public Defender
Federal Public Defender's Office
300 Ala Moana Boulevard #7-104
Honolulu, HI 96850

Dear Mr. Wolf:

Unfortunately, there is no mechanism in our system to give you this information other than in this manner. My sworn duty as a FBI Special Agent is to uphold the law and the truth. I have done much soul searching prior to writing this.

Several falsehoods have come to my attention that I can no longer remain silent about. The case in question involves the DEA wiretap case on Maui known as Operation Powerball. The problems are:

1) The case agent, Michael Rothermund, lied several times in the affidavit for the wiretap and in the various 30 day extensions regarding the necessity requirement and the fact that surveillance had been tried unsuccessfully. DEA had an undercover agent making direct undercover buys from Felipe Ruiz-Castro. The undercover agent could have gone much further in dismantling the organization if he would have been given the opportunity. The affidavit does not say this. In fact, I was told that no one even bothered to ask the undercover agent what his opinion was as to how successful he might have been if afforded the opportunity to continue in his undercover role. In addition, no, or very little, surveillance was attempted prior to the beginning of this wiretap despite


EXHIBIT A

#4

what the affidavit says. However, surveillance was maintained 16 hours a day for more than two months after the wiretap was in place without being compromised. Especially, the last extension to the wiretap was not done for the reasons specified in the affidavit but because the U.S. Attorney's Office was not ready to proceed with indictments. Why isn't this simple truth listed in the affidavit requesting the last extension? The case agent simply lied to protect the U.S. Attorney's Office.

2) The reason that the case agent lied was because being the affiant of a wiretap affidavit would enhance his early promotion to GS-13. That is a pretty poor excuse for intentionally misleading the Honorable Helen Gillmor.

3) Low level drug users were indicted for Unlawful Use of A Communication Facility simply because DEA and the AUSA had to justify the more than $500,000 expense of this wiretap case by indicting a large number of defendants. Most of these defendants have no business being in federal court.

4) The government could not convict these low level defendants if all of them requested a trial as the wire was never corroborated. I have been told that not one single person ordered drugs over the wire, was then put under surveillance, and drugs were subsequently seized to corroborate that the monitors knew which calls were drug related and which were not. That is to say that the code(s) for determining when the suspects were talking about drugs was never corroborated. Presumably, the case agent's Grand Jury testimony says that the suspects were definitely talking about drugs on the phone when there is no credible evidence to back this up. It is apparent that the case agent also lied to the Grand Jury in this regard and the AUSA abused the Grand Jury system.

In the Bureau, we serve at the pleasure of the Director and without Civil Service protection. As such, I cannot sign my name.