Dear Mr. Parks,

Thank you for providing, the memorandum, procedural, and law regarding Grand Jury transcripts. I am aware of these procedures. In respects to the Fed.R.Crim.P. rule 6(e), and to the motion we plan to submit. I believe that we should add more then just that F.B.I. letter, judge Gilmore has already denied other defendant's attempts to challenge based on the F.B.I. letter alone. The other material I've provided as to the Morino case that was in my discovery should be a sufficient add in to show of other misconduct of this agent Rothermund in order to qualify us as rule 6 would require. The Steven Brooks case may not be relevant to my case but it will help to prove our misconduct claim. If judge Gilmore should deny our motion to inspect then I trust we would appeal that immediately, promptly moving on Fed.R.Crim.P. rule 16(a)., under <u>Giglio v. United States</u>, 405 U.S. 150, 92 S.Ct. 763 31 L.Ed. 104 (1972). <u>Brady</u>, rule. as was done on the Brooks case.

If there is anything else that I may do to get in your way please let me know, just kidding Mr. Parks, again I know you know your job and you know it well I'm just trying to assist in anyway possible after all I'm the one that has to do the time.

THANK YOU SINCERELY,

Jorgt Casas

Date 05-09-06

Jorge Casas
USM# 94250-198
FDC Honolulu
P.O. Box 30080
Honolulu, Hi. 96820

July 3, 2006

Michael J. Park
Attorney at Law
733 Bishop St.
Makai Tower Ste. 2382
Honolulu, Hi. 96813

RE: USA v. Casas, CR.NO. 00-00184 HG

Dear MR. PARK,

As soon as available I request a copy of the final pretrial conference report that will be held pursuant to Crim LR 17.1.1, which will include the exact time and date of my Jury trial, presiding Judge, length of trial, counsel for the Government when made certain representations on the record the need for interpreters (Crim. LR 17.1.1 (e)), the dismissal of certain counts and the elimination from the case certain issues (Crim. !7.1.1 (f), severance of trial as to any co-defendant's or counts (Crim. LR 17.1.1 (g)), the use or identification of informants, use of line-up or other identification procedures, the evidence of any prior convictions of any witness(Crim. 17.1.1 (h)), and whether there are any percipient witnesses whom the Government does not intend to call in its case-in- chief (Crim LR17.1.1(n):

A new and updated 2006 Defendant's requested disclosures pursuant to (FRCP) 16(a)(1)(C) and (E) to be sure the Government complied with these requests. I am aware that (FRCP) 16(b)(1)(A), and (C) apply as well to the Defendant in this case, written statement of intent to use evidence of any Defendant's acts covered by Fed.R.Evid. 404(b). Defendant shall oppose the use of such evidence by filing motions in limine, memoranda in opposition to any motions in limine.

Brady and Giglio material, make final request the Government complete its production of evidence favorable to the Defendant on the issue of guilt or punishment, as required by Brady v. Maryland, 373 U.S. 83 (1963), and related authorities and impeachment material, cooperation agreements, plea agreements, promises of leniency and records of criminal convictions, required by Giglio v. United States, 405 U.S. 150 (1972), and its progeny, demand the Government stay under a continuing obligation to produce Brady and Giglio material which may come

1

into its possession right through trial of this matter.

Jury instructions, prepared and submitted in accordance with LR 51.1, each set of proposed instructions "elements which must be proven by the prosecution" instructions for each offense charged and proposed language to fill in the charge and elements of the crime _____ _____ blanks of 9TH CIR. CRIM. JURY INSTR. _#_ (date).

Witness list indicating the identity of each witness that the party will call at trial in each respective case-in-chief.

When appropriate, make available for inspection all exhibits to be offered and all schedules summaries, diagrams and charts to be used at trial. Make the exhibits or underlying documents of any exhibit available for inspection and copying, possible stipulations to the authenticity and admissibility of proposed exhibits, all stipulation in writing, voir dire questions, trial brief on all significant disputed issues of "Law", including foreseeable procedure and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities.

Disclosures of witness statements pursuant to the JENCKS Act (18 U.S.C.§3500) by the Friday before trial.

Mr.Park the above stated request and procedures, and my previous letters are put forth to try to ensure a fair and just trial. We don't claim to know the Law as you do, nor do we claim to be an expert in strategy, the fact is we have very little knowledge of how they do things over here and how our Constitutional provisions are applied to Federal Laws. However, if our request are met then at least we may have a fighting chance.

If you feel that I will not get a fair trial here, I will request that you file the appropriate (FRCP) rule 21(a),(d) to change venue. Please see to it as the interests of justice would so require. I THANK YOU FOR YOUR TIME!!

SINCERELY,

07-03-06
Date

Jorge Casas #94259-198

Jorge Casas
FDC Honolulu unit 5-a
P.O. Box 30080
Honolulu, Hi. 96820

July 6, 2006

MR. Michael J. Park
Attorney at Law
733 Bishop St.
Makai Tower Ste. 2382
Honolulu, Hi. 96819

RE: **USA v. CASAS,** CR.NO. 00-00184 HG

Dear MR. Park,

I Apologize for what has happened between Mr. M. Saibene and I! Please allow me to explain my over all grounds of distrust:

a). As you know I've made numerous requests for (FRCP) rule 6 motion to inspect, discovery requests, rule 12, 16, 26.2 and 18 U.S.C. 3500 (Jencks), including an up to date independent drug analysis

b). The debriefing reports "all of them" (time & dates)

c). Speedy trial Act violation 18 U.S.C.A. §3161 (h)(1)(H), transportation statute

d). Suppression motions (Misconduct M. Rothermund) with possible "impeachment proceedings"

e). Interpreter not relaying statements correctly to the Courts and Attorney

f). Concerns of discloser of Attorney client privilege communications

g). Complete discovery in spanish, as was ordered by Judge H. Gillmore

I am aware upon the Defendant's request, at arraignment or soon afterwards as practicable, the Defendant may, in order to have an opportunity to move to suppress evidence under (FRCP), Rule 12 (b)(3)(C), request notice of the Government's intent to use (in its evidence-in-chief at trial), any evidence that the Defendant may be entitled to discover under (FRCP) Rule 16, 12 (b)(4)(B).

Producing statements at a suppression hearing, Rule 26.2 applies at a suppression hearing under Rule 12 (b)(3)(C), and at a suppression hearing, a Law enforcement officer is considered a Government witness. (FRCP) Rule 12(h).

The Courts may, at the arraignment or soon afterward as practicable, set a deadline for the parties to make pre-trial motions and also schedule a motion hearing. (FRCP) Rule 12 (c).

[I]n order for me to obtain a fair trial, we need to submit our motions to suppress, for

1

the misconduct of Agent M. Rothermund. It is clear in the Marino's case that Judge Mollway has recognized the incompetence of the DEA in there investigation. I am also awaiting the response for our #2 (FRCP) Rule 6 motion to inspect Grand Jury minutes.

I need to know the rulings on these motions granted/denied through the proper channels with all grounds stated and "LAW" applied. This is of the up most importance to develop an appropriate record for direct appeal and post-conviction relief. I know it is virtually impossible to win my case over here. Therefore I request that all pre-trial motions, and oppositions be completed before we proceed to trial.

Question?? Why did Mr. Saibene refuse to let me see what notes he was taking? My trial is right around the corner and my requests still have to be met. It is very important at this point our Attorney client communications remain confidential, which is the reason I wanted to see Mr. Saibene's notes. You must understand my position in this matter and reasons for becoming suspicious. I've already experienced violations of "due process of Law" that one would have to question.

I know these are big demands I ask of you, and I realize your put right in the middle of this mess and I apologize! However, you are my Attorney and it is up to you as advocate in my behalf to see to it I receive a fair and Just trial. It is apparent there is a lot more to DEA agent M. Rothermund then the Government wants us to know.

I know the Court of appeals reviews District Court's denial of motion to suppress evidence de novo; district court's factual finding are reviewed for clear error. <u>United States v. Willis,</u> 431 F.3d 709 (9th Cir. 2005).

Again I apologize for all this inconvenience I create. However, if the Government is going to accuse a person of criminal misconduct then it should do so according to "LAW"

MR. Park if you feel that I will not get a fair trial here, then please move on (FRCP), rule 21 (venue) and file the appropriate motions to have my case transferrd to the District of California. I Thank You for your time!!

                                                    SINCERELY,

_____                    _____
         Date                                         Jorge Casas

2

Jorge Casas
USM#94250-198
(FDC) Unit 5-a
P.O. Box 30080
Honolulu, Hi. 96820

July 15, 2006

Mr. Michael J. Park Esq.
Pacific Guardian Center
733 Bishop St. Ste. 2302
Honolulu, Hi. 96813

**RE: USA v. Casas, CR.No. 00-00184 HG**

Dear Mr. Park,

In-regards to your letter dated July 12, 2006, I have several issues to bring to your attention, and further request I am in need of:

a). As to 18 U.S.C. 3500 (Jencks), and (FRCP) Rule 16 discovery by law I am entitled to the hand and type written statements of the investigating officers from Las Vegas involving 1000 grams of crystal methamphetamine and from the "two" Honolulu P.D. who handled the Brian Jones incident (Six kilos of Cocaine)

b). There seems to be some confusion of your interpretation as to what A.U.S.A. Susan Cushman and the fingerprint report states "your client's fingerprints were found on exhibit N-102, which is a CD case that was recovered from Brian Joshua Jones property"

c). Your statement was "how did your fingerprints get on the packing of the Cocaine"

d). No I will not Stipulate to chain of custody of the transcripts and drug evid.

e). The inconsistent statement on $ money amounts compare to the trial transcripts of the Marino, and the Jamies trial I've previously provided, then compare to the letter from A.U.S.A. Cushman these amount's are contradictory

Now as to (b) and (c) Mr. Park I am not the one who should question your integrity, however the statement you've made (c) seems misleading as to what (b) states. I've already assured you that there is No way that my fingerprints could be on any of the drug seizures because I am not responsible for these drug packages or shipments. Therefore I request, before you make any more accusations against me you better be precise, because I am researching these allegations thoroughly, which this type of representation is conflicting and would amount to another Sixth Amendment violation, "Right to Counsel".

Lastly, with all do respects to the new interpreter Ms. Luz Vega I strongly believe that she will have a hard time in her translations on my behalf. Therefore, I will request another licensed professional to interpret my interest's in this matter. Also the order from Judge H.

Gillmor for my discovery be provided in spanish.

This is another form of "due process" violation in the sense that my trial is right around the corner, and the only thing that I have received in spanish were some physical phone transcripts. I understand that the Government does not have to provide my discovery until at the late'st the Friday before my triAL STARTS, and yes I am aware that all trials here in the District of Hawaii are usually held on Tuesday.

I have been trying my best to assist in my case as I am forced to ask for the assistance of fellow inmate's to help me understand and to address my concerns to you through interpretation. Therefore, it seems that this need of assistance would clearly violate our Attorney/client privilege. Furthermore, it would be of the best interest's of Justice to move on (FRCP) Rule 21 to change venue as a Jury here may not understand the wire tap recordings, and already I've come to find that a lot of these physical phone transcript's are not accurate.

Mr. Park, it is up to you to see to it that I receive a fair trial, and these so called conflicts must stop!! I Thank You for time!!

SINCERELY,

02-11-07
Date

Jorge Casas #94250-198

P.S. I add about the last name confusion "Mexican People have several last names, it is all part of the family tree, and the respect that we keep as we are named after Parents both maiden and the last name of our fathers, Grand parents"ect. just check a Phone book from Mexico and you find numerous middle and last name of Mexican people.

2

Jorge Casas
#94250-198
(FDC) Unit 5-a
P.O. Box 30080
Honolulu, Hi. 96820

August 22, 2006

U.S. District Court
District of Hawaii
Honorable Helen Gillmor
300 Ala Moanna Blvd.
Honolulu, Hi. 96813

RE: USA v. CASAS, CR.No. 00-00184

NOTE: I am writing you through translation:

Dear Honorable Judge Helen Gillmor,

Again I apologize for writing you directly. If you recall I just recently lost in Jury trial. Since then I've made several attempts in trying to contact my attorney Mr. Michael Park to assist me in raising certain legal issues the Government violated before and during my trial.

[I]t is my understanding that the only way I may raise these issues is by a motion for a new trial within seven (7) days after verdict or finding of guilt, Fed.R.Crim.P. Rule 31(b)(2).

I do not claim to know the Law, however "due process" of the Fifth (5) Amendment requires criminal defendant's to be accorded procedural justice. The Sixth (6) Amendment, right to counsel includes the right to effective assistance of counsel. Your Honor this is a very critical stage in my criminal proceedings, perhaps the most important, for reasons unknown to me why Mr. Parks does not respond to my calls? What I am aware of is that we only have a few days left to address the Courts in this manner. I come to you as the interest of Justice would require to make the necessary correction.

Allow me to point out these legal issues are not frivolous, they are very serious and has to be brought to the attention of the Court, at the least to establish an appropriate "record" for direct appeal purposes. Your assistance and control as Chief Justice is of the up most importance for the integrity of the criminal justice system. I Thank You for your time!!

RESPECTFULLY SUBMITTED;

SINCERELY,

_____                                     _____
Date                                                    Jorge Casas #94250-198