it 5-a
P.O. Box 30080
Honolulu, Hi. 96820

July 24, 2006

Honorable Judge Helen Gillmor
U.S. District Court
District of Hawaii
300 AlaMoana Blvd.
Honolulu, Hi. 96813

**RE: U.S.A. v. Casas, CR.No. 00-00184 HG**

Please be advised that I am writing you through translation:

Dear Honorable Judge Gillmor,

Again I am sorry to have to contact you directly, and I apologize for the inconvenience my case and I may have caused.

Allow me to explain: I am still experiencing severe difficulties between my appointed counsel Mr. Michael J. Park and I, (conflicting interests). Mr. Park has mislead me on several occasions, as I've stated on my previous letters to you. Since then things just seem to have gotten worse. The most recent being (see attachment), here this time he is trying to mislead me in a material way, clearly he is contradicting to me the information A.U.S.A. Ms. Susan Cushman, and the fingerprint report states.

My trial is just weeks away, and I thank you for the appointment of my new interpreter. However, Mr. Park has currently went away on vacation, and failed to provide the contact information of my new interpreter. I have volumeness discovery transcripts the Government recently provided only in english, and the security at (FDC) only allows a minimal amount of time in the discovery room for me to listen to the recordings (spanish) take notes, then try to get someone to compare them to the english material to be sure they are accurate.

Without the assistance of my interpreter or counsel I find myself forced into violating my attorney client privileged communication by the fact that I am forced to seek assistance from fellow inmate's, (that are not qualified professionals or attorney's and are not licensed by the Federal Government) to review and assist me in my personal criminal matter.

It is my understanding that the Sixth Amendment right to be represented by counsel includes the right to effective assistance of counsel. <u>Strickland v. Washington,</u> 466 U.S. 668, 80 L.Ed.

1

2d 674, 104 S.Ct. 2052 (1984)(quoting McMann v. Richardson, 397 U.S. 759, 771 n.14, 25 L.Ed. 2d 763, 90 S.Ct. 1441 (1970)). The defendant is entitled to "the guiding hand of counsel at every step in the proceedings against him". Powell v. Alabama, 287 U.S. 45, 77 L.Ed. 158, 53 S.Ct. 55 (1932), that includes effective assistance of counsel pre-trial, during trial, and after trial before sentencing.

In United States v. Hamilton, 391 F.3d 1066, 76 Crl 210 (9th Cir. 2004) The Ninth Circuit relied on Holloway v. Arkansas, 435 U.S. 475 (1979) "[W]hen no counsel is provided, or counsel is prevented from discharging his normal functions, the evil lies in what the attorney does not do, and is either not readily apparent on the record, or occurs at a time when no record is made."

Your Honor I do not claim to know the law, I am coming to you in hope's of trying to cure our problems so we may proceed, however, it is quite evident that Mr. Park is not looking out for my best interest, and with the conflicts that has already begun I feel that he may not see to it that I receive a fair and just trial. I understand your position that you cannot just keep on appointing counsel every time a defendant ask for one, however, good cause havin been shown, these conflicts continue to the cummulative effect of the circumstances, and in the interest of Justice, I will request appointment of new counsel. Again I apologize for the inconveniences that has happened, and I Thank You for your time!

SINCERELY,

_____                                    _____
        Date                                                  Jorge Casas #94250-198

Law Office of

# Michael J. Park

Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813

Telephone 808/536-4456
Telecopier 808/536-4988

July 12, 2006

Mr. Jorge Casas
Federal Detention Center
351 Elliott Street
Honolulu, Hawaii 96819

Re: U.S.A. vs. Jorge Casas (1) Cr. No. 00-00184

Dear Jorge,

     I am meeting with ASUS Susan Cushman on Friday, July 14, 2006 to review the transcripts she intends to use at trail and again on Tuesday, July 18, 2006 to review any other discovery. The witnesses that I am aware that she intends to call are as follows:
- approximately three police officers from Las Vegas who handled the incident involving 1000 grams of crystal methamphetamine,
- approx. two (2) police officers from Honolulu, Hawaii who handled the incident involving the arrest of Brian Jones and six kilos of cocaine,
- Felipe Ruiz-Castro,
- Brian Jones,
- Jimmy Yuen of the DEA who will testify to the wiretaps,
- various police officers Eric Brown and Anthony Colon of the Honolulu Police Department,
- various custodian of records for the wiretaps, and drugs etc.

Essentially, the government's chief witnesses against you are Felipe Ruiz Castro and Brian Jones. I asked if Leah Cardenas was testifying and she said no. She also said Agent Rotherman will not be testifying, but he will return to Hawaii for the trial.

     Enclosed is the government's full discovery disclosure, fingerprint report.

     Regarding Miguel as your interpreter, I hope the new interpreter Luz Vega is satisfactory with you.

     ASUA Cushman did ask if you would stipulate "agree" to the chain of custody of the transcripts and the drug evidence. I told her it's unlikely but I would ask you. Also Ms. Cushman said your are stil eligible for "safety valve" meaning you could receive a sentence below the mandatory minimum of ten (10) years. You would not be able to get the one level reduction for credit of not having the government prepare for trial but you would get the two-level credit for "acceptance of responsibility". In sum, you could possibly receive a sentence of under ten (10) years if you were willing to plead at this late stage.

→   My concerns regarding the trial, is the fingerprint evidence, how did your prints get on the packaging of the cocaine; the name change when you came over the border; and most importantly the statements of Brian Jones and Filipe Ruiz Castro. We need to explain why these individuals are testifying against you, and how the fingerprints got on the packaging that held the cocaine etc. Be mindful, that if convicted you will receive over 188 months incarceration which is over 15+ years. More to follow.

I trust you understand that this pleading needs to be kept private, as you expect all of your communications with me be kept confidential.

Sincerely,

Michael J. Park
Attorney at Law



## U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*  (808) 541-2850
*300 Ala Moana Blvd., Room 6-100*  FAX (808) 541-2958
*Honolulu, Hawaii 96850*

June 18, 2006

Michael J. Park, Esq.
733 Bishop Street, Ste. 2302
Honolulu, Hawaii 96813
VIA FAX

Re: <u>U.S. v. Jorge Casas</u>, Case No. CR 00-00184-01 HG

Dear Mr. Park:

It is my intention to conduct open discovery in this case. I know that A.U.S.A Muehleck has already provided you with Rule 16 Discovery. However, if there is anything further that you wish to see or copy, please contact me at 541-2580. I am also be willing to meet with you prior to trial to ensure that you have received all relevant discovery.

My concern is the age of the case and that A.U.S.A. Muehleck has tried approximately six cases related to the captioned matter that arose from the 1999-2000 DEA Operation Powerball investigation. I am attempting to locate and review all material from those other cases that may be relevant to your client under Rule 16, <u>Giglio</u>, and <u>Brady</u> and provide it to you as soon as possible.

Out of an abundance of caution and pursuant to my obligations under Rule 16, enclosed please find a copy of a finger print report dated July 6, 2000. Your client's fingerprints were found on exhibit N-102 which is a CD case that was recovered from Brian Joshua Jones' property along with 6 kilograms of cocaine that he was delivering for your client when he was arrested at the Honolulu airport. I plan to call John Shull, the fingerprint specialist who authored the report, as a witness at trial. Additionally, I am in the process of reviewing surveillance tapes taken of your client when he was on Maui. (Exhibits N-31 and N-505 through N-518). At this point, I assume that A.U.S.A. Muehleck has already provided you with copies. If not, please let me know and I will have copies made as soon as possible.

Under <u>Giglio</u> and <u>Brady</u>, I am providing you with the following information:

i) Felipe Ruiz-Castro told DEA agents in February 2001 and March 2001 that in 1999 Casas invested $30,00 to $35,000 in La Fogata. Mr. Ruiz-Castro believed that the money was from drug sales. Initially Mr. Ruiz-Castro did not place Casas' name on the restaurant papers due to

his alien status. Later, Mr. Ruiz-Castro listed Mr. Casas as an owner of the restaurant so that Casas could receive a paycheck.

ii) A copy of a letter written by Mr. Ruiz-Castro to the DEA dated June 13, 2000.

Please contact me if I may be of further assistance.

Very truly yours,

*[signature]*

Susan Cushman
Assistant U.S. Attorney



# UNITED STATES DEPARTMENT OF JUSTICE
*DRUG ENFORCEMENT ADMINISTRATION*
*WESTERN REGIONAL LABORATORY*
*390 MAIN, ROOM 700*
*SAN FRANCISCO, CALIFORNIA 94105*

# FINGERPRINT REPORT

To:  Thomas Kelley
     Assistant Special Agent In Charge
     Honolulu District Office

Date: July 6, 2000

Attention: Michael Rothermund, SA

**CASE NO. R4-99-0042**

**As requested, the following fingerprint comparisons was done:**

The fingerprints from the cellophane wrap and the manila envelope from Exhibit No. 6, the fingerprints from the shoebox from Exhibit No. N-99, the fingerprints from the shoebox from Exhibit No. N-100 and the fingerprints from the CD cases from Exhibit No. N-102 were compared with the known fingerprints of Brian Joshua JONES, Felipe RUIZ, Francisco MORA-GARICA, Sabino ALBARRAN, Leah CARDENAS and Jorge Jemenez CASAS.

**The results of the examination were as follows:**

Fingerprints identified as Brian Joshua **JONES**, Jorge Jemenez **CASAS** and Leah **CARDENAS** were identified on the CD cases from Exhibit No. N-102

_____
John D. Shull
Fingerprint Specialist

_____
Donald Chinn
Laboratory Director

P. 002

Drug Enforcement Administration
Los Angeles Field Division
255 East Temple Street, 20th Floor
Los Angeles, CA 90012-3335

Felipe Ruiz-Castro. # A07H8411 (876-55-122)
Oahu Community Correctional Center
2199 Kamehameha Hwy.
Honolulu, Hawaii 96819

**Received JUN 19 2000**

June 13, 2000

RE: Case Number: RH-99-0042, Asset ID: 00-DEA-379168
    Description: 1999 Toyota Pickup

To whom it may concern:

I am writing to find out how to obtain my 1999 Toyota Pickup back, for which on June 13, 2000, I just received notice of seizure of this vehicle, such being the case I do not know how to go about doing this, which I would appreciate your help.

I am also interested in receiving back my painting collection (by Rick Lowenberg) which I was never afforded a receipt for said. Would also like the address for the Attorney General.

Your assistance in this matter would be deeply appreciated. Thank you for your time and patience.

Respectfully submitted,
Felipe Ruiz C.

cc: Note: I had also seized a Honda Accord 1996 my concern is how 'DEA Agents did seizure my two vehicles without thinking how my wife is going to take my 4 year old daughter to school or my 3 months baby girl to the doctor. How she can move to look for a job that's totally unhuman my wife n' kids should not be responsible for whatever drug involve am I.

Sincerely

My home n' safe address
3788 L. Honoapiilani, Hwy. A-201
Lahaina, HI. 96761