Jorge Casas
#94250-198
(FDC) Unit 5-a
P.O. Box 30080
Honolulu, Hi. 96820

August 22, 2006

U.S. District Court
District of Hawaii
Honorable Helen Gillmor
300 Ala Moanna Blvd.
Honolulu, Hi. 96813

**RE: USA v. CASAS, CR.No. 00-00184**

NOTE: <u>I am writing you through translation:</u>

Dear Honorable Judge Helen Gillmor,

Again I apologize for writing you directly. If you recall I just recently lost in Jury trial. Since then I've made several attempts in trying to contact my attorney Mr. Michael Park to assist me in raising certain legal issues the Government violated before and during my trial.

[I]t is my understanding that the only way I may raise these issues is by a motion for a new trial within seven (7) days after verdict or finding of guilt, Fed.R.Crim.P. Rule 31(b)(2).

I do not claim to know the Law, however "due process" of the Fifth (5) Amendment requires criminal defendant's to be accorded procedural justice. The Sixth (6) Amendment, right to counsel includes the right to effective assistance of counsel. Your Honor this is a very critical stage in my criminal proceedings, perhaps the most important, for reasons unknown to me why Mr. Parks does not respond to my calls? What I am aware of is that we only have a few days left to address the Courts in this manner. I come to you as the interest of Justice would require to make the necessary correction.

Allow me to point out these legal issues are not frivolous, they are very serious and has to be brought to the attention of the Court, at the least to establish an appropriate "record" for direct appeal purposes. Your assistance and control as Chief Justice is of the up most importance for the integrity of the criminal justice system. I Thank You for your time!!

RESPECTFULLY SUBMITTED;

SINCERELY,

_____     _____
Date                        Jorge Casas #94250-198

Joge Casas
USM#94250-198
(FDC) Unit 5-a
P.O. Box 30080
Honolulu, Hi. 96820

**RE: <u>USA v. CASAS</u>, CR.No. 00-00184 HG**

    First I'd like to remined the Courts that spanish is my first language, therefore I am writing you this through translation.

    Secondly, My apologies to the Courts, A.U.S.A. Ms. Susan Cushman, my previous interpreter Mr. Miguel Saibene, and to my Attorney Mr. Michael J. Park for the complexity of my case and the inconvenience it has caused.

    I have prepared several exhibits to justify my claims "due process" violations, they are as follows:

    A). Speedy trial Act. 3161(h)(1)(H), as stated "it is unreasonable to transport a criminal defendant beyond ten days from one district to another" 43 days to the District of Hawaii

    B). Discovery rule (FRCP) rule 12, 16, 26.2, and 18 U.S.C. 3500 (Jencks), including an up to date 2006 independent drug analysis

    C). Two separate discovery orders to provide in spanish by a U.S. Magistrate and Judge H. Gillmor in which the Government failed to comply with

    D). Violation of Sixth Amendment right to counsel "conflict free" and Attorney client privilege communication, by the fact that my entire discovery has been in english, and I am forced to ask other fellow inmate's to read my material and translate to me, and write my concerns through translations to the Courts and to my Attorney

    E). My previous interpreter Mr. Miguel Saibene at times did not relay my translations correctly to the Courts and to my Attorney. He also refused to show me the notes he was taking an Attorney client conference

    F). The only part of my discovery I did receive in spanish (physical phone transcripts) that were not accurate to what one and the other say

    G). Attorney has tried to mislead me several times see attachments (letter to judge Gillmor, letter to Mr. Park , and most recent letter

    H). Several request to my Attorney for a full investigation of D.E.A. Agent Michael Rothermund it is clear when you compare the F.B.I. letter to the Marino trial as Judge Mollway even seems to have recognized the incompetence of this investigation

    I). Criminal Docket: U.S. District Court District of Hawaii <u>USA v. Casas</u>, CR.No. 00 -00184 HG 01/18/2002-488- (Attorney payment voucher #02011700149) by Attorney Alvin Ito as to Jorge Casas, in the amount of $6,806.73 by Judge Helen Gillmor /9 CCA Delegate (eps)(entered 01/25/2002).... I was never appointed counsel Alvin Ito nor as Mr. Ito ever represented me in my criminal matter. Check arr-

est date and initial appearance date (2005).

In light of the above stated "due process" violations of the Fifth Amendment and the Sixth Amendment "right to counsel", affected the defendant's substantial rights. The Government's failure to comply with the Court orders to provide my discovery in spanish, violates "due process" of law. I am aware that the Government is not obligated to produce the discovery demands until just days before trial, however, the Sixth Amendment guarantee's the right to fully understand the nature of the cause of action, in which I've made numerous request for my infomation in my native language.

It seems quite apparent that it will be hard to obtain a fair trial here, by the fact of the language differences. The vast majority of the phone calls are in spanish, the Jury will more than likely not understand these conversation

I believe out of fundamental fairness the only appropriate solution for this would be a change of venue to the District of California. What ever remedy the Courts should decide should be determined in the furtherance and integrity of the Constitution Fifth and Sixth Amendment regardless of my current citizenship situation. I Thank You for your time.

SINCERELY,

_____          _____
Date                                     Jorge Casas, #94250-198