## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the attached MOTION FOR APPOINTMENT OF NEW COUNSEL, was duly served upon the following parties, by depositing the same in the Institutional Legal Mailbox at the Federal Detention Center in Honolulu, Hawaii, first class, pre-paid with sufficient postage attached, and addressed to:

>Susan Cushman
>Assistant U.S. Attorney
>PJKK Federal Building, Room 6-100
>300 Ala Moana Boulevard
>Honolulu, Hawaii 96850
>
>Michael Park, Esq.
>733 Bishop Tower, Suite 2382
>Honolulu, Hawaii 96813

DATED: February 12, 2007, at Honolulu, Hawaii.

By: _____
Jorge Casas, Defendant