# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 15, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00184HG-01 |
| CASE NAME: | UNITED STATES OF AMERICA v. (01) JORGE CASAS aka "Jorge Cano" and "George" |
| ATTYS FOR PLA: | Susan Cushman, AUSA |
| ATTYS FOR DEFT: | Michael Park, Esq. |
| U.S.P.O.: | Ellie Asasaki |
| INTERPRETER: | Patricia J. Harpstrite (Spanish) |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | February 15, 2007 | TIME: | 2:00 - 2:25 |

COURT ACTION: SENTENCING TO COUNT 1, 3, 4, 7, 8, 10, 11, 13, 14, 15, 17, 18, 19, and 20 OF THE SECOND SUPERSEDING INDICTMENT AS TO DEFENDANT (01) JORGE CASAS aka "Jorge Cano" and "George" -
DEFENDANT (01) JORGE CASAS' MOTION FOR THE APPOINTMENT OF NEW COUNSEL -

The defendant is present in custody.

AUSA Cushman excused from the hearing at 2:07 p.m.  Further discussion outside the presence of AUSA Susan Cushman.  Defense attorney Michael Park's Oral Motion to withdraw as counsel is GRANTED.  The Magistrate Judge will appoint new counsel to represent (01) Defendant Jorge Casas.

AUSA Cushman returns to Court at 2:15 p.m.
Defendant (01) Jorge Casas' Motion for appointment of new counsel (Doc. 799) is GRANTED IN PART.

New counsel shall review Defendant (01) Jorge Casas' filing dated February 13, 2007 (Doc. 799) and has the opportunity to file anything in addition to the things raised by March 15, 2007.  The Government's response is due on March 29, 2007.

The hearing on the issues raised in Defendant (01) Jorge Casas' filing dated February 13, 2007 is set for April 12, 2007 at 3:00 p.m.

Sentencing as to defendant (01) Jorge Casas is continued to May 17, 2007 at 11:00 a.m.

    Submitted by: Mary Rose Feria, Courtroom Manager

cc:    Judge Chang's chambers
       Jeffrey Arakaki, Esq.