ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2007

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

JEFFREY T. ARAKAKI 4093
ATTORNEY AT LAW
1188 Bishop Street, Ste. 1604
Honolulu, Hawaii 96813
(808) 531-5517
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184HG |
| Plaintiff, | ) | |
| vs. | ) | MOTION TO EXTEND MOTIONS DEADLINE; DECLARATION OF OF COUNSEL; CERTIFICATE OF SERVICE |
| JORGE CASAS, (01) | ) | |
| Defendant. | ) | |
| | ) | Date:<br>Time:<br>Judge: HELEN GILLMOR |

## MOTION TO EXTEND MOTIONS DEADLINE

COMES NOW the defendant, JORGE CASAS, by and through his court-appointed counsel, Jeffrey Arakaki, and respectfully moves this Honorable Court for an Order granting Mr. Casas' request for an

extension of the deadline to file post trial motions in the above-captioned matter. In particular, Mr. Casas wishes to file a Motion For A New Trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure but wishes to receive and review certain documents and notes previously requested before filing same. Mr. Casas believes the extension is necessary to allow appropriate time to procure and review said information and to draft a coherent and relevant argument for a new trial which will provide the Court with the facts it needs in making a fair and just decision relative to the instant motion.

This motion is made pursuant to Rule 47 of the Federal Rules of Criminal Procedure and is based upon the records and files of this case, the attached Declaration of Counsel, and such evidence and argument as may be adduced at a hearing on the merits.

DATED: Honolulu, Hawaii, March 12, 200..

_____
JEFFREY ARAKAKI