IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184 HG |
| | ) | |
| Plaintiff, | ) | DECLARATION OF |
| | ) | COUNSEL |
| vs. | ) | |
| | ) | |
| JORGE CASAS, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF COUNSEL

JEFFREY T. ARAKAKI declares under penalty of law as follows:

1. Declarant is the court-appointed attorney representing defendant JORGE CASAS in the above-entitled matter.

2. That in August of 2006 Mr. Casas was found guilty of the charges in the instant case after a jury trial.

3. That the Court is giving Mr. Casas the opportunity to file post trial motions in the instant case with the assistance of newly appointed counsel.

4. That the present deadline for the filing of such motions is March 15, 2007, and Mr. Casas asked Declarant to file this motion.

5. That Mr. Casas intends to file a Motion For A New Trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure.

6. That "(t)he court on motion of a defendant may grant a new trial to that defendant if required in the interest of justice".

7. That Mr. Casas wishes to receive and review the following before filing said motion:

    a. Notes of 6 days of debriefing of Felipe Ruiz (24 pages) by case agents.

    b. The transcript of testimony of Government witnesses to the Grand Jury in the instant case.

8. That Mr. Casas believes he should have received these documents pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure and 18 U.S.C. Section 3500.

9. That newly appointed counsel is cognizant that disclosure of said materials is subject to certain conditions as well as the discretion of the Court.

10. Accordingly, if not already ordered for disclosure, we respectfully ask the Court to inspect the materials requested in camera and decide whether any of it might be appropriately disclosed pursuant to 18 U.S.C. Section 3500 as Jencks material or pursuant to Federal Rules of

Criminal Procedure (6)(e)(3).

11. Furthermore, where Mr. Casas has agreed to utilize the services of Spanish interpreter Patricia Harpstrite, counsel can more effectively represent him and expedite the preparation of said motion as Defendant wishes.

12. That Declarant and Defendant have spent at least 7 hours together in a good faith attempt to prepare the relevant motion in behalf of Mr. Casas despite the inherent difficulties in this case.

13. That counsel just completed a Jury trial in Judge Michael Wilson's court and will begin a jury trial in Judge Steven Alm's court beginning March 13, 2007, which is expected to last about 2 weeks.

14. For the reasons stated, we respectfully ask this Honorable Court to grant the instant motion and allow for an extension in the deadline for filing motions in this case..

Declarant states under penalty of law that the foregoing is true and correct to the best of his knowledge and belief.

_____
JEFFREY ARAKAKI