## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Document will be served by hand delivery or mailed first class to the following:

> LORETTA SHEEHAN, ESQ.
> Assistant United States Attorney
> Rm. 6-100, 300 Ala Moana Blvd.
> Honolulu, Hawaii 96850

> U.S. Probation Officer
> U.S. Courthouse, Room C-110
> 300 Ala Moana Blvd.
> Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, _March_, 2007.

JEFFREY ARAKAKI