# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 14, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00184HG-001 |
| CASE NAME: | UNITED STATES OF AMERICA v. (01) JORGE CASAS |
| ATTYS FOR PLA: | Susan Cushman, AUSA |
| ATTYS FOR DEFT: | (01) Jeffrey T. Arakaki, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | March 14, 2006 | TIME: | |

## MINUTE ORDER

At a hearing on February 15, 2007, the Court granted in part Defendant's "Motion for the Appointment of New Counsel" (Doc. 799) filed on February 13, 2007.

New counsel for Defendant was given the opportunity to review the issues raised in the motion for appointment of new counsel and to file any additional materials relating to those issues by March 15, 2007.

On March 13, 2007, Defendant's new counsel filed a "MOTION TO EXTEND MOTIONS DEADLINE" (Doc. 803).

Defendant requests an extension of the March 15, 2007 deadline.  Defendant asserts that he wishes to file a motion for new trial pursuant to Federal Rule of Criminal Procedure Rule 33.

The Court is willing to extend the deadline for Defendant to submit materials relating to the Motion for the Appointment of Counsel, but the deadline for any motion for new trial is limited by the provisions of Rule 33.  A motion for new trial grounded on any reason other than newly discovered evidence must be filed within 7 days after the verdict or finding of guilty.  Fed. R. Crim. Proced. 33(b).

Defendant also requests, in the Declaration of Counsel attached to the "Motion to Extend Motions Deadline," disclosure by the Government of certain materials pursuant to Federal Rule of Criminal Procedure 16(a) and 18 U.S.C. § 3500.

      The Government is ordered to respond in writing to Defendant's disclosure request by Wednesday, March 21, 2007.

      The Court will rule on the length of time for filing new motions as requested in the "MOTION TO EXTEND MOTIONS DEADLINE" (Doc. 803) after receipt of the Government's response regarding disclosures.

      Submitted by: Mary Feria, Courtroom Manager

cc:    Above counsel
        Chief Judge Gillmor's chambers