EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

SUSAN CUSHMAN
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: susan.cushman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184-01 HG |
| | ) | |
| Plaintiff, | ) | UNITED STATES' RESPONSE TO |
| | ) | DEFENDANT'S PRO SE MOTION |
| vs. | ) | FOR APPOINTMENT OF NEW |
| | ) | COUNSEL; EXHIBITS A AND B |
| JORGE CASAS, | ) | |
| | ) | Date:  4/12/2007 |
| Defendant. | ) | Time:  3:00 pm |
| | ) | Chief Judge:  Helen Gillmor |


UNITED STATES' RESPONSE TO DEFENDANT'S
PRO SE MOTION FOR APPOINTMENT OF NEW COUNSEL

The United States, by and through its attorney, the

United States Attorney for the District of Hawaii, respectfully

submits the following response to defendant's pro se motion

requesting appointment of new counsel.  The following is alleged in support of this motion.

1.  The defendant is charged by Second Superseding Indictment filed on June 6, 2001, with violations of 21 U.S.C. §§ 841(a)(1), 843(b), 846.  On January 26, 2005, the defendant was arrested in San Diego, California pursuant to an arrest warrant.  On March 10, 2005, the defendant was arraigned in the District of Hawaii on the Second Superseding Indictment, Cr. No. 00-00184-01 HG.  On August 17, 2006, a jury convicted defendant of violating 21 U.S.C. §§ 841(a)(1), 843(b), 846.  Sentencing was scheduled for February 15, 2007.

2. Defendant filed his _pro se_ motion on February 13, 2007.  On February 15, 2007, this Court granted defendant's request for appointment of new counsel.  Trial counsel, Michael Park, was relieved, and Jeffrey T. Arakaki was appointed as new counsel of record.  The Court ordered the government to respond to defendant's _pro se_ motion on or before March 29, 2007.

3.  On March 13, 2007, Mr. Arakaki filed a Motion to Extend Motions Deadline.  The Court ordered the government to respond to Mr. Arakaki's motion on or before March 21, 2007.  A copy of government's response is attached hereto as Exhibit A and incorporated by reference herein.

4.  Mr. Arakaki's motion and defendant's _pro se_ motion request some of the same documents, specifically: notes of 6 days

2

of debriefing of Felipe Ruiz and transcripts of government witnesses who testified before the grand jury. Pursuant to Mr. Arakaki's request, the government has provided him with copies of DEA Agent Rothermund's "rough" notes for the six days debriefing of Felipe Ruiz Castro.

5. Defendant, through prior counsel, had requested disclosure of Agent Rothermund's grand jury testimony. That request was previously denied by this Court. Additionally, Agent Rothermund was not called as a witness at trial so his grand jury testimony is not Jencks material.

6. The government is in full compliance with its Rule 16 Discovery obligations. In fact, on June 18, 2006, undersigned counsel informed trial counsel of the government's intention to conduct "open" discovery is this case. See Exhibit B attached hereto and incorporated by reference herein. Agent Rothermund's typed DEA 6 and 6a (24 pages) referred to as the "six" days of debriefing of Felipe Ruiz Castro in Defendant's pro se motion was included in the government's Rule 16 disclosures. Furthermore, undersigned counsel met with trial counsel in late July, 2006 to review and confer on discovery previously turned over which included Jencks material for the witnesses who testified at trial. Defendant is not entitled to written Spanish translations of either his Rule 16 Discovery or Jencks material.

7.   The government is in full compliance with any and all <u>Brady</u> and <u>Giglio</u> obligations.   Undersigned counsel is unaware of any misconduct that occurred in <u>United States v. Marino, et al.</u>, Cr. No. 00-185-06 SOM or <u>United States v. Jaimes</u>, Cr. No. 03-501 SOM.

DATED: March 27, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Susan Cushman
By_____
SUSAN CUSHMAN
Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last known addresses:

<u>Served by First Class Mail</u>:

Jorge Casas #94250-198                     March 27, 2007
Federal Detention Center
P.O. Box 30080
Honolulu, Hawaii 96820

Jeffrey T. Arakaki, Esq.                   March 27, 2007
1188 Bishop Street, Suite 1604
Honolulu, Hawaii 96813

                                   /s/ Patricia L. Redondo
                                   _____