

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

*PJKK Federal Building*          (808) 541-2850
*300 Ala Moana Blvd., Room 6-100*   FAX (808) 541-2958
*Honolulu, Hawaii 96850*

March 21, 2007

Jeffrey T. Arakaki, Esq.
1188 Bishop Street, Ste. 1604
Honolulu, HI 96813

    Re:  United States v. Jorge Casas
         Cr. No. 00-00184-01 HG

Dear Mr. Arakaki:

    Reference is made to your request for additional discovery set forth in your Motion to Extend Motions Deadline in the above-captioned case filed on March 13, 2007.

    You requested the following:

    a.  "Notes of 6 days of debriefing of Felipe Ruiz (24 pages) by case agents."

    b.  "The transcript of testimony of Government witnesses to the Grand Jury in the instant case."

    With respect to the first request, I am providing you with the agent's rough notes which are Bates-stamped 000000001 to 000000019.

**EXHIBIT A**

Jeffrey Arakaki, Esq.
March 21, 2007
Page 2

    With respect to Jenks grand jury transcripts of trial witnesses, there are none.

    Please contact me if you have any questions.

                Very truly yours,

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii

                By _____
                  SUSAN CUSHMAN
                  Assistant U.S. Attorney

FTN:pr
Enclosures

cc w/Encls: The Honorable Helen Gillmor
           Chief United States District Judge