

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

*PJKK Federal Building*  (808) 541-2850
*300 Ala Moana Blvd., Room 6-100*  FAX (808) 541-2958
*Honolulu, Hawaii 96850*

July 28, 2006

Michael J. Park, Esq.
733 Bishop Street, Ste. 2302
Honolulu, Hawaii 96813
HAND DELIVERED

Re: U.S. v. Jorge Casas, Case No. CR 00-00184-01 HG

Dear Mr. Park:

    Provided contemporaneously with this letter are 12 cassette tape recordings of individual conversations and accompanying transcripts which the government intends to introduce into evidence in the captioned trail in addition to the 28 cassette tape recordings and transcripts identifying individual calls previously provided to you on July 13, 2006.
    It is also my understanding from A.U.S.A. Tom Muehleck that in January, 2006, you were given a complete set of all tapes and transcripts of the wiretap evidence in the captioned matter for the time period beginning May 1, 1999, and ending May 4, 2000.

    Consistent with my obligations under Brady, I am providing you with the following information: on July 19, 2005, Brian Joshua Jones was directed to report to the U.S. Probation Office in San Bernardino to submit a random drug test. Mr. Jones attempted to subvert urine collection by providing "clean" urine via a balloon. Upon being confronted, Mr. Jones admitted to his wrongdoing and admitted to using a controlled substance. He then submitted a urine sample which contained marijuana. Mr. Jones was returned to Phase I of a rigid schedule of drug testing and treatment, and referred to an outpatient substance abuse program as sanction for his behavior.

    Please contact me if I may be of further assistance.

Very truly yours,

*[signature]*

Susan Cushman
Assistant U.S. Attorney

EXHIBIT B