```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

SUSAN CUSHMAN
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: susan.cushman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184-01 HG |
| | ) | |
| Plaintiff, | ) | SUPPLEMENTAL FILING OF EXHIBIT |
| | ) | C TO THE UNITED STATES' |
| vs. | ) | RESPONSE TO DEFENDANT'S PRO SE |
| | ) | MOTION FOR APPOINTMENT OF NEW |
| JORGE CASAS, | ) | COUNSEL; EXHIBIT C |
| | ) | |
| Defendant. | ) | |
| | ) | Date: 4/12/2007 |
| | | Time: 3:00 pm |
| | | Chief Judge: Helen Gillmor |

SUPPLEMENTAL FILING OF EXHIBIT C TO THE
UNITED STATES' RESPONSE TO DEFENDANT'S
<u>PRO SE MOTION FOR APPOINTMENT OF NEW COUNSEL</u>

  The United States, by and through its attorney, the

United States Attorney for the District of Hawaii, submits the

attached Exhibit C to the United States' Response to Defendant's

Pro Se Motion for Appointment of New Counsel filed on 3/27/07. Exhibit C supplements the facts contained in paragraph 6 of the government's response.

DATED: March 27, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Susan Cushman
By_____
SUSAN CUSHMAN
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| Jorge Casas #94250-198<br>Federal Detention Center<br>P.O. Box 30080<br>Honolulu, Hawaii 96820 | March 27, 2007 |
| Jeffrey T. Arakaki, Esq.<br>1188 Bishop Street, Suite 1604<br>Honolulu, Hawaii 96813 | March 27, 2007 |

/s/ Patricia L. Redondo