

**U.S. Department of Justice**

*United States Attorney*
*District of Hawaii*

---

PJKK Federal Building  
300 Ala Moana Blvd., Room 6-100  
Honolulu, Hawaii 96850

(808) 541-2850  
FAX (808) 541-2958

June 18, 2006

Michael J. Park, Esq.
733 Bishop Street, Ste. 2302
Honolulu, Hawaii 96813
VIA FAX

Re: <u>U.S. v. Jorge Casas</u>, Case No. CR 00-00184-01 HG

Dear Mr. Park:

    It is my intention to conduct open discovery in this case. I know that A.U.S.A Muehleck has already provided you with Rule 16 Discovery. However, if there is anything further that you wish to see or copy, please contact me at 541-2580. I am also be willing to meet with you prior to trial to ensure that you have received all relevant discovery.

    My concern is the age of the case and that A.U.S.A. Muehleck has tried approximately six cases related to the captioned matter that arose from the 1999-2000 DEA Operation Powerball investigation. I am attempting to locate and review all material from those other cases that may be relevant to your client under Rule 16, <u>Giglio</u>, and <u>Brady</u> and provide it to you as soon as possible.

    Out of an abundance of caution and pursuant to my obligations under Rule 16, enclosed please find a copy of a finger print report dated July 6, 2000. Your client's fingerprints were found on exhibit N-102 which is a CD case that was recovered from Brian Joshua Jones' property along with 6 kilograms of cocaine that he was delivering for your client when he was arrested at the Honolulu airport. I plan to call John Shull, the fingerprint specialist who authored the report, as a witness at trial. Additionally, I am in the process of reviewing surveillance tapes taken of your client when he was on Maui. (Exhibits N-31 and N-505 through N-518). At this point, I assume that A.U.S.A. Muehleck has already provided you with copies. If not, please let me know and I will have copies made as soon as possible.

    Under <u>Giglio</u> and <u>Brady</u>, I am providing you with the following information:

i) Felipe Ruiz-Castro told DEA agents in February 2001 and March 2001 that in 1999 Casas invested $30,00 to $35,000 in La Fogata. Mr. Ruiz-Castro believed that the money was from drug sales. Initially Mr. Ruiz-Castro did not place Casas' name on the restaurant papers due to

EXHIBIT C

his alien status. Later, Mr. Ruiz-Castro listed Mr. Casas as an owner of the restaurant so that Casas could receive a paycheck.

ii) A copy of a letter written by Mr. Ruiz-Castro to the DEA dated June 13, 2000.

Please contact me if I may be of further assistance.

Very truly yours,

Susan Cushman
Assistant U.S. Attorney