ORIGINAL

JEFFREY T. ARAKAKI 4093
ATTORNEY AT LAW
1188 Bishop Street, Ste. 1604
Honolulu, Hawaii 96813
(808) 531-5517
Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 5 2007

at 10 o'clock and 20 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184HG |
|---|---|---|
| Plaintiff, | ) | MOTION FOR RECONSIDERATION OF COURT'S DENIAL OF DEFENDANT'S REQUEST FOR GRAND JURY TRANTSCRIPTS; DECLARATION OF COUNSEL; and CERTIFICATE OF SERVICE |
| vs. | ) | |
| JORGE CASAS, (01) | ) | |
| Defendant. | ) | |
| | ) | Date:<br>Time:<br>Judge: HELEN GILLMOR |

MOTION FOR RECONSIDERATION OF COURT'S DENIAL
OF DEFENDANT'S REQUEST FOR GRAND JURY TRANSCRIPTS

COMES NOW the defendant, JORGE CASAS, by and through his

court-appointed counsel, Jeffrey Arakaki, and respectfully moves this

Honorable Court to reconsider its denial of Mr. Casas' request for the

government to provide as discovery the transcripts of the government's witnesses to the grand jury, including but not limited to:

1. Transcript of the grand jury testimony of DEA Special Agent Michael Rothermund.

2. Transcript of the grand jury testimony of any Government witness who mentioned either Jorge Casas or Felipe Ruiz in their representations.

This motion is made pursuant to Rules 6(e)(3)(C)(i), 16(a), 26.2 and 47 of the Federal Rules of Criminal Procedure and is based upon the records and files of this case, the attached Declaration of Counsel, and such evidence and argument as may be adduced at a hearing on the merits.

DATED: Honolulu, Hawaii, April 4, 2007.

JEFFREY ARAKAKI