ORIGINAL

JEFFREY T. ARAKAKI 4093
ATTORNEY AT LAW
1188 Bishop Street, Ste. 1604
Honolulu, Hawaii 96813
(808) 531-5517
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184HG |
| | ) | |
| Plaintiff, | ) | MOTION TO COMPEL |
| | ) | DISCOVERY RE: FELIPE |
| vs. | ) | RUIZ; DECLARATION OF |
| | ) | COUNSEL; MEMORANDUM |
| | ) | IN SUPPORT OF MOTION; |
| JORGE CASAS, (01) | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | Date: |
| | ) | Time: |
| | ) | Judge: HELEN GILLMOR |

MOTION TO COMPEL DISCOVERY RE: FELIPE RUIZ-CASTRO

COMES NOW the defendant, JORGE CASAS, by and through his

court-appointed counsel, Jeffrey Arakaki, and respectfully moves this

Honorable Court for an Order granting Mr. Casas' request for the

government to produce the following discovery related to their trial witness Felipe Ruiz, including but not limited to:

1. Transcript of the grand jury testimony of DEA Special Agent Michael Rothermund.

2. Transcript of the grand jury testimony of any Government witness who mentioned either Jorge Casas or Felipe Ruiz in their representations.

In the alternative, Mr. Casas requests that the Court order the government to re-examine these materials to determine whether they should be disclosed under Brady or Giglio. In the event that the government counsel is unsure whether materials or information should be disclosed, the files should be submitted to the Court for inspection in camera.

This motion is made pursuant to Rules 16(a), 26.2 and 47 of the Federal Rules of Criminal Procedure and is based upon the records and files of this case, the attached Declaration of Counsel, and such evidence and argument as may be adduced at a hearing on the merits.

DATED: Honolulu, Hawaii, April 4, 2007.

_____
JEFFREY ARAKAKI