JEFFREY T. ARAKAKI 4093
ATTORNEY AT LAW
1188 Bishop Street, Ste. 1604
Honolulu, Hawaii 96813
(808) 531-5517
Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 09 2007

at 10 o'clock and 28 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO CONTINUE |
| vs. | ) | SENTENCING; |
| | ) | DECLARATION OF |
| | ) | OF COUNSEL; |
| JORGE CASAS, (01) | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | Date: |
| | ) | Time: |
| | ) | Judge: HELEN GILLMOR |

MOTION TO CONTINUE SENTENCING

COMES NOW the defendant, Jorge Casas, by and through his court-appointed counsel, Jeffrey Arakaki, and respectfully moves this Honorable Court for an Order granting Mr. Casas' request for a

continuation of her Sentencing date in the above-captioned matter. This continuation would allow his counsel time to complete a thorough review of the effects of any new evidence found or produced which is necessary for the preparation of a coherent argument for a new trial based on new evidence pursuant to Rule 33 of the Federal Rules of Criminal Procedure. It is the intention of Mr. Casas to provide the Court with the information it needs in making a fair and just decision relative to his Motion For A New Trial.

    This motion is made pursuant to Rules 12 and 47 of the Federal Rules of Criminal Procedure and LR 40.2 and is based upon the records and files of this case, the attached Declaration of Counsel, and such evidence and argument as may be adduced at a hearing on the merits.

    DATED: Honolulu, Hawaii, May 7, 2007.

                                                JEFFREY ARAKAKI