IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184HG |
| | ) | |
| Plaintiff, | ) | DECLARATION OF |
| | ) | COUNSEL |
| vs. | ) | |
| | ) | |
| JORGE CASAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DECLARATION OF COUNSEL

JEFFREY T. ARAKAKI declares under penalty of law as follows:

1. Declarant is the court-appointed attorney representing defendant JORGE CASAS in the above-entitled matter.

2. That Mr. Casas' sentencing in the instant matter is presently scheduled for May 17, 2007, @ 11:00 a.m..

3. That Declarant is still in the process of reviewing the "rough notes" of agent Michael Rothermund recently produced by the government as well as the voluminous case file and discovery in the instant case.

4. That a hearing is scheduled for May 14, 2007, that may produce further new evidence.

5. That Declarant is also reviewing the case file and discovery to see if new evidence might arise from an independent review of same.

6. That Declarant is making a good faith effort to represent Mr. Casas effectively and zealously while cognizant of the Court's desire to resolve this case fairly and in a timely manner.

7. That Declarant intends to prepare a viable and coherent argument for a new trial based on new evidence pursuant to Rule 33 of the Federal Rules of Criminal Procedure.

8. That the voluminous case file and discovery in this case coupled with a murder trial scheduled for June 25, 2007, in state court are factors that effect how quickly Declarant can prepare a viable and coherent argument for a new trial.

9. For the reasons stated, we respectfully ask this Honorable Court to grant the instant motion and continue sentencing to the month of September 2007.

Declarant states under penalty of law that the foregoing is true and correct to the best of his knowledge and belief.

_____
JEFFREY ARAKAKI