CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Document will be served by hand delivery or mailed first class to the following:

>SUSAN CUSHMAN, ESQ.
>Assistant United States Attorney
>Rm. 6-100, 300 Ala Moana Blvd.
>Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, _May 9_, 2007.

JEFFREY ARAKAKI