FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 9 2007

at 10 o'clock and 25 min. A M
SUE BEITIA, CLERK

JEFFREY T. ARAKAKI 4093
ATTORNEY AT LAW
1188 Bishop Street, Ste. 1604
Honolulu, Hawaii 96813

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | SUPPLEMENT TO |
| vs. | ) | DEFENDANT JORGE CASAS' |
| | ) | MOTION TO COMPEL |
| | ) | DISCOVERY AND MOTION |
| JORGE CASAS, (01) | ) | FOR RECONSIDERATION OF |
| | ) | COURT'S DENIAL OF |
| Defendant. | ) | DEFENDANT'S REQUEST |
| | ) | FOR GRAND JURY |
| | ) | TRANSCRIPTS |
| | ) | |
| | ) | Date: May 14, 2007 |
| | ) | Time: 2:30 p.m. |
| | ) | Judge: HELEN GILLMOR |

SUPPLEMENT TO DEFENDANT JORGE CASAS'
MOTION TO COMPEL DISCOVERY AND MOTION
FOR RECONSIDERATION OF COURT'S DENIAL OF
DEFENDANT'S REQUEST FOR GRAND JURY TRANSCRIPTS

Counsel for Defendant Jorge Casas appreciates AUSA Susan Cushman's invitation to review the government's copies of discovery which had been turned over to prior defense counsel as well as the government's

production of Agent Michael Rothermund's "rough notes" of his debriefing of witness Felipe Ruiz-Castro.

This counsel did find the 24 page "summary" of agent Rothermund's debriefing of Felipe Ruiz-Castro after reviewing the case file and discovery received from Mr. Casas' former counsel. The review of said material is time consuming and continues as the case file and discovery are voluminous. The review also revealed a report prepared by government agents regarding the arrest of witness Brian Jones and seizure of approximately 21 lbs. of cocaine on 04/16/00 at Honolulu Airport, but counsel did not locate either a "summary" of any debriefing of cooperating witness Brian Jones or any agent's rough notes of same.

As previously indicated the instant motions were submitted for the purpose of determining whether a new trial should be granted under Rule 33 of the Federal Rules of Criminal Procedure. Accordingly, we respectfully ask the government to produce any "summary" of a debriefing of government's witness Brian Jones conducted by its agents as well as any agent's "rough notes" regarding same. Where it appears that Judge Mollway found that the 24 page summary of witness Felipe Ruiz-Castro's debriefing

was Jencks material, we believe that similar debriefing summaries of other witnesses would also be considered Jencks material.

Preliminary investigation seeded by the "rough notes" of agent Rothermund's debriefing of Felipe Ruiz-Castro suggests that, in fact, there is a good probability that the hearsay statements believed to have been made by DEA agent Michael Rothermund to the grand jury were substantially verbatim recitals of oral statements made to the agent by Felipe Ruiz-Castro and other government witnesses. This is particularly so where Mr. Ruiz-Castro testified at a trial before the Honorable Susan Oki Mollway that he had signed and adopted what apparently was a copy of a summary of his debriefing statements. It may be significant that some of the information contained in the "rough notes" do not appear to be part of the debriefing "summary", but only continued investigation can confirm how significant these omissions are and whether or not they may be exculpatory.

A review of the grand jury transcript and in particular the testimony of agent Michael Rothermund may help determine whether any new evidence justifies a new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure. If the new evidence could be used to to impeach or lead to

information that could impeach the testimony of agent Rothermund, this may be grounds for a new trial.

    DATED: Honolulu, Hawaii, May 7, 2007.

                                            JEFFREY ARAKAKI

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Document will be served by hand delivery or mailed first class to the following:

> SUSAN CUSHMAN, ESQ.
> Assistant United States Attorney
> Rm. 6-100, 300 Ala Moana Blvd.
> Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, MAY 9, 2007.

JEFFREY ARAKAKI