# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 00-00184HG-001 |
| CASE NAME: | UNITED STATES OF AMERICA v. (01) JORGE CASAS |
| ATTYS FOR PLA: | Susan Cushman, AUSA |
| ATTYS FOR DEFT: | (01) Jeffrey T. Arakaki, Esq. |
| SPANISH INTERPRETER: | Patricia J. Harpstrite (previously sworn in) |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | May 14, 2007 | TIME: | 2:30 - 3:30 |

**COURT ACTION**:   Hearing on various post-trial motions.

Defendant is present in custody.

   Defendant's MOTION TO EXTEND MOTIONS DEADLINE (Doc. 803) is **GRANTED**.

   Defendant's MOTION TO COMPEL DISCOVERY RE: FELIPE RUIZ (Doc. 809) is **DENIED**.

   Defendant's MOTION FOR RECONSIDERATION OF COURT'S DENIAL OF DEFENDANT'S REQUEST FOR GRAND JURY TRANSCRIPTS (Doc. 808) is **DENIED**.

   Defendant's MOTION TO CONTINUE SENTENCING (Doc. 816) is **GRANTED**.  Defendant shall file his Sentencing Statement on or before **May 25, 2007**. Sentencing as to Defendant Jorge Casas is continued from May 17, 2007 to **June 14, 2007 at 2:30 p.m.**

   Submitted by: Mary Rose Feria, Courtroom Manager