#1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>04 THOMAS MARINO, SR.,<br>05 ANA MARINO,<br>06 TOMAS MARINO, JR.,<br>Defendants. | CR 00-00185 SOM-BMK<br><br>Honolulu, Hawaii<br>November 16, 2001<br>9:00 A.M.<br><br>Testimony of Felipe Ruiz-Castro |

PARTIAL TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Government: | THOMAS MUEHLECK, ESQ.<br>LORETTA SHEEHAN, ESQ.<br>Office of the U.S. Attorney<br>PJKK Federal Bldg.<br>300 Ala Moana Blvd., Ste. 6100<br>Honolulu, HI 96850 |
| For the Defendant Thomas Marino, Sr.: | STUART N. FUJIOKA, ESQ.<br>Nishioka & Fujioka<br>Davies Pacific Ctr.<br>841 Bishop St., Ste. 224<br>Honolulu, HI 96813 |
| For the Defendant Ana Marino: | ARTHUR E. ROSS, ESQ.<br>735 Bishop St., Ste. 430<br>Honolulu, HI 96813 |
| For the Defendant Tomas Marino, Jr.: | SCOT S. BROWER, ESQ.<br>1088 Bishop St., Ste. 803<br>Honolulu, HI 96813 |

EXHIBIT A

[redacted]



#2

63

1  Q   Well, Mr. Ruiz, you were questioned before you signed
2  your agreement as to whether or not you agreed to it;
3  right?
4  A   Yes.
5  Q   And you indicated that you were doing it voluntarily
6  and nobody was forcing you to do it; true?
7  A   Yes.
8  Q   And that's true today. Would you agree that you did
9  that voluntarily without anybody forcing you to do it?
10 A   Yes, it's true.
11 Q   And in conjunction -- strike that.
12     In the superseding indictment that you were named
13 in there was approximately 23 counts against you, wasn't
14 there?
15 A   In the superseding?
16 Q   Yeah.
17 A   There was more than that.
18 Q   Oh, how many more was there?
19 A   More than a hundred.
20 Q   More than a hundred counts. And you pled to two;
21 right?
22 A   Yes.
23 Q   And the 98 may be dismissed, depending upon what you
24 do here; isn't that right?
25 A   Yes, sir.

1  Q    Now, in your agreement you pled guilty to criminal --
2  Continuing Criminal Enterprise; is that right?
3  A    Yes.
4  Q    Could you explain to us what that is.
5  A    It is any person engaged on a continuing -- a series
6  of offenses against to the United States.
7  Q    Anybody engaged in a series of offenses; that's your
8  understanding?
9  A    A series of offenses against the United States.
10 Q    Did you understand that you had to agree that you had
11 directed and supervised at least five individuals in that
12 enterprise that you were in?
13 A    Yes, sir.
14 Q    And that was true -- when you agreed in your plea
15 bargain or your agreement, that was true that you had
16 actually supervised and directed at least five people in
17 your operation; isn't that right?
18 A    Yes, sir.
19 Q    Were they all Mexican aliens?
20 A    No.
21 Q    What's your understanding with regard to supervision
22 of the five -- direction and supervision?  What's your
23 understanding of what you were doing to fit within that
24 framework of directing and supervising five people in your
25 criminal enterprise?

```
 1   A    That I told them what to do.
 2   Q    You controlled their actions; is that right?
 3   A    Only on our business.
 4   Q    Your drug business.
 5   A    Yes.
 6   Q    You told them where to go?
 7   A    Yes.
 8   Q    You told them who to get the supply from?
 9   A    Yes.
10   Q    Would that include the people that you would send to
11        bring in the drugs for you?  Were they within your
12        supervision?
13   A    Yes.
14   Q    Did you know anything about Mr. Tomas Marino, Jr.,
15        other than the fact that he was the son of Thomas Marino?
16   A    No.
17   Q    That's because your contact with him was very limited?
18   A    That's right.
19   Q    Mr. Ruiz, did you maintain records for the La
20        Fogata --
21   A    Yes, sir.
22   Q    -- Restaurant business?
23   A    Yes.
24   Q    Did you maintain records of supplies?
25   A    Yes.
```

1  Q    I'm talking about the legitimate part of the business.
2  A    Yes.
3  Q    In other words, how much tacos you had on hand, you
4  maintained --
5  A    Yes.
6  Q    -- an accounting?
7  A    Yes.
8  Q    Did you do your own book work?
9  A    No. I had a bookkeeper.
10 Q    And did you review -- were you satisfied with your
11 bookkeeper's work?
12 A    Yes.
13 Q    Did you review his accountings?
14 A    Not much.
15 Q    Well, let's talk about your illegal business. Did you
16 maintain books for that business?
17 A    Yes.
18 Q    And what kind of books did you maintain?
19 A    Accounting books or -- I mean what kind of books you
20 talking about?
21 Q    I don't know, Mr. Ruiz. I've never dealt drugs like
22 you.
23       THE COURT: Okay. Hold on. Hold on. Just ask
24 the question.
25 BY MR. BROWER:

1  Q    Mr. Ruiz, I'd like you to just tell us what types of
2  books that you maintained for your illegal drug operation.
3  A    Oh, the illegal drug.
4  Q    Yeah.
5  A    I thought you was talking about the restaurant.
6  Q    We were, but now we're going to switch, if it please.
7  I'm talking about the illegal drug business that you were a
8  supervisor in your enterprise. Did you maintain books for
9  that operation?
10 A    No.
11 Q    So you didn't have any books of who your buyers were.
12 A    No.
13 Q    You didn't maintain any books of how much drugs you
14 had in the safe.
15 A    No.
16 Q    You didn't maintain any books of who your suppliers
17 were.
18 A    No.
19 Q    And you didn't maintain any books of how much drugs
20 you were giving out on, as you said (indicating), credit?
21 A    No.
22 Q    So it was all done on memory, is that it?
23 A    I know everyone's going to come back.
24 Q    You did have other customers other than the Marinos
25 for --

1   A       Oh, yes.
2   Q       -- your cocaine. You had lots of them; right?
3   A       Yes.
4   Q       Because you were making about $10,000 a month during
5   the high times.
6   A       Yes.
7   Q       And, in fact, you made approximately $160,000 during
8   approximately --
9   A       Sixteen months.
10  Q       Six months?
11  A       Sixteen.
12  Q       Sixteen months. And during the course of those sales
13  you didn't maintain any books on those.
14  A       No.
15          MR. BROWER: I have no further questions, Your
16  Honor.
17          THE COURT: Okay. We're going to take a break
18  for 15 minutes. We'll come back about a quarter to 11:00.
19      (Jury excused.)
20          THE COURT: Okay. I'll see counsel in 15
21  minutes.
22          MR. ROSS: I had a request I want to make of the
23  court out of the presence of the jury.
24          THE COURT: Go back on the record.
25          MR. ROSS: Your Honor, this witness Mr. Ruiz did