## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Document will be served by hand delivery or mailed first class to the following:

    SUSAN CUSHMAN, ESQ.
    Assistant United States Attorney
    Rm. 6-100, 300 Ala Moana Blvd.
    Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, _MAY 25_, 2007.

                                                      JEFFREY ARAKAKI