JEFFREY T. ARAKAKI 4093
ATTORNEY AT LAW
1188 Bishop Street, Ste. 1604
Honolulu, Hawaii 96813

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184HG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | DEFENDANT JORGE CASAS' |
| vs. | ) | RESPONSE AND OBJECTION |
| | ) | TO THE COURT'S DENIAL |
| | ) | OF HIS MOTION FOR |
| JORGE CASAS, (01) | ) | RECONSIDERATION OF |
| | ) | COURT'S DENIAL OF |
| Defendant. | ) | DEFENDANT'S REQUEST |
| | ) | FOR GRAND JURY |
| | ) | TRANSCRIPTS AND HIS |
| | ) | MOTION TO COMPEL |
| | ) | DISCOVERY RE: FELIPE |
| | ) | RUIZ-CASTRO |

DEFENDANT JORGE CASAS' RESPONSE AND OBJECTION
TO THE COURT'S DENIAL OF HIS MOTION FOR
RECONSIDERATION OF DEFENDANT'S REQUEST FOR
GRAND JURY TRANSCRIPTS AND HIS MOTION TO
COMPEL DISCOVERY RE: FELIPE RUIZ-CASTRO

DEFENDANT JORGE CASAS, by and through his court appointed

counsel Jeffrey Arakaki, thanks the Court for extending the motions

deadline and continuing his sentencing. However, he continues to believe that the Court should allow him access to the Grand Jury transcripts in this case as he believes it is essential to his defense and therefore notes his objection to the Court's denial of same as well as his Motion to Compel Discovery Re: Felipe Ruiz-Castro.

Furthermore, it is Mr. Casas' understanding that the Government is investigating whether there exists rough notes or other summaries of the relevant debriefing of Brian Jones by agents in the instant case and that both the defense and the Court will be timely apprised of said efforts.

Mr. Casas appreciates the Government's efforts regarding this matter.

DATED: Honolulu, Hawaii, May 24, 2007.

_____
JEFFREY ARAKAKI

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Document will be served by hand delivery or mailed first class to the following:

> SUSAN CUSHMAN, ESQ.
> Assistant United States Attorney
> Rm. 6-100, 300 Ala Moana Blvd.
> Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, _May 25_, 2007.

_____
JEFFREY ARAKAKI