Honorable Sra. Juez Hellen Gillmor.

Me dirijo hacia usted con mucho respeto el día de hoy, tambien le pido disculpas a usted y a toda la gente del estado de Hawaii.

Actualmente me fui a juicio y estoy solamente disculpandome por mis derechos legales, y por favor le pido que no use esto en contra mia, por favor considere darme una sentencia no larga de lo necesario para así poder regresar con mi familia lo mas pronto posible.

Tambien yo reconosco que en la vista de mi existencia soy un verdugo, yo no quiziera que fuese así pero yo tengo que reconocer lo que hacido de mi vida y no hay necesidad de culpar a nadie, tambien se que todas las vidas tienen sus propias historias tristes y siento que en esta ocación es nesesario expresar parte de mis problemas de salud y familiares.

Tengo enfermedad de diabetis, enfermedad del corazon y de colesterol, son enfermedades muy serias que voy a llevar por el resto de mi vida y estando en prision se me hace un poco mas dificil mantenerme en buena salud por falta de recursos naturales y otros.

EXHIBIT A

Vengo de una familia donde mis padres se divorciaron cuando yo estaba muy pequeño y en la cual yo me prometí a mi mismo que el dia que yo tubiera mi familia nunca la hiba a dejar desamparada. yo tengo 3 hijas pequeñas Angelica de 2 años, Lizeth de 7 años y diana de 3 años a las ue Amo y quiero con todo mi corazon

Sinceramente
Jorge Casas                06-18-07