May 24th, 2007

To whom it may concern:

My name is Patricia Beltran and by means of this letter I would like to declare the following:

I certify that I have known Jorge Casas Jimenez for approximately 6 years, and we have been in a relationship for 5 years. Although he has made some mistakes in his life, he is a very good man, very responsible and has responded to most of my needs. He has always been a very diligent and attentive man.

He is the father of my child and has always been very a very responsible parent. He loves his daughter very much.

If the reader needs any additional information please do not hesitate in contacting me.

*Patricia B.G.*

Patricia Beltran

(619) 715-9452
(619) 646-93-88

State of California, County of San Diego
Subscribed and sworn to (or affirmed) before me
on this 24th day of May, 2007,
by Patricia Beltran
personally known to me or proved to me on the
basis of satisfactory evidence to be the person(s)
who appeared before me.
Signature: C.P Ortega

[Notary Seal: C. P. ORTEGA, COMM. #1741987, NOTARY PUBLIC-CALIFORNIA, SAN DIEGO COUNTY, My Commission Expires APRIL 26, 2011]

*C.P Ortega Notary Public 4202 University Avenue, San Diego, CA 92105*
*Ph./Fax: (619) 640.0039*

EXHIBIT B