

*Certificate of Achievement*

DEPARTMENT OF JUSTICE ★ ★ FEDERAL BUREAU OF PRISONS

presented to

*Jorge J. Casas*

For Successful Completion of the

N.A.C. Frim Class

on June 2, 2005

for United at HOC Honolulu

S. Lopez, Sports Specialist  6/2/05

EXHIBIT C₁