

Certificate of Achievement
presented to

Jorge Casas

For Successful Completion of the
A.C.E. Fitness Class
on November 14, 2005
for Unit EA at FDC Honolulu

S. Lape, Sport Specialist    11/15/05

EXHIBIT C₂