Jorge Casas
Reg.No. 94250-198
P.O. Box 30080
Honolulu, HI. 96820

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 7 2007

at ___ o'clock and ___ min __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.No. 00-00184 HG |
| ) | |
| Plaintiff, ) | **MOTION REQUESTING COURTS TO INVOKE** |
| ) | **ITS SUPERVISORY POWERS TO SET-ASIDE** |
| vs. ) | **VERDICT AND ORDER A NEW TRIAL.** |
| ) | Declaration of Counsel; |
| JORGE CASAS, ) | Certificate of Service |
| ) | Date: |
| Defendant. ) | Time: |
| ) | Judge: HELEN GILLMOR |

## MOTION REQUESTING COURTS TO INVOKE ITS INHERENT SUPERVISORY POWERS.

NOW COMES, defendant Jorge Casas, with counsel of "record" MR. Jeffery Arakaki and interpreter, requesting counsel to adopt the instant motion, and respectfully request this Honorable Court to invoke its inherent Supervisory Powers to set-aside verdict and order a new trial, pursuant to Fed.R.Crim.Pro. Rules 47, 33, Crim LR 32.1.

This motion is based upon the "Due Process Clause" of the Fifth Amendment, the Sixth Amendment right to trial counsel "conflict free", as set forth in the attached memorandum of law, exhibits and declaration of defendant.

_____,   at Honolulu, Hawaii,   06-24-07   .
Date                                                Date

**Adopted:**

_____.                           _____.
Attorney for Defendant                              Jorge Casas #94250-198

-1-