IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>  )<br>JORGE CASAS,  )<br>  )<br>    Defendant.  )<br>  )<br>  )<br>_____  ) | CR. NO. 00-00184 HG<br><br>DECLARATION OF<br>COUNSEL |

DECLARATION OF COUNSEL

JEFFREY T. ARAKAKI declares under penalty of law as follows:

1. Declarant is the court-appointed attorney representing defendant JORGE CASAS in the above-entitled matter.

2. That in August of 2006 Mr. Casas was found guilty of the charges in the instant case after a jury trial.

3. That Rule 33 of the Federal Rules of Criminal Procedure states, "a motion for a new trial based on the ground of newly discovered evidence may be made only before or within two years after final judgment, but if an appeal is pending the court may grant the motion only on remand of this case."

4. Mr. Casas asked Declarant to file this motion.

5. That Mr. Casas intends to file a Notice of Appeal after he is sentenced.

6. That because the District Court will pass on jurisdiction to the Appellate Court upon a Notice of Appeal and because there is a distinct possibility that the appellate court may not remand this case back to the District Court allowing for a motion for a new trial based on newly discovered evidence pursuant to Rule 33 even though such a motion is filed within the 2 year period, this Counsel adopts Mr. Casas motion to the extent that it preserves his Rule 33 rights as to newly discovered evidence.

7 For the reasons stated, we respectfully ask this Honorable Court to consider the instant motion and set it for hearing or summarily deny same so that it may be part of the record on appeal.

Declarant states under penalty of law that the foregoing is true and correct to the best of his knowledge and belief.

_____
JEFFREY ARAKAKI