EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

SUSAN CUSHMAN
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: susan.cushman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CR. NO. 00-00184-01 HG |
| ) | |
| Plaintiff,    ) | UNITED STATES' RESPONSE TO |
| ) | DEFENDANT'S MOTION REQUESTING |
| vs.    ) | COURT TO INVOKE ITS |
| ) | SUPERVISORY POWERS TO SET |
| JORGE CASAS,    ) | ASIDE THE VERDICT AND ORDER A |
| ) | NEW TRIAL |
| Defendant.    ) | |
| _____) | Date: 6/29/2007 |
| | Time: 10:30 A.M. |
| | Chief Judge:  Helen Gillmor |


UNITED STATES' RESPONSE TO DEFENDANT'S
MOTION REQUESTING COURT TO INVOKE ITS SUPERVISORY
POWERS TO SET ASIDE THE VERDICT AND ORDER A NEW TRIAL

The United States, by and through its attorney, the

United States Attorney for the District of Hawaii, respectfully

submits the following response to defendant's captioned motion.

1.   While it is understandable that the defendant (hereinafter Casas) is unhappy with the jury's verdict in this case, the instant motions raise the same issues that have been previously responded to by the government and ruled on by this Court.[1] There have been no due process violations, no sixth amendment violations, no Jencks violations, and no Brady violations.   Furthermore, Casas is not entitled to a new trial pursuant to Fed. R. Crim. P. 33.

2.   There is no due process violation.   Casas received a jury trial.   He was represented by counsel and had a Spanish speaking interpreter.   Casas participated in jury selection and cross examination of each of the government's witnesses.   At no time during the trial did Casas ever alert the Court that he could not understand his Spanish interpreter.   Furthermore, there is no due process requirement that Casas understand the Spanish interpreter's court notes.

3.   There is no Sixth Amendment violation.   Casas is entitled to a competent court appointed attorney.   He is not entitled to an attorney of his choice.   To date, Casas has been appointed four attorneys by this Court.   Casas has been dissatisfied with each of them because those attorneys cannot

---

[1]See United States' responses to Defendant's Pro Se Motion for Appointment of New Counsel filed March 27, 2007, and Defendant's Motion for Reconsideration of Court's Denial of Defendant's Request for Grand Jury Transcripts and Motion to Compel Discovery filed April 10, 2007.

change the facts in this case which point to Casas' overwhelming guilt.  It is inappropriate for a defendant to dictate trial strategy which includes deciding what witnesses to call at trial. Trial strategy is up to the attorney who is trying the case.

    4.  There are no Jencks violations.  The government is in full compliance with its obligations under Jencks.  Casas cannot  point to any specific Jencks violations.

    5.  There are no Brady violations.  The government disclosed to defense counsel that Brian Joshua Jones tested positive for methamphetamine about two months before trial.  Mr. Jones was cross examined in front of the jury about his drug use. Likewise, a copy of Felipe Ruiz' plea agreement was given to the defense, and he too was cross examined about his cooperation with the government and the sentence that he received in exchange for his cooperation.  Casas also references an anonymous letter mailed to the Federal Public Defender's office that suggested misconduct by DEA Agent Rothermund with respect to the wire tap. The allegations in that letter were found to be unsubstantiated.

    6.  There is no basis for a new trial under Fed. R. Crim. P. 33(b)(2).  Not only has the seven day time limit for filing such a motion long expired, but the above referenced Brady violations cited by Casas were disclosed prior to trial by the government to defense counsel.

3

WHEREFORE, it is respectfully requested for the above stated reasons that defendant's motion is denied.

DATED: June 28, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


/s/ Susan Cushman
By_____
SUSAN CUSHMAN
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last known addresses:

Served by First Class Mail:

Jorge Casas #94250-198                    June 28, 2007
Federal Detention Center
P.O. Box 30080
Honolulu, Hawaii 96820

Jeffrey T. Arakaki, Esq.                  June 28, 2007
1188 Bishop Street, Suite 1604
Honolulu, Hawaii 96813

                               /s/ Patricia L. Redondo
                               _____