# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 00-00184HG-001 |
| CASE NAME: | UNITED STATES OF AMERICA v. (01) JORGE CASAS |
| ATTYS FOR PLA: | Susan Cushman, AUSA |
| ATTYS FOR DEFT: | (01) Jeffrey T. Arakaki, Esq. |
| INTERPRETER: | Patricia J. Harpstrite (previously sworn in) |
| U.S.P.O. | Ellie Asasaki |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | June 29, 2007 | TIME: | 10:45 - 12:00 |
| | | MOTION: | 45 minutes |

COURT ACTION: SENTENCING AS TO COUNTS 1, 3, 4, 7, 8, 10, 11, 13, 14, 15, 17, 18, 19, AND 20 OF THE SECOND SUPERSEDING INDICTMENT AS TO DEFENDANT (01) JORGE CASAS-

DEFENDANT (01) JORGE CASAS' MOTION REQUESTING COURTS TO INVOKE ITS SUPERVISORY POWERS TO SET-ASIDE VERDICT AND ORDER A NEW TRIAL -

The defendant is present in custody.

Exhibit #1 - Certificate of Service dated June 29, 2007 from Defendant (01) Jorge Casas, Defendant (01) Jorge Casas' Motion Requesting Courts to Invoke Its Supervisory Powers to Set-Aside Verdict and Order a New Trial dated June 29, 2007, Memorandum of Law Supporting Motion Requesting Courts to Invoke Its Supervisory Powers to Set-Aside Verdict and Order a New Trial dated June 29, 2007, Defendant (01) Jorge Casas' Declaration Written Through Translation with Exhibits dated June 29, 2007.

Allocution by Defendant (01) Jorge Casas regarding Defendant (01) Jorge Casas' Motion Requesting Courts to Invoke Its Supervisory Powers to Set-Aside Verdict and Order a New Trial.

Defendant (01) Jorge Casas' Motion Requesting Courts to Invoke Its Supervisory Powers to Set-Aside Verdict and Order a New Trial is DENIED.

Allocution by the defendant.

ADJUDGED:

  IMPRISONMENT of two-hundred (200) MONTHS as to Counts 1, 11, and 14, and forty-eight (48) MONTHS as to Counts 3, 4, 7, 8, 10, 13, 15, and 17 through 20, all terms to run concurrently, for a total sentence of 200 MONTHS.

  SUPERVISED RELEASE: 5 YEARS as to Counts 1, 11 and 14, and 1 YEAR as to Counts 3, 4, 7, 8, 10, 13, 15, and 17 through 20, all terms to run concurrently, upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer (mandatory condition).

5. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision.

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant submit to removal proceedings, including deportation or exclusion, as required by the Department of Homeland Security. The defendant shall not enter the United States without proper authorization.

10. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that

the premises may be subject to search pursuant to this condition.

Special Assessment: $1,400.00 ($100.00 as to each of Counts  1, 3, 4, 7, 8, 10, 11, 13, 14, 15, 17, 18, 19, and 20.

Advised of rights to appeal the sentence, etc.

RECOMMENDATION: FCI Terminal Island, CA.  That the defendant participate in drug treatment, medical treatment, educational and vocational training programs.

Submitted by: Mary Rose Feria, Courtroom Manager