JEFFREY T. ARAKAKI 4093
ATTORNEY AT LAW
1188 Bishop Street, Ste. 1604
Honolulu, Hawaii 96813
(808) 531-5517
Attorney for Defendant



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184HG |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEAL; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| JORGE CASAS, (01) | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN pursuant to Fed. R. App. P. 4(b) that defendant, JORGE CASAS, through counsel, appeals to the United States Court of Appeals for the Ninth Circuit from the judgment of conviction entered by the Honorable Helen Gillmor on June 29, 2007.

Dated: Honolulu, Hawaii, July 2, 2007.

JEFFREY T. ARAKAKI
Attorney for Defendant
JORGE CASAS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Document will be served by hand delivery or mailed first class to the following:

>SUSAN CUSHMAN, ESQ.
>Assistant United States Attorney
>Rm. 6-100, 300 Ala Moana Blvd.
>Honolulu, Hawaii 96850
>
>ELLIE ASASAKI
>Senior U.S. Probation Officer
>300 Ala Moana Blvd.
>Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, _July 5_, 2007.

JEFFREY ARAKAKI