# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**   U.S.A. vs. Jorge Casas

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:**   CR 00-00184HG-01

II  **DATE NOTICE OF APPEAL FILED:**   July 03, 2007

III **U.S. COURT OF APPEALS PAYMENT STATUS:**   CJA appointed

   **DOCKET FEE PAID ON:**              **AMOUNT:**

   **NOT PAID YET:**                    **BILLED:**

   **U.S. GOVERNMENT APPEAL:**          **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**         **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

| | | |
|---|---|---|
| TO: | Clerk, U.S. Court of Appeals | Date: July 20, 2007 |
| FROM: | Clerk, U.S. District Court, Hawaii | |
| SUBJECT: | New Appeals Docketing Information, Criminal Case | |

## CASE INFORMATION

COMPLETE TITLE:     U.S.A. vs Jorge Casas

U.S.D.C CASE NO.    CR 00-00184HG-01

U.S.D.C. JUDGE:     Helen Gillmor

COMPLAINT (✓), INDICTMENT ( ), INFORMATION ( ), PETITION ( ), FILED:    04/19/00

APPEALED ORDER FILED:         06/29/07

NOTICE OF APPEAL FILED:       July 03, 2007

---

## COUNSEL INFORMATION

APPELLANT:
Jeffrey T. Arakaki, Esq.
1188 Bishop Street, Ste. 1604
Honolulu, HI 96813

APPELLEE:
Susan Cushman, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Rm. 6100
Honolulu, HI 96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: _CJA

(e.g. C.J.A., Public Defender, Other.)

---

## DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| ADDRESS: | | CUSTODY: | ✓ |
| | | BAIL: | __ |
| F/P GRANTED: | __ | COUNSEL WAIVED: | __ |
| NO OF DAYS OF TRIAL: | 6 | COURT REPORTER(S): | Stephen Platt (see docket sheets) |

## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

July 20, 2007

Susan Cushman, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Rm. 6100
Honolulu, HI 96850

IN RE:     U.S.A v. Jorge Casas
CR NO.     CR 00-00184HG-01

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on July 03, 2007.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By      Laila M. Geronimo
        Deputy

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
            docket sheet, dfnf
       Jeffrey T. Arakaki, Esq.
            with copy of instructions for criminal appeals
            Transcript Desig. & Ordering Form
            with instructions and a copy of the
            docket sheet