RECEIVED
CLERK, U.S. DISTRICT COURT

AUG - 6 2007

1:30 pm

DISTRICT OF HAWAII

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**   U.S.A. vs. Jorge Casas

   **U.S. COURT OF APPEALS DOCKET NUMBER:**   07-10367

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:**   CR 00-00184HG-01

II  **DATE NOTICE OF APPEAL FILED:**   July 03, 2007

III **U.S. COURT OF APPEALS PAYMENT STATUS:**   CJA appointed

   **DOCKET FEE PAID ON:**              **AMOUNT:**
   **NOT PAID YET:**                    **BILLED:**
   **U.S. GOVERNMENT APPEAL:**          **FEE WAIVED:**
   WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?
   IF YES, SHOW DATE:
   WAS F.P. STATUS REVOKED:             DATE:
   WAS F.P. STATUS LIMITED IN SOME FASHION?
   IF YES, EXPLAIN:

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**
   Laila M. Geronimo

AMENDED NOTIFICATION _____  PAID _____  F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)