IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 07-10367    U.S. District Court Case No. CR 00-00184 HG

Short Case Title USA v. CASAS

Date Notice of Appeal Filed by Clerk of District Court 7-3-07

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 17 2007
at 1 o'clock and 7 min. __M.
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| See attached | | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered 17 Sept 07    Estimated date for completion of transcript _____

Print Name of Attorney DeAnna S. Dotson    Phone Number 391-7308

Signature of Attorney _____

Address PO Box 700953 Kapolei HI 96709-0953

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn _____ BY: _____
(U.S. District Court Clerk)    (date)    DEPUTY CLERK

Re:  U.S. District Court Case No.:   CR00-00184 HG
     Short Case Title:               USA v. CASAS

Section A – Other Proceedings:

| Hearing Date | Court Reporter | Proceedings |
| --- | --- | --- |
| 03/10/05 | ESR –tape C5 10:48-11 | Arraignment and Plea |
| 09/28/05 | ESR – tape C6 1:29-1:51 | Motion Withdraw Counsel |
| 11/04/05 | ESR – tape C7 10:13-10:22 | Motion Withdraw Counsel |
| 05/19/06 | ESR – tape C5 10:01-10:10 | Motion Compel Grand Jury TR |
| 05/26/06 | Stephen Platt | Motion Withdraw Counsel |
| 07/17/06 | Stephen Platt | Motion Change Venue |
| 07/28/06 | Stephen Platt | Motion in Limine |
| 08/08/06 | Stephen Platt | Jury selection |
| 08/09/06 | Stephen Platt | Fury Jury Selection, Day 2 |
| 08/10/06 | Stephen Platt | Jury trial day 3 |
| 08/11/06 | Stephen Platt | Jury trial day 4 |
| 08/14/06 | Stephen Platt | Jury trial day 5 |
| 08/15/06 | Stephen Platt | Jury trial day 6 |
| 08/16/06 | Stephen Platt | Jury trial day 7 |
| 08/17/06 | Stephen Platt | Jury trial day 8 |
| 02/15/07 | Stephen Platt | Sentencing |
| 05/14/07 | Stephen Platt | Various Post-trial Motions |
| 06/29/07 | Stephen Platt | Sentencing & Motion |